UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC. ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> ADVANCED MICRO DEVICES, INC.,) <br> et al., ) <br> ) <br> Defendant(s). ) <br> ) <br> ) <br> ) <br> _____) | No. C 05-4063 BZ <br><br> **NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.

Dated: October 25, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\TESSERA.RECUSAL.wpd

1