1  MORGAN CHU (STATE BAR NO. 70446)
   JONATHAN STEINBERG (STATE BAR NO. 98044)
2  BENJAMIN HATTENBACH (STATE BAR NO. 186455)
   IRELL & MANELLA LLP
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, CA 90067-4276
4  Phone: (310) 277-1010
   Fax: (310) 203-7199
5
   Attorneys for Plaintiff
6  TESSERA, INC.

7  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   TIMOTHY P. WALKER PH.D (STATE BAR NO. 105001)
8  LISA MARIE SCHULL (STATE BAR NO. 196132)
   PRESTON GATES & ELLIS LLP
9  55 Second Street, Suite 1700
   San Francisco, CA 94105
10 Phone: (415) 882-8200
   Fax: (415) 882-8220
11
   Attorneys for Defendants
12 ADVANCED MICRO DEVICES, INC.
   SPANSION INC., SPANSION
13 TECHNOLOGY INC.,
   and SPANSION LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation, SPANSION INC., a Delaware corporation, SPANSION TECHNOLOGY INC., a Delaware corporation, and SPANSION LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.: 05-4063 CW<br>**ORDER GRANTING STIPULATION SETTING THE TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT AND REGARDING TESSERA'S POSSIBLE FURTHER AMENDMENT TO ITS COMPLAINT** |

1  Pursuant to Civil L.R. 6-1, the parties hereby stipulate and agree that the time in which all
2  defendants, Advanced Micro Devices, Inc., Spansion Inc., Spansion Technology Inc. and Spansion
3  LLC, have to respond to the First Amended Complaint filed by plaintiff Tessera, Inc. shall be no
4  later than February 15, 2006.
5  Further pursuant to Civil L.R. 6-1 and Federal Rule of Civil Procedure 15(a), the parties
6  further hereby stipulate and agree that plaintiff Tessera Inc. may amend its Complaint a second time
7  up to and including February 1, 2006, without having to seek leave of court.

DATED: December 23, 2005

IRELL & MANELLA LLP

By _____
Morgan Chu
Counsel for Plaintiff
Tessera, Inc.

DATED: December 23, 2005

PRESTON GATES & ELLIS LLP

By _____
Lisa Marie Schull
Counsel for Defendants
Advanced Micro Devices, Inc.,
Spansion Inc., Spansion Technology Inc.,
and Spansion LLC

GRANTED
Claudia Wilken
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA