```
 1 | IRELL & MANELLA LLP
   | MORGAN CHU (SBN 70446)
 2 | MCHU@IRELL.COM
   | JONATHAN STEINBERG (SBN 98044)
 3 | JSTEINBERG@IRELL.COM
   | BENJAMIN HATTENBACH (SBN 186455)
 4 | BHATTENBACH@IRELL.COM
   | 1800 Avenue of the Stars, Suite 900
 5 | Los Angeles, CA 90067-4276
   | Phone:  (310) 277-1010
 6 | Fax:  (310) 203-7199
 7 | Attorneys for Plaintiff and Counterdefendant
   | TESSERA, INC.
 8 |
   | SEE SIGNATURES FOR COMPLETE LIST
 9 | OF PARTIES REPRESENTED
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>                    Plaintiff,<br><br>      v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation, SPANSION INC., a Delaware corporation, SPANSION TECHNOLOGY INC., a Delaware corporation, SPANSION LLC, a Delaware limited liability company, ADVANCED SEMICONDUCTOR ENGINEERING, INC., a Republic of China corporation, ASE (U.S.) INC., a California corporation, CHIPMOS TECHNOLOGIES INC., a Republic of China corporation, CHIPMOS U.S.A., INC., a California corporation, SILICONWARE PRECISION INDUSTRIES CO., LTD., a Republic of China corporation, SILCONWARE USA INC., a California corporation, STMICROELECTRONICS N.V., a Netherlands corporation, STMICROELECTRONICS, INC., a Delaware corporation, STATS CHIPPAC LTD., a Singapore company, STATS CHIPPAC, INC., a Delaware corporation, and STATS CHIPPAC (BVI) LIMITED, a British Virgin Islands company,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 05-4063 CW<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE FROM MARCH 3, 2006 TO APRIL 7, 2006 AND ~~PROPOSED~~ ORDER** |

STIPULATION CONTINUING CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER          1
Case No. C 05-4063 CW

Plaintiff Tessera, Inc. ("Tessera") and defendants Advanced Micro Devices, Inc., Spansion Inc., Spansion Technology Inc., Spansion LLC, ASE (U.S.) Inc., Siliconware USA, Inc., STMicroeletronics N.V., STMicroelectronics, Inc., STATS ChipPAC Ltd., STATS ChipPAC, Inc. and STATS ChipPAC (BVI) Limited stipulate as follows:

WHEREAS, Tessera filed a Second Amended Complaint in this action on January 31, 2006, naming eleven additional defendants;

WHEREAS, Tessera has served the newly named defendants except for foreign entities Advanced Semiconductor Engineering, Inc. and Siliconware Precision Industries Co., Ltd., but has served the related domestic entities of those two companies;

WHEREAS, certain of the newly named defendants have requested, and Tessera has granted, extensions of their time to respond to the Second Amended Complaint;

WHEREAS, the responses of many of the newly named defendants to the Second Amended Complaint are not due until March 27, 2006, taking into account the extensions granted by Tessera;

WHEREAS, a Case Management Conference was originally scheduled in this matter for February 17, 2006, and was continued to March 3, 2006 by Order of the Court dated February 2, 2006;

WHEREAS, the Court's clerk has indicated that the Court would prefer that the Case Management Conference be continued until most or all of the parties have appeared;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, that:

1. The Case Management Conference currently scheduled for 1:30 p.m. on March 3, 2006 shall be continued to 1:30 p.m. on April 7, 2006, or to such other date that the Court may order; and

2.   The joint Case Management Statement will be due one week prior to the conference.

| | |
|---|---|
| DATED: March 1, 2006<br>IRELL & MANELLA LLP<br><br>By _/s/ Jonathan Steinberg/ PA_<br>MORGAN CHU<br>JONATHAN STEINBERG<br>BENJAMIN HATTENBACH<br>Attorneys for Plaintiff and Counterdefendant<br>TESSERA, INC. | DATED: March 1, 2006<br><br>PRESTON GATES & ELLIS LLP<br><br>By _/s/ Michael J. Bettinger/ PA_<br>MICHAEL J. BETTINGER (SBN 122196)<br>MIKEB@PRESTONGATES.COM<br>TIMOTHY P. WALKER (SBN 105001)<br>TIMOTHYW@PRESTONGATES.COM<br>LISA MARIE SCHULL (SBN 196132)<br>LMSCHULL@PRESTONGATES.COM<br>ELAINE Y. CHOW (SBN 194063)<br>ECHOW@PRESTONGATES.COM<br>Preston Gates & Ellis LLP<br>Attorneys for Defendants and Counterclaimants ADVANCED MICRODEVICES, INC., SPANSION INC., SPANSION TECHNOLOGY INC. AND SPANSION LLC |
| DATED: March 1, 2006<br>WEIL, GOTSHAL & MANGES LLP<br><br>By _/s/ Matthew D. Powers_<br>MATTHEW D. POWERS (SBN 104795)<br>MATTHEW.POWERS@WEIL.COM<br>MICHAEL R. FRANZIGER (SBN 222155)<br>MICHAEL.FRANZIGER@WEIL.COM<br>Attorneys for Defendants STATS CHIPPAC, LTD.; STATS CHIPPAC, INC.; STATS CHIPPAC (BVI) LTD.; and ASE (U.S.), INC. | DATED: March 1, 2006.<br><br>SIDLEY AUSTIN LLP<br><br>By _/s/ Russell L. Johnson/ PA_<br>RUSSELL L. JOHNSON (SBN 53833)<br>RLJOHNSON@SIDLEY.COM<br>GEORGIA K. VAN ZANTEN (SBN 116869)<br>GVANZANTEN@SIDLEY.COM<br>MATTHEW L. MCCARTHY (SBN 217871)<br>MLMCCARTHY@SIDLEY.COM<br>Attorneys for Defendants<br>STMICROELECTRONICS, INC. |
| DATED: March 1, 2006<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By _____<br>MICHAEL F. HEAFEY (SBN 153499)<br>MHEAFEY@ORRICK.COM<br><br>Attorneys for Defendants SILICONWARE USA INC. | |

STIPULATION CONTINUING CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER                 2                        Printed on Recycled Paper
Case No. C 05-4063 CW

2. The joint Case Management Statement will be due one week prior to the conference.

| | |
|---|---|
| DATED: March 1, 2006<br><br>IRELL & MANELLA LLP<br><br>By _____<br>MORGAN CHU<br>JONATHAN STEINBERG<br>BENJAMIN HATTENBACH<br>Attorneys for Plaintiff and Counterdefendant TESSERA, INC. | DATED: March 1, 2006<br><br>PRESTON GATES & ELLIS LLP<br><br>By _____<br>MICHAEL J. BETTINGER (SBN 122196)<br>MIKEB@PRESTONGATES.COM<br>TIMOTHY P. WALKER (SBN 105001)<br>TIMOTHYW@PRESTONGATES.COM<br>LISA MARIE SCHULL (SBN 196132)<br>LMSCHULL@PRESTONGATES.COM<br>ELAINE Y. CHOW (SBN 194063)<br>ECHOW@PRESTONGATES.COM<br>Preston Gates & Ellis LLP<br>Attorneys for Defendants and Counterclaimants ADVANCED MICRODEVICES, INC., SPANSION INC., SPANSION TECHNOLOGY INC. AND SPANSION LLC |
| DATED: March 1, 2006<br><br>WEIL, GOTSHAL & MANGES LLP<br><br>By _____<br>MATTHEW D. POWERS (SBN 104795)<br>MATTHEW.POWERS@WEIL.COM<br>MICHAEL R. FRANZIGER (SBN 222155)<br>MICHAEL.FRANZIGER@WEIL.COM<br>Attorneys for Defendants STATS CHIPPAC, LTD.; STATS CHIPPAC, INC.; STATS CHIPPAC (BVI) LTD.; and ASE (U.S.), INC. | DATED: March 1, 2006.<br><br>SIDLEY AUSTIN LLP<br><br>By _____<br>RUSSELL L. JOHNSON (SBN 53833)<br>RLJOHNSON@SIDLEY.COM<br>GEORGIA K. VAN ZANTEN (SBN 116869)<br>GVANZANTEN@SIDLEY.COM<br>MATTHEW L. MCCARTHY (SBN 217871)<br>MLMCCARTHY@SIDLEY.COM<br>Attorneys for Defendants STMICROELECTRONICS, INC. |
| DATED: March 1, 2006<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By *[signature]* Michael F. Heafey<br>MICHAEL F. HEAFEY (SBN 153499)<br>MHEAFEY@ORRICK.COM<br><br>Attorneys for Defendants SILICONWARE USA INC. | |

STIPULATION CONTINUING CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER     2     Printed on Recycled Paper
Case No. C 05-4063 CW

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Date: ___3/2/06___                  /s/ Claudia Wilken

4                                      The Honorable Claudia Wilken
                                       United States District Judge

STIPULATION CONTINUING CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER            3                    Printed on Recycled Paper
Case No. C 05-4063 CW