1  KAI TSENG (STATE BAR NO. 193756)
   MICHAEL F. HEAFEY (STATE BAR NO. 153499)
2  ROWENA YOUNG (STATE BAR NO. 196317)
   MICHAEL W. TRINH (STATE BAR NO. 240937)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:   650-614-7400
5  Facsimile:   650-614-7401

6  Attorneys for Defendant
   SILICONWARE USA, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11
    TESSERA, INC.,                    | Case No. C:05-04063 CW
12
             Plaintiff,
13
          v.                          | **STIPULATION AND [PROPOSED]**
14                                    | **ORDER FOR SILICONWARE USA, INC.**
    ADVANCED MICRO DEVICES, INC., a   | **TO FILE ITS AMENDED ANSWER**
15  Delaware corporation, SPANSION INC., a
    Delaware corporation, SPANSION
16  TECHNOLOGY INC., a Delaware
    corporation, SPANSION LLC, a Delaware
17  limited liability corporation, ADVANCED
    SEMICONDUCTOR ENGINEERING, INC.,
18  a Republic of China corporation ASE (U.S.)
    INC., a California corporation, CHIPMOS
19  TECHNOLOGIES INC., a Republic of China
    corporation, CHIPMOS U.S.A., INC., a
20  California corporation, SILICONWARE
    PRECISION INDUSTRIES CO., LTD., a
21  Republic of China corporation,
    SILICONWARE USA INC., a California
22  corporation, STMICROELECTRONICS
    N.V., a Netherlands corporation,
23  STMICROELECTRONICS, INC., a
    Delaware corporation, STATS CHIPPAC
24  LTD., a Singapore company, STATS
    CHIPPAC, INC., a Delaware corporation, and
25  STATS CHIPPAC (BVI) LIMITED a British
    Virgin Islands company,
26
             Defendants.
27  ―――――――――――――――――――
    AND RELATED COUNTERCLAIM
28

1         WHEREAS, on March 27, 2006, Siliconware Precision Industries Co., Ltd.
2 ("SPIL") filed an answer to Tessera's Second Amended Complaint;

3         WHEREAS, on February 23, 2006, Siliconware USA, Incorporated ("SUI") filed
4 an answer to Tessera's Second Amended Complaint;

5         WHEREAS, SUI wishes to amend its answer to Tessera's Second Amended
6 Complaint; and

7         WHEREAS, Tessera does not object to SUI amending its answer to conform to
8 the answer filed by SPIL;

9         NOW, THEREFORE, IT IS HEREBY STIPULATED by and between SUI and
10 Tessera through their respective counsel that:

11         SUI may file and serve an amended answer to Tessera's Second Amended
12 Complaint no later than March 31, 2006, in the form attached ~~as Exhibit A.~~ to the Stipulation.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |

Dated: March 30, 2006

KAI TSENG
MICHAEL F. HEAFEY
ROWENA YOUNG
MICHAEL W. TRINH
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Attorneys for Defendants
SILICONWARE USA, INC.

Dated: March 29, 2006

MORGAN CHU
BENJAMIN W. HATTENBACH
JONATHAN STEINBERG
PETER SHIMAMOTO
ELLISEN S. TURNER
IRELL & MANELLA LLP

_____
Attorneys for Plaintiff
TESSERA, INC.

IT IS SO ORDERED.

Dated: 3/31/06

_____
Hon. Claudia Wilken
United States District Judge

DOCSSV1:452747.1