IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

    Plaintiff,

v.

ADVANCED MICRO DEVICES, INC. et al.,

    Defendants.

                                      /

No. C 05-04063 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

On May 8, 2006, Plaintiff filed a Brief Re Discovery Plan.

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that a discovery conference and all discovery disputes filed in the above-captioned case are referred to Magistrate Judge Bernard Zimmerman.

Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 5/15/06

*Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge

cc: Wings; BZ w/brief