IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., | No. C-05-04063 CW (EDL) |
| Plaintiff, | **ORDER RE DISCOVERY CONFERENCE** |
| v. | |
| ADVANCED MICRO DEVICES, INC. ET AL, | |
| Defendants. | |

The district court has referred the above-captioned case to this Court for all discovery matters, including the parties' dispute concerning how discovery should proceed in this patent case.

The Court hereby orders that (1) Plaintiff immediately provide to this Court a complete transcript of the April 7, 2006 case management conference the parties attended before the district court; (2) Defendants provide their discovery plan to Plaintiff by June 15, 2006; and (3) that the parties file a joint discovery plan by June 22, 2006. The parties should meet and confer in good faith to reach agreement. If and only if the parties cannot agree on a particular point, they may set out their respective positions in the joint discovery plan. If necessary, the Court will hold a discovery conference on June 28, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 6, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge