[COUNSEL LIST ON NEXT PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., *et al.*, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 05-4063 CW (EDL) <br><br> **STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER COVERING PRODUCTION OF NON-PARTY CONFIDENTIAL INFORMATION** |

STIPULATION AND [PROPOSED]
INTERIM PROTECTIVE ORDER COVERING
PRODUCTION OF NON-PARTY CONFIDENTIAL INFORMATION
Case No. C 05-4063 CW (EDL)

1

Printed on Recycled Paper

Kai Tseng (State Bar No. 193756) (ktseng@orrick.com)
Michael F. Heafey (State Bar No. 153499) (mheafey@orrick.com)
Rowena Young (State Bar No. 196317) (ryoung@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel:    (650) 614-7400
Fax:    (650) 614-7401

Attorneys for Defendants
SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE USA, INC.


Michael J. Bettinger (State Bar No. 122196) (mikeb@prestongates.com)
Timothy P. Walker (State Bar No. 105001) (timothyw@prestongates.com)
Elaine Y. Chow (State Bar No. 194063) (echow@prestongates.com)
PRESTON GATES & ELLIS, LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Tel: (415) 882-8200
Fax: (415) 882-8220

Attorneys for Defendants
ADVANCED MICRO DEVICES, INC., SPANSION INC., SPANSION TECHNOLOGY INC.
and SPANSION LLC


Francis J Torrence (State Bar No. 1546533) (ftorrence@seyfarth.com)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Tel: (415) 397-2823
Fax: (415) 397-8549

Alan L. Unikel (*admitted pro hac vice*) (aunikel@seyfarth.com)
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803
Tel: (312) 346-8000
Fax: (312) 269-8869

Attorneys for Defendants
CHIPMOS U.S.A., INC. and CHIPMOS TECHNOLOGIES, INC.

1 | Russell L. Johnson (State Bar No. 53833) (rljohnson@sidley.com)
Edward V. Anderson (State Bar No. 83148 (evanderson@sidley.com)
2 | Teague I. Donahey (State Bar No. 197531) (tdonahey@sidley.com)
SIDLEY AUSTIN LLP
3 | 555 California Street, Suite 2000
San Francisco, CA 94104
4 | Tel: (415) 772-1200
Fax: (415) 772-7400

5
Attorneys for Defendants
6 | STMICROELECTRONICS, INC. and STMICROELECTRONICS N.V.

7

8 | Matthew D. Powers (State Bar No. 104795) (matthew.powers@weil.com)
WEIL, GOTSHAL & MANGES LLP
9 | Silicon Valley Office
201 Redwood Shores Parkway
10 | Redwood Shores, CA 94065
Tel: (650) 802-3000
11 | Fax: (650) 802-3100

12 | Steven Rizzi (*admitted pro hac vice*) (steven.rizzi@weil.com)
David J. Ball, Jr. (*admitted pro hac vice*) (david.ball@weil.com)
13 | Brett E. Cooper (*admitted pro hac vice*) (brett.cooper@weil.com)
WEIL, GOTSHAL & MANGES LLP
14 | 767 Fifth Avenue
New York, New York 10153-0119
15 | United States of America
Telephone: (212) 310-8000
16 | Fax: (212) 310-8007

17

18 | Michael R. Franzinger (State Bar No. 222155) (michael.franzinger@weil.com)
WEIL, GOTSHAL & MANGES LLP
19 | 1300 Eye Street, NW
Washington, D.C. 20005
20 | United States of America
Telephone: (202) 682-7000
21 | Fax: (202) 857-0940

22
Attorneys for Defendants
23 | ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE (U.S.) INC., STATS CHIPPAC (BVI) LIMITED, STATS CHIPPAC, INC., and STATS CHIPPAC LTD.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                  2                               Printed on Recycled Paper
REGARDING PROTECTIVE ORDER COVERING
PRODUCTION OF NON-PARTY CONFIDENTIAL INFORMATION
Case No. C 05-4063 CW

WHEREAS, Tessera has been a party in the following prior litigations: *Samsung Electronics Co., Ltd., v. Tessera Technologies, Inc.*, Case No. C 02-5837 CW; *Texas Instruments, Inc. v. Tessera, Inc.*, Case No. C 00-2114 CW; *Tessera, Inc. v. Micron Technology, Inc.*, *et al.*, Civ. Action No. 2-05cv-94-JDL and *In the Matter of Certain Semiconductor Chips*, Case No. 337-TA-332 (ITC) (the "Prior Litigations");

WHEREAS, the term "non-parties" as used herein includes both non-parties or parties to the prior litigations;

WHEREAS, Tessera has stated that, prior to producing certain documents previously produced by non-parties in the Prior Litigations, or containing information derived from documents or information previously produced by non-parties in the Prior Litigations, it is obligated to seek consent from those non-parties;

WHEREAS, to promote obtaining any necessary non-party consents, the Court has requested that the parties submit proposed language for an interim Protective Order relating to such non-party Prior Litigation materials.

Based on the foregoing, the parties to this action hereby stipulate to the following:

Any document or information produced in the prior litigations either by Tessera or by any non-parties that Tessera alleges contains confidential information of a non-party to this action ("Non-Party Confidential Information") and that is produced in this action by Tessera (*i.e.*, after receiving the consent of the non-party) or by any non-party directly to Defendants, shall be subject to the same restrictions regarding handling and dissemination of the documents and information as are set forth in the protective orders in the Prior Litigations in which such Non-Party Confidential Information was produced in the Prior Litigation, with the additional limitation that the Non-Party Confidential Information shall be treated by Defendants as Outside Attorneys' Eyes Only for the duration of this action unless and until there is further order from the Court, with notice to the non-party.

DATED: June 29, 2006

___/s/_____
David Djavaherian
ddjavaherian@irell.com
IRELL & MANELLA LLP

STIPULATION AND [PROPOSED] ORDER
REGARDING PROTECTIVE ORDER COVERING
PRODUCTION OF NON-PARTY CONFIDENTIAL INFORMATION
Case No. C 05-4063 CW

3

Printed on Recycled Paper

| | |
|---|---|
| | 1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA  90076-4276<br>Phone:  (310) 203-1010<br>Facsimile:  (310) 203-7199<br>Attorneys for Plaintiff and Counterclaim<br>Defendant TESSERA, INC. |
| DATED:  June 29, 2006 | _____/s/_____<br>Elaine Y. Chow<br>echow@prestongates.com<br>PRESTON GATES & ELLIS LLP<br>55 Second Street<br>Suite 1700<br>San Francisco, CA  94105<br>Phone:  (415) 882-8200<br>Facsimile:  (415) 882-8220<br>Attorneys for Defendants and Counterclaim Plaintiffs ADVANCED MICRO DEVICES, INC.; SPANSION, INC.; SPANSION TECHNOLOGY, INC.; and SPANSION LLC |
| DATED:  June 29, 2006 | _____/s/_____<br>Francis J. Torrence<br>ftorrence@seyfarth.com<br>SEYFARTH SHAW LLP<br>650 Mission Street<br>Suite 3100<br>San Francisco, CA  94105<br>Phone:  (415) 397-2823<br>Facsimile:  (415) 397-8549<br>Attorneys for Defendants CHIPMOS TECHNOLOGIES INC. and CHIPMOS U.S.A., INC. |
| DATED:  June 29, 2006 | _____/s/_____<br>Russell L. Johnson<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA  94104<br>Phone:  (415) 772-7480<br>Facsimile:  (415) 772-7400<br>Attorneys for Defendants STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC. |

STIPULATION AND [PROPOSED] ORDER
REGARDING PROTECTIVE ORDER COVERING
PRODUCTION OF NON-PARTY CONFIDENTIAL INFORMATION
Case No. C 05-4063 CW

4

Printed on Recycled Paper

| DATED:  June 29, 2006 | _____/s/_____<br>Michael F. Heafey<br>mheafey@orrick.com<br>James H. Lin<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Phone:  (650) 614-7645<br>Facsimile:  (650) 614-7401<br>Attorneys for Defendants SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE USA INC. |
|---|---|
| DATED:  June 29, 2006 | _____/s/_____<br>Steven Rizzi<br>steven.rizzi@weil.com<br>Brett E. Cooper<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Phone: (212) 310-8734<br>Facsimile:  (212) 310-8007<br>Attorneys for Defendants ADVANCED SEMICONDUCTOR ENGINEERING, INC.; ASE (U.S.) INC.; STATS CHIPPAC LTD.; STATS CHIPPAC, INC.; and STATS CHIPPAC (BVI) LIMITED |

IT IS SO ORDERED

Date: _____

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING PROTECTIVE ORDER COVERING
PRODUCTION OF NON-PARTY CONFIDENTIAL INFORMATION
Case No. C 05-4063 CW

5

Printed on Recycled Paper

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Elaine Y. Chow, attest that concurrence in the filing of this document has been obtained from all signatories.

                                       /s/
                               Elaine Y. Chow

STIPULATION AND [PROPOSED] ORDER REGARDING PROTECTIVE ORDER COVERING PRODUCTION OF NON-PARTY CONFIDENTIAL INFORMATION
Case No. C 05-4063 CW

6

Printed on Recycled Paper