COUNSEL OF RECORD
LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 05-4063 CW (EDL) |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER** |
| ADVANCED MICRO DEVICES, INC., et al., | |
| Defendants, | |
| AND RELATED COUNTERCLAIMS | |

1  WHEREAS the Court's April 18, 2006 Scheduling Order requires that mediation be completed by July 14, 2006, or as soon thereafter as is convenient to the mediator's schedule; and

WHEREAS there is currently scheduled an estimated two-week trial in the Eastern District of Texas beginning August 14, 2006 involving the same patents; and

WHEREAS scheduling of the mediation has been complex due to the schedules of the parties, their counsel, and the mediator, Judge Infante; and.

WHEREAS the parties believe that resolution of the Texas action and completion of the Texas trial will contribute significantly to the parties' settlement positions and to the prospects for achieving an agreed upon resolution of this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED, SUBJECT TO THE COURT'S APPROVAL, THAT:

The ADR Deadline shall be continued until September 23, 2006.

Signed:

| | |
|---|---|
| Dated: June 23, 2006 | _____/s/_____<br>Roger D. Taylor<br>roger.taylor@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>3500 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, Georgia 30308<br>Phone: (404) 653-6480<br>Facsimile: (404) 653-6444<br>Attorneys for Plaintiff and Counterclaim Defendant TESSERA, INC. |
| Dated: June 23, 2006 | _____/s/_____<br>Michael Bettinger<br>mikeb@prestongates.com<br>PRESTON GATES & ELLIS LLP<br>Suite 1700<br>San Francisco, CA 94105<br>Phone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>Attorneys for Defendants and Counterclaim Plaintiffs ADVANCED MICRO DEVICES, INC.; SPANSION INC.; SPANSION TECHNOLOGY, INC.; AND SPANSION LLC |

JOINT STIPULATION AND [PROPOSED] ORDER
(Case No. 05-4063 CW (EDR))

- 1 -

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

| Dated: June 23, 2006 | _____/s/_____<br>Francis J. Torrence<br>ftorrence@seyfarth.com<br>SEYFARTH SHAW LLP<br>650 Mission Street<br>Suite 3100<br>San Francisco, CA 94105<br>Phone: (415) 397-2823<br>Facsimile: (415) 397-8549<br>Attorneys for Defendants CHIPMOS TECHNOLOGIES, INC. AND CHIPMOS U.S.A., INC. |
|---|---|
| Dated: June 23, 2006 | _____/s/_____<br>Russell L. Johnson<br>evanderson@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104<br>Phone: (415) 772-7480<br>Facsimile: (415) 772-7400<br>Attorneys for Defendants STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC. |
| Dated: June 23, 2006 | _____/s/_____<br>Michael F. Heafey<br>mheafey@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Phone: (650) 614-7645<br>Facsimile: (650) 614-7401<br>Attorneys for Defendants SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE USA INC. |
| Dated: June 23, 2006 | _____/s/_____<br>Steven Rizzi<br>steven.rizzi@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Phone: (212) 310-8734<br>Facsimile: (212) 310-8007<br>Attorneys for Defendants ADVANCED SEMICONDUCTOR ENGINEERING, INC.; ASE (U.S.) INC.; STATS CHIPPAC LTD.; STATS CHIPPAC, INC.; and STATS CHIPPAC (BVI) LIMITED |

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2 Dated: _7/7/06_____          /s/ CLAUDIA WILKEN
3                                          _____
                                           The Honorable Claudia Wilken
4                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures and/or written concurrences for any signature indicated by a "conformed" signature (/s/) within this efiled document.

                                                    /s/
                                        Peter Shimamoto