IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., | No. C-05-04063 CW (EDL) |
| Plaintiff, | **ORDER RE HEARING ON PLAINTIFF'S MOTIONS TO COMPEL** |
| v. | |
| ADVANCED MICRO DEVICES, INC. ET AL, | |
| Defendant. | |

On August 29, 2006, the Court will hear Plaintiff's motions to compel. The Court orders lead trial counsel for each party to appear at this hearing and be prepared to meet and confer regarding the discovery disputes and to address the Court's questions concerning discovery. Lead trial counsel shall be prepared to remain in Court until all discovery issues addressed in the parties' written submissions are resolved.

**IT IS SO ORDERED.**

Dated: August 21, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge