[COUNSEL LIST ON NEXT PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., *et al.*, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 05-4063 CW (EDL) <br><br> **[TESSERA'S <s>PROPOSED</s>] ORDER REGARDING THE PARTIES' JOINT DISCOVERY PLAN** |

Kai Tseng (State Bar No. 193756) (ktseng@orrick.com)
Michael F. Heafey (State Bar No. 153499) (mheafey@orrick.com)
Rowena Young (State Bar No. 196317) (ryoung@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel:   (650) 614-7400
Fax:  (650) 614-7401

Attorneys for Defendants
SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE USA, INC.


Michael J. Bettinger (State Bar No. 122196) (mikeb@prestongates.com)
Timothy P. Walker (State Bar No. 105001) (timothyw@prestongates.com)
Elaine Y. Chow (State Bar No. 194063) (echow@prestongates.com)
PRESTON GATES & ELLIS, LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Tel: (415) 882-8200
Fax: (415) 882-8220

Attorneys for Defendants
ADVANCED MICRO DEVICES, INC., SPANSION INC., SPANSION TECHNOLOGY INC. and SPANSION LLC


Francis J Torrence (State Bar No. 1546533) (ftorrence@seyfarth.com)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Tel: (415) 397-2823
Fax: (415) 397-8549

Alan L. Unikel (*admitted pro hac vice*) (aunikel@seyfarth.com)
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803
Tel: (312) 346-8000
Fax: (312) 269-8869

Attorneys for Defendants
CHIPMOS U.S.A., INC. and CHIPMOS TECHNOLOGIES, INC.

[TESSERA'S PROPOSED] ORDER REGARDING THE PARTIES' JOINT DISCOVERY PLAN
Case No. C 05-4063 CW (EDL)

**EXHIBIT A**

2

Printed on Recycled Paper

Russell L. Johnson (State Bar No. 53833) (rljohnson@sidley.com)
Edward V. Anderson (State Bar No. 83148 (evanderson@sidley.com)
Teague I. Donahey (State Bar No. 197531) (tdonahey@sidley.com)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

Attorneys for Defendants
STMICROELECTRONICS, INC. and STMICROELECTRONICS N.V.

Matthew D. Powers (State Bar No. 104795) (matthew.powers@weil.com)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100

Steven Rizzi (*admitted pro hac vice*) (steven.rizzi@weil.com)
David J. Ball, Jr. (*admitted pro hac vice*) (david.ball@weil.com)
Brett E. Cooper (*admitted pro hac vice*) (brett.cooper@weil.com)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
United States of America
Telephone: (212) 310-8000
Fax: (212) 310-8007

Michael R. Franzinger (State Bar No. 222155) (michael.franzinger@weil.com)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Washington, D.C. 20005
United States of America
Telephone: (202) 682-7000
Fax: (202) 857-0940

Attorneys for Defendants
ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE (U.S.) INC., STATS CHIPPAC (BVI) LIMITED, STATS CHIPPAC, INC., and STATS CHIPPAC LTD.

---

[TESSERA'S PROPOSED] ORDER REGARDING THE PARTIES' JOINT DISCOVERY PLAN
Case No. C 05-4063 CW

**EXHIBIT A**

2

Printed on Recycled Paper

Morgan Chu (mchu@irell.com) (State Bar No. 70446)
Jonathan Steinberg (jsteinberg@irell.com) (State Bar No. 98044)
Benjamin Hattenbach (bhattenbach@irell.com) (State Bar No. 186455)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010
Fax: (310) 203-7199

Attorneys for Plaintiff and Counterdefendant TESSERA, INC.

[TESSERA'S PROPOSED] ORDER REGARDING
THE PARTIES' JOINT DISCOVERY PLAN
Case No. C 05-4063 CW

**EXHIBIT A** 

3

Printed on Recycled Paper

The parties appeared before this Court on June 28, 2006 regarding a Discovery Plan for this action. Having considered the arguments and briefing of counsel,

**IT IS HEREBY ORDERED** that:

Depositions:

1. Tessera shall take no more than 700 hours of depositions of fact witnesses.

2. The defendants, as a group, shall take no more than 300 hours of depositions of party fact witnesses and no more than 200 hours of depositions of nonparty fact witnesses. Defendants are responsible for allocating this time amongst themselves.

3. Unless otherwise stipulated by the parties or ordered by the Court, a deposition of a fact witness is limited to one day of seven hours.

Interrogatories:

4. Tessera may propound no more than 210 interrogatories on defendants. A single interrogatory, which requires separate answers from defendants within the responding defendant group,[1] shall be counted as a single interrogatory. Identical interrogatories propounded on more than one defendant group shall each be counted separately.

5. Each defendant group may propound no more than 20 interrogatories. A single interrogatory, which requires Tessera to provide separate answers to defendants within the propounding defendant group, shall be counted as a single interrogatory.

Requests for Production:

6. At this time, the Court has not set limits on the number of Requests for Production any party may serve. However, Defendants shall coordinate any requests for production of documents served on Tessera after June 28, 2006. Defendants shall also coordinate any meet-and-confers that occur after June 28, 2006 regarding Tessera's discovery responses.

---

[1] The seven defendant groups are: (1) Spansion Inc., Spansion Technology Inc., and Spansion LLC (collectively, "Spansion"); (2) Advanced Micro Devices, Inc. ("AMD"); (3) Advanced Semiconductor Engineering, Inc. and ASE (U.S.) Inc. (collectively "ASE"); (4) ChipMOS Technologies Inc. and ChipMOS U.S.A., Inc. (collectively "ChipMOS"); (5) Siliconware Precision Industries Co., Ltd. and Siliconware USA Inc. (collectively "SPIL"); (6) STMicroelectronics N.V. and STMicroelectronics, Inc. (collectively "STM"); and (7) STATS ChipPAC Ltd., STATS ChipPAC, Inc. and STATS ChipPAC (BVI) Limited (collectively "STATS").

Requests for Admission:

7. Tessera may propound no more than 210 non-authenticating requests for admission on the defendants. A single request for admission, which requires separate answers from defendants within the responding defendant group, shall be counted as a single request for admission. Identical requests for admission propounded on more than one defendant group shall each be counted separately.

8. Each defendant group may propound no more than 20 non-authenticating requests for admission on Tessera. A single request for admission, which requires Tessera to provide separate answers to defendants within the propounding defendant group, counts as a single request for admission.

Expert Reports and Depositions:

9. Unless otherwise stipulated by the parties or ordered by the Court, a deposition of an expert witness is limited to one day of seven hours.

**IT IS SO ORDERED.**

Date: August 22, 2006



The Honorable Elizabeth D. Laporte
United States Magistrate Judge

[TESSERA'S PROPOSED] ORDER REGARDING THE PARTIES' JOINT DISCOVERY PLAN
Case No. C 05-4063 CW

**EXHIBIT A**

5

Printed on Recycled Paper