IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., | No. C-05-04063 CW (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| ADVANCED MICRO DEVICES, INC. ET AL, | |
| Defendant. | |

On August 21, 2006, the Court ordered all lead trial counsel to appear at the August 29, 2006 hearing on Plaintiff's motions to compel. On August 25, 2006, Plaintiff requested that Mr. Chu, its co-lead trial counsel, be excused. In light of the shortness of time between the Court's order requesting personal appearance at the hearing and the hearing, and Mr. Chu's travel schedule, the Court excuses Mr. Chu from appearing personally. Mr. Steinberg, Plaintiff's other co-lead trial counsel, shall appear and shall fully apprise Mr. Chu of the Court's concerns about the parties' discovery conduct.

**IT IS SO ORDERED.**

Dated: August 28, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge