1  MATTHEW D. POWERS (Bar No. 104795)
   WEIL, GOTSHAL & MANGES LLP
2  Silicon Valley Office
   201 Redwood Shores Parkway
3  Redwood Shores, California 94065
   Telephone: 650-802-3000
4  Fax: 650-802-3100
   Attorneys for Defendants Advanced Semiconductor
5  Engineering, Inc., ASE (U.S.) Inc., Stats ChipPAC
   Ltd., Stats ChipPAC, Inc., and Stats ChipPAC
6  (BVI) Limited

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         OAKLAND DIVISION

10 TESSERA, INC.,                          )  CASE NO. C 05-04063 CW
                                           )
11                Plaintiff,                )
                                           )
12        v.                                )
                                           )
13 ADVANCED MICRO DEVICES, INC., a         )  STIPULATION AND [PROPOSED]
   Delaware corporation, SPANSION INC., a  )  ORDER RE: DATE FOR
14 Delaware corporation, SPANSION          )  PRODUCING SUPPLEMENTAL
   TECHNOLOGY INC., a Delaware             )  PATENT L.R. 3-4(a) DOCUMENTS
15 corporation, SPANSION LLC, a            )
   Delaware limited liability corporation, )
16 ADVANCED SEMICONDUCTOR                  )
   ENGINEERING, INC., a Republic of China  )
17 corporation, ASE (U.S.) INC., a California )
   corporation, CHIPMOS TECHNOLOGIES       )
18 INC., a Republic of China corporation,  )
   CHIPMOS U.S.A., INC., a California      )
19 corporation, SILICONWARE PRECISION      )
   INDUSTRIES CO., LTD., a Republic of     )
20 China corporation, SILICONWARE USA      )
   INC., a California corporation,         )
21 STMICROELECTRONICS N.V., a              )
   Netherlands corporation,                )
22 STMICROELECTRONICS, INC., a Delaware    )
   corporation, STATS CHIPPAC LTD., a      )
23 Singapore company, STATS CHIPPAC, INC., )
   a Delaware corporation, and STATS CHIPPAC )
24 (BVI) LIMITED, a British Virgin Islands )
   company,                                )
25                                         )
                  Defendants,              )
26                                         )
   AND RELATED COUNTERCLAIMS.              )
27                                         )

28

**STIPULATION AND [PROPOSED] ORDER RE: DATE
FOR PRODUCING SUPPLEMENTAL PATENT L.R. 3-4(a)
DOCUMENTS**                                    Case No. C 05-04063 CW

## STIPULATION

Advanced Semiconductor Engineering, Inc., ASE (U.S.) Inc. (collectively, "ASE"), and Stats ChipPAC Ltd., Stats ChipPAC, Inc., and Stats ChipPAC (BVI) Limited (collectively "STATS ChipPAC"), and Tessera, Inc. ("Tessera") hereby stipulate as follows:

WHEREAS, the Court's June 23, 2006 Order (Document 142, Order on Defendants's Motion to Strike Tessera's Patent Local Rule 3-1 Initial Disclosure; Defendants' Production of Documents; and Tessera's Motion to Seal) states, in paragraph 6(c), that with respect to products accused of infringement in Tessera's Amended Preliminary Infringement Contentions, Defendants shall produce all documents required to be produced by Patent L.R. 3-4(a) ("the supplemental production of Patent L.R. 3-4(a) documents") within 45 days of service of the Amended Preliminary Infringement Contentions; and

WHEREAS, Tessera served its Amended Preliminary Infringement Contentions on August 4, 2006; and

WHEREAS, the parties agree that ASE and STATS ChipPAC may make their supplemental production of Patent L.R. 3-4(a) documents by September 25, 2006;

IT IS HEREBY STIPULATED by and between Tessera and ASE and STATS ChipPAC that ASE and STATS ChipPAC shall make their supplemental production of Patent L.R. 3-4(a) documents by September 25, 2006.

| | |
|---|---|
| Dated: September 18, 2006 | Respectfully Submitted, |
| | By:    Brett E. Cooper /s/ |
| | Matthew D. Powers (Bar No. 104795) |
| | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, California 94065 |
| | Telephone: 650-802-3000 |
| | Fax: 650-802-3100 |
| | |
| | Steven J. Rizzi (admitted *pro hac vice*) |
| | David J. Ball, Jr. (admitted *pro hac vice*) |
| | Brett E. Cooper (admitted *pro hac vice*) |
| | WEIL, GOTSHAL & MANGES, LLP |
| | 767 Fifth Avenue |
| | New York, New York 10153 |
| | Telephone: 212-310-8000 |
| | Fax: 212-310-8007 |
| | |
| | Attorneys for Defendants ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE (U.S.) INC., STATS CHIPPAC LTD., STATS CHIPPAC, INC., and STATS CHIPPAC (BVI) LIMITED |
| | |
| | By:    Roger D. Taylor /s/ |
| | Roger D. Taylor (admitted *pro hac vice*) |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| | 3500 SunTrust Plaza |
| | 303 Peachtree Street, N.E. |
| | Atlanta, Georgia 30308 |
| | Telephone: 404-653-6480 |
| | Fax: 404-653-6444 |
| | |
| | Attorneys for Plaintiff TESSERA, INC. |

1
2
**ORDER**

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
5  Dated:  September 19, 2006

6  _____
   HONORABLE CLAUDIA WILKEN RTE



7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER RE: DATE FOR PRODUCING SUPPLEMENTAL PATENT L.R. 3-4(a) DOCUMENTS**     4     Case No.  C 05-04063 CW

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures and/or written concurrences for any signature indicated by a "conformed" signature (/s/) within this efiled document.

                                                Brett E. Cooper /s/

                                                Brett E. Cooper