Counsel Listed on
Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADVANCED MICRO DEVICES, INC., a )<br>Delaware corporation, SPANSION INC., a )<br>Delaware corporation, SPANSION )<br>TECHNOLOGY INC., a Delaware )<br>corporation, SPANSION LLC, a )<br>Delaware limited liability corporation, )<br>ADVANCED SEMICONDUCTOR )<br>ENGINEERING, INC., a Republic of China )<br>corporation, ASE (U.S.) INC., a California )<br>corporation, CHIPMOS TECHNOLOGIES )<br>INC., a Republic of China corporation, )<br>CHIPMOS U.S.A., INC., a California )<br>corporation, SILICONWARE PRECISION )<br>INDUSTRIES CO., LTD., a Republic of )<br>China corporation, SILICONWARE USA )<br>INC., a California corporation, )<br>STMICROELECTRONICS N.V., a )<br>Netherlands corporation, )<br>STMICROELECTRONICS, INC., a Delaware )<br>corporation, STATS CHIPPAC LTD., a )<br>Singapore company, STATS CHIPPAC, INC., )<br>a Delaware corporation, and STATS CHIPPAC )<br>(BVI) LIMITED, a British Virgin Islands )<br>company, )<br>)<br>Defendants, )<br>)<br>AND RELATED COUNTERCLAIMS. )<br>) | **CASE NO. C 05-04063 CW**<br><br>**STIPULATION AND**<br>**[PROPOSED] ORDER RE:**<br>**COMPLETION OF ADR** |

**STIPULATION AND [PROPOSED] ORDER**
**RE: COMPLETION OF ADR**            **Case No. C 05-04063 CW**

**STIPULATION**

Advanced Semiconductor Engineering, Inc. and ASE (U.S.) Inc. (collectively, "ASE"); ChipMOS Technologies Inc. and ChipMOS U.S.A., Inc. (collectively "ChipMOS"); and Stats ChipPAC Ltd., Stats ChipPAC, Inc., and Stats ChipPAC (BVI) Limited (collectively "STATS ChipPAC"), and Tessera, Inc. ("Tessera") hereby stipulate as follows:

WHEREAS the Court's April 18, 2006 Scheduling Order required that mediation be completed by July 14, 2006, and was thereafter extended to September 23, 2006, or as soon thereafter as is convenient to the mediator's schedule; and

WHEREAS scheduling of the mediation has been complex due to the schedules of the defendants, their counsel, and the mediator, Judge Infante;

WHEREAS several of the defendants and Tessera have completed mediation sessions; and

WHEREAS STATS ChipPAC, ASE and ChipMOS and Tessera have scheduled ADR sessions with Judge Infante on October 5, 6, and 31, respectively;

NOW, THEREFORE, IT IS HEREBY STIPULATED, SUBJECT TO THE COURT'S APPROVAL, THAT:

The ADR Deadline shall be continued until November 1, 2006.

| | |
|---|---|
| Dated: September 20, 2006 | Respectfully Submitted, |
| | By:    Brett E. Cooper /s/ |
| | Matthew D. Powers (Bar No. 104795) |
| | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, California 94065 |
| | Telephone: 650-802-3000 |
| | Fax: 650-802-3100 |
| | |
| | Steven J. Rizzi (admitted *pro hac vice*) |
| | David J. Ball, Jr. (admitted *pro hac vice*) |
| | Brett E. Cooper (admitted *pro hac vice*) |
| | WEIL, GOTSHAL & MANGES, LLP |
| | 767 Fifth Avenue |
| | New York, New York 10153 |
| | Telephone: 212-310-8000 |
| | Fax: 212-310-8007 |
| | |
| | Attorneys for Defendants ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE (U.S.) INC., STATS CHIPPAC LTD., STATS CHIPPAC, INC., and STATS CHIPPAC (BVI) LIMITED |
| | |
| | By:    Joseph R. Lanser /s/ |
| | Alan L. Unikel (admitted *pro hac vice*) |
| | Joseph R. Lanser (admitted *pro hac vice*) |
| | SEYFARTH SHAW LLP |
| | 131 South Dearborn Street, Suite 2400 |
| | Chicago, Illinois 60603 |
| | Telephone: 312-460-5000 |
| | Fax: 312-460-7000 |
| | Attorneys for Defendants CHIPMOS TECHNOLOGIES, INC. AND CHIPMOS U.S.A., INC. |
| | |
| | By:    Roger D. Taylor /s/ |
| | Roger D. Taylor (admitted *pro hac vice*) |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| | 3500 SunTrust Plaza |
| | 303 Peachtree Street, N.E. |
| | Atlanta, Georgia 30308 |
| | Telephone: 404-653-6480 |
| | Fax: 404-653-6444 |
| | Attorneys for Plaintiff TESSERA, INC. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/22/06

_____
HONORABLE CLAUDIA WILKEN, U.S.D.J.

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures and/or written concurrences for any signature indicated by a "conformed" signature (/s/) within this efiled document.

                                                Brett E. Cooper /s/

                                                Brett E. Cooper