UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., | **CASE NO. C 05-04063 CW** |
| Plaintiff, | |
| vs. | [PROPOSED] **ORDER GRANTING PLAINTIFF TESSERA, INC.'S MOTION FOR CLARIFICATION OF DISCOVERY OBLIGATIONS** |
| ADVANCED MICRO DEVICES, INC., et al., | |
| Defendants. | Hearing: October 24, 2005* |
| | Time: 9:00 a.m. |
| | Ctrm: E (15th Floor) |
| AND RELATED COUNTERCLAIMS | Magistrate: Honorable Elizabeth D. Laporte |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING TESSERA, INC.'S
MOTION FOR CLARIFICATION OF DISCOVERY
OBLIGATIONS

1  Plaintiff Tessera, Inc.'s Motion for Clarification of Discovery Obligations came for hearing
2  before the Court on September 26, 2006. After considering the papers submitted in support of and
3  in opposition to the motion, arguments of counsel, and all other matters presented to the Court,.
4  IT IS HEREBY ORDERED AS FOLLOWS:
5  Tessera may comply with its obligations under the Protective Orders issued by the United
6  States District Court for the Eastern District of Texas in *Tessera, Inc. v. Micron Technology, Inc.*
7  *et al.*, Case No. 2-05cv-094 (JDL) (E.D. Tex.), and *Micron Technology, Inc. v. Tessera, Inc.*, Case
8  No. 2-05cv-319 (JDL) (E.D. Tex.), to return or destroy certain documents containing confidential
9  information of entities other than Tessera.

12  Dated: Sept. 28 , 2006

13  _____
    The Honorable Elizabeth D. Laporte
    United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

16  Respectfully submitted September 15, 2006 by:
17  IRELL & MANELLA LLP

19  _____/s/_____
    Peter Shimamoto
    Attorneys for Plaintiff
20  Tessera, Inc.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER GRANTING TESSERA, INC.'S
MOTION FOR CLARIFICATION OF DISCOVERY
OBLIGATIONS
- 1 -