See Counsel List on Next Pages

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C05-04063 CW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINE TO EXCHANGE PATENT LOCAL RULE 4-2 DISCLOSURES** |

Kai Tseng (State Bar No. 193756) (ktseng@orrick.com)
Michael F. Heafey (State Bar No. 153499) (mheafey@orrick.com)
Rowena Young (State Bar No. 196317) (ryoung@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel:   (650) 614-7400
Fax:   (650) 614-7401

Attorneys for Defendants
SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE USA, INC.


Michael J. Bettinger (State Bar No. 122196) (mikeb@prestongates.com)
Timothy P. Walker (State Bar No. 105001) (timothyw@prestongates.com)
Stephen M. Everett (State Bar No. 121619) (severett@prestongates.com)
Elaine Y. Chow (State Bar No. 194063) (echow@prestongates.com)
PRESTON GATES & ELLIS, LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Tel: (415) 882-8200
Fax: (415) 882-8220

Attorneys for Defendants
ADVANCED MICRO DEVICES, INC., SPANSION INC., SPANSION TECHNOLOGY INC. and SPANSION LLC


Francis J Torrence (State Bar No. 1546533) (ftorrence@seyfarth.com)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Tel: (415) 397-2823
Fax: (415) 397-8549

Alan L. Unikel (*admitted pro hac vice*) (aunikel@seyfarth.com)
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803
Tel: (312) 346-8000
Fax: (312) 269-8869

Attorneys for Defendants
CHIPMOS U.S.A., INC. and CHIPMOS TECHNOLOGIES, INC.

2

STIPULATION AND [PROPOSED] ORDER TO MODIFY
DEADLINE TO EXCHANGE PATENT LOCAL RULE 4-2
DISCLOSURES, Case No. C05-04063 CW (EDL)

Russell L. Johnson (State Bar No. 53833) (rljohnson@sidley.com)
Edward V. Anderson (State Bar No. 83148 (evanderson@sidley.com)
Teague I. Donahey (State Bar No. 197531) (tdonahey@sidley.com)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

Attorneys for Defendants
STMICROELECTRONICS, INC. and STMICROELECTRONICS N.V.


Matthew D. Powers (State Bar No. 104795) (matthew.powers@weil.com)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100

Steven Rizzi (*admitted pro hac vice*) (steven.rizzi@weil.com)
David J. Ball, Jr. (*admitted pro hac vice*) (david.ball@weil.com)
Brett E. Cooper (*admitted pro hac vice*) (brett.cooper@weil.com)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
United States of America
Telephone: (212) 310-8000
Fax: (212) 310-8007

Michael R. Franzinger (State Bar No. 222155) (michael.franzinger@weil.com)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Washington, D.C. 20005
United States of America
Telephone: (202) 682-7000
Fax: (202) 857-0940

Attorneys for Defendants
ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE (U.S.) INC., STATS CHIPPAC (BVI) LIMITED, STATS CHIPPAC, INC., and STATS CHIPPAC LTD.

3

STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINE TO EXCHANGE PATENT LOCAL RULE 4-2 DISCLOSURES, Case No. C05-04063 CW (EDL)

## **STIPULATION**

Defendants Advanced Micro Devices, Inc., Spansion Inc., Spansion Technology Inc., Spansion LLC, Advanced Semiconductor Engineering, Inc., ASE (U.S.) Inc., ChipMOS Technologies Inc., ChipMOS U.S.A., Inc., Siliconware Precision Industries Co., Ltd., Siliconware, USA Inc., STMicroelectronics N.V., STMicroelectronics, Inc., Stats ChipPAC Ltd., Stats ChipPAC, Inc. and Stats ChipPAC (BVI) Limited (collectively, "Defendants"), and Plaintiff Tessera, Inc. ("Tessera") hereby stipulate as follows:

WHEREAS, the Court's June 23, 2006 Order (Document 142, Order on Defendants' Motion to Strike Tessera's Patent Local Rule 3-1 Initial Disclosures; Defendants' Production of Documents; and Tessera's Motion to Seal), states, in paragraph 4, that no later than ten (10) days after Defendants serve their Preliminary Invalidity Contentions, the parties shall exchange their Proposed Terms and Claim Elements for Construction pursuant to Patent L.R. 4-1;

WHEREAS, the Court's June 23, 2006 Order also states, in paragraph 5, that no later than twenty (20) days after the parties exchange their Proposed Terms and Claim Elements for Construction pursuant to Patent L.R. 4-1, the parties shall exchange their Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent L.R. 4-2;

WHEREAS, Defendants served their Preliminary Invalidity Contentions on August 29, 2006; their Proposed Terms and Claim Elements for Construction on September 13, 2006; and their Amended Proposed Terms and Claim Elements for Construction on September 14, 2006;

WHEREAS, on September 18, 2006, Tessera provided a letter to Defendants stating that there are no claim terms, phrases, or clauses that Tessera believes should be construed by the Court that were not already listed amongst Defendants' Amended Proposed Terms and Claim Elements for Construction;

WHEREAS, Defendants seek additional time to meet and confer with Tessera for the purposes of finalizing, narrowing, or resolving differences regarding their Proposed Terms and Claim Elements for Construction, pursuant to Patent L.R. 4-1(b); and

THEREFORE, Defendants and Tessera hereby notify the Court pursuant to Civ. L.R. 6-2 that they request the following modifications to the Court's June 23, 2006 Order:

1. Defendants shall provide to Tessera their Revised Proposed Terms and Claim Elements for Construction on October 11, 2006. Tessera shall inform Defendants of any additional Proposed Terms and Claim Elements for Construction by October 13, 2006.

2. Defendants and Tessera shall exchange their Preliminary Claim Constructions and Extrinsic Evidence, pursuant to Patent L.R. 4-2(a)-(b), by October 23, 2006 or at an earlier date to be determined by agreement of the parties.

Dated: October 9, 2006

Kai Tseng  
Michael F. Heafey  
Hsiang H. Lin  
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____Hsiang H. Lin /s/_____  
Hsiang H. Lin

Attorneys for Defendants  
SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE USA, INC.

Dated: October 9, 2006

Francis J. Torrence  
Alan L. Unikel  
SEYFARTH SHAW LLP

By: _____Alan L. Unikel /s/_____  
Alan L. Unikel

Attorneys for Defendants  
CHIPMOS U.S.A., INC. and CHIPMOS TECHNOLOGIES, INC.

Dated: October 9, 2006

Russell L. Johnson  
Edward V. Anderson  
Teague I. Donahey  
SIDLEY AUSTIN LLP

By: _____Russell L. Johnson /s/_____  
Russell L. Johnson

Attorneys for Defendants  
STMICROELECTRONICS, INC. and STMICROELECTRONICS N.V.

STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINE TO EXCHANGE PATENT LOCAL RULE 4-2 DISCLOSURES, Case No. C05-04063 CW (EDL)

5

| | | |
|---|---|---|
| Dated: October 9, 2006 | | Michael J. Bettinger<br>Timothy P. Walker<br>Stephen M. Everett<br>Elaine Y. Chow<br>PRESTON GATES & ELLIS, LLP |

By: _____Stephen M. Everett /s/_____
                Stephen M. Everett

Attorneys for Defendants
ADVANCED MICRO DEVICES, INC., SPANSION INC., SPANSION TECHNOLOGY INC. and SPANSION LLC

Dated: October 9, 2006        Matthew D. Powers
                                       Steven Rizzi
                                       David J. Ball, Jr.
                                       Brett E. Cooper
                                       Michael R. Franzinger
                                       WEIL, GOTSHAL & MANGES LLP

By: _____Michael R. Franzinger /s/_____
                Michael R. Franzinger

Attorneys for Defendants
ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE (U.S.) INC., STATS CHIPPAC (BVI) LIMITED, STATS CHIPPAC, INC., and STATS CHIPPAC LTD.

Dated: October 9, 2006        Ellisen Turner
                                       IRELL & MANELLA LLP

By: _____Ellisen Turner /s/_____
                Ellisen Turner

Attorneys for Plaintiff
TESSERA, INC.

6

STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINE TO EXCHANGE PATENT LOCAL RULE 4-2 DISCLOSURES, Case No. C05-04063 CW (EDL)

1 <center>[~~PROPOSED~~] ORDER</center>

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 Dated: October 11, 2006

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

6 HONORABLE ELIZABETH D. LAPORTE

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY DEADLINE TO EXCHANGE PATENT LOCAL RULE 4-2 DISCLOSURES, Case No. C05-04063 CW (EDL)

7

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures and/or written concurrences for any signature indicated by a "conformed" signature (/s/) within this efiled document.

                                                                 Hsiang H. Lin /s/
                                                                    Hsiang H. Lin

OHS West:260104499.1

STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINE TO EXCHANGE PATENT LOCAL RULE 4-2 DISCLOSURES, Case No. C05-04063 CW (EDL)

8