IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., | No. C-05-04063 CW (EDL) |
| Plaintiff, | **ORDER SETTING BRIEFING AND HEARING SCHEDULE** |
| v. | |
| ADVANCED MICRO DEVICES, INC. ET AL, | |
| Defendants. | |

The Court is in receipt of Plaintiff's letter brief to compel defendants Siliconware Precision Industries Co. Ltd. and Siliconware USA, Inc. to produce documents.

Defendants shall file an Opposition to this letter brief on or before October 16, 2006.

Plaintiffs shall file a Reply on or before October 18, 2006.

The Court will hear argument on this issue on October 24, 2006, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 11, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge