1    [COUNSEL OF RECORD LISTED ON
     SIGNATURE PAGE]
2

3
                    **UNITED STATES DISTRICT COURT**
4
                    **NORTHERN DISTRICT OF CALIFORNIA**
5
                              **OAKLAND DIVISION**
6
     TESSERA, INC.,                          )
7                                            )
                    Plaintiff,               )    **CASE NO.  C 05-04063 CW (EDL)**
8                                            )
             v.                              )
9                                            )
     ADVANCED MICRO DEVICES, INC., a         )
10   Delaware corporation, SPANSION INC., a  )
     Delaware corporation, SPANSION          )
11   TECHNOLOGY INC., a Delaware             )    ~~[PROPOSED]~~ **STIPULATED**
     corporation, SPANSION LLC, a            )    **PROTECTIVE ORDER**
12   Delaware limited liability corporation, )
     ADVANCED SEMICONDUCTOR                  )
13   ENGINEERING, INC., a Republic of China  )
     corporation, ASE (U.S.) INC., a California )
14   corporation, CHIPMOS TECHNOLOGIES       )
     INC., a Republic of China corporation,  )
15   CHIPMOS U.S.A., INC., a California       )
     corporation, SILICONWARE PRECISION      )
16   INDUSTRIES CO., LTD., a Republic of     )
     China corporation, SILICONWARE USA      )
17   INC., a California corporation,          )
     STMICROELECTRONICS N.V., a              )
18   Netherlands corporation,                 )
     STMICROELECTRONICS, INC., a Delaware    )
19   corporation, STATS CHIPPAC LTD., a       )
     Singapore company, STATS CHIPPAC, INC., )
20   a Delaware corporation, and STATS CHIPPAC )
     (BVI) LIMITED, a British Virgin Islands  )
21   company,                                 )
                                             )
22                  Defendants,              )
                                             )
23   AND RELATED COUNTERCLAIMS.              )
                                             )
24

25           Defendants STATS ChipPAC Ltd, STATS ChipPAC, Inc., and STATS ChipPAC

26   (BVI) Limited (collectively "STATS ChipPAC") have identified certain responsive documents in

27   their possession, custody, or control that contain the confidential information of Samsung

28   Electronics, Co., Ltd, and Samsung Electro-Mechanics (collectively "Samsung"), a non-party to

this action.   Samsung and the Parties to this Action agree that Samsung may designate these documents "Outside Counsel Eyes Only."  Documents designated "Outside Counsel Eyes Only" may only be disclosed to Outside Counsel (Section 2.10), Experts (Section 2.12), Professional Vendors (Section 2.13), and Graphics/Trial Consultants (Section 2.14), but not to House Counsel (Section 2.11), as those terms are defined in the June 30, 2006 Stipulated Interim Protective Order.   Other than this additional Stipulation, the June 30, 2006 Stipulated Interim Protective Order (and all amendments thereto) shall remain in full force and effect.

DATED: October 11, 2006            _____/s/_____

Thomas C. Werner
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90076-4276
Phone:  (310) 203-1010
Facsimile:  (310) 203-7199
Attorneys for Plaintiff and Counterclaim
Defendant TESSERA, INC.

DATED: October 11, 2006            _____/s/_____

Elaine Chow
PRESTON GATES & ELLIS LLP
55 Second Street
Suite 1700
San Francisco, CA  94105
Phone:  (415) 882-8200
Facsimile:  (415) 882-8220
Attorneys for Defendants and Counterclaim
Plaintiffs ADVANCED MICRO DEVICES,
INC.; SPANSION, INC.; SPANSION
TECHNOLOGY, INC.; and
SPANSION LLC

DATED: October 11, 2006            _____/s/_____

Joseph Lanser
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603-5577
Phone: (312) 460-5000
Facsimile: (312) 460-7000
Attorneys for Defendants CHIPMOS
TECHNOLOGIES INC. and CHIPMOS
U.S.A., INC.

1

2

DATED: October 11, 2006 _____/s/_____
3                                                                Teague Donahey
                                                                 SIDLEY AUSTIN LLP
4                                                                555 California Street
                                                                 Suite 2000
5                                                                San Francisco, CA 94104
                                                                 Phone: (415) 772-7480
6                                                                Facsimile: (415) 772-7400
                                                                 Attorneys for Defendants
7                                                                STMICROELECTRONICS N.V. and
                                                                 STMICROELECTRONICS, INC.
8

9    DATED: October 11, 2006 _____/s/_____
                                                                 James Lin
10                                                               ORRICK, HERRINGTON &
                                                                 SUTCLIFFE LLP
11                                                               1000 Marsh Road
                                                                 Menlo Park, CA 94025
12                                                               Phone: (650) 614-7645
                                                                 Facsimile: (650) 614-7401
13                                                               Attorneys for Defendants SILICONWARE
                                                                 PRECISION INDUSTRIES CO., LTD. and
14                                                               SILICONWARE USA INC.

15

16   DATED: October 11, 2006 _____/s/_____
                                                                 Brett E. Cooper
17                                                               WEIL, GOTSHAL & MANGES LLP
                                                                 767 Fifth Avenue
18                                                               New York, NY 10153
                                                                 Phone: (212) 310-8339
19                                                               Facsimile: (212) 310-8007
                                                                 Attorneys for Defendants ADVANCED
20                                                               SEMICONDUCTOR ENGINEERING,
                                                                 INC.; ASE (U.S.) INC.; STATS CHIPPAC
21                                                               LTD.; STATS CHIPPAC, INC.; and STATS
                                                                 CHIPPAC (BVI) LIMITED
22

23

24

25

26

27

28

[PROPOSED] STIPULATED PROTECTIVE ORDER         3                                    Case No. C 05-04063 CW (EDL)

Pursuant to the stipulation, it is so ordered.


Dated: October __11___, 2006

IT IS SO ORDERED

Elizabeth D. Laporte
Judge Elizabeth D. Laporte

_____

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE