[COUNSEL OF RECORD LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TESTERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., a Delaware corporation, SPANSION INC., a Delaware corporation, SPANSION TECHNOLOGY INC., a Delaware corporation, SPANSION LLC, a Delaware limited liability corporation, ADVANCED SEMICONDUCTOR ENGINEERING, INC., a Republic of China corporation, ASE (U.S.) INC., a California corporation, CHIPMOS TECHNOLOGIES INC., a Republic of China corporation, CHIPMOS U.S.A., INC., a California corporation, SILICONWARE PRECISION INDUSTRIES CO., LTD., a Republic of China corporation, SILICONWARE USA INC., a California corporation, STMICROELECTRONICS N.V., a Netherlands corporation, STMICROELECTRONICS, INC., a Delaware corporation, STATS CHIPPAC LTD., a Singapore company, STATS CHIPPAC, INC., a Delaware corporation, and STATS CHIPPAC (BVI) LIMITED, a British Virgin Islands company, <br><br> Defendants, <br><br> AND RELATED COUNTERCLAIMS. | CASE NO. C 05-04063 CW (EDL) <br><br> [~~PROPOSED~~] STIPULATED PROTECTIVE ORDER |

Plaintiff Tessera, Inc. ("Tessera") may produce certain prosecution documents in its possession, custody, or control that relate to the files of pending or unpublished patent applications. The Parties to this Action agree that Tessera may designate these documents "Outside Counsel Eyes Only." Documents designated "Outside Counsel Eyes Only" may only be

[~~PROPOSED~~] STIPULATED PROTECTIVE ORDER

Case No. C 05-04063 CW (EDL)

disclosed to Outside Counsel (Section 2.10), Experts (Section 2.12), Professional Vendors (Section 2.13), and Graphics/Trial Consultants (Section 2.14), but not to House Counsel (Section 2.11), as those terms are defined in the June 30, 2006 Stipulated Interim Protective Order. Other than this additional Stipulation, the June 30, 2006 Stipulated Interim Protective Order (and all amendments thereto) shall remain in full force and effect.

DATED: October 18, 2006

/s/
Ellisen Turner
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90076-4276
Phone: (310) 203-1010
Facsimile: (310) 203-7199
Attorneys for Plaintiff and Counterclaim Defendant TESSERA, INC.

DATED: October 18, 2006

/s/
Elaine Chow
PRESTON GATES & ELLIS LLP
55 Second Street
Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Facsimile: (415) 882-8220
Attorneys for Defendants and Counterclaim Plaintiffs ADVANCED MICRO DEVICES, INC.; SPANSION, INC.; SPANSION TECHNOLOGY, INC.; and SPANSION LLC

DATED: October 18, 2006

/s/
Joseph Lanser
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603-5577
Phone: (312) 460-5000
Facsimile: (312) 460-7000
Attorneys for Defendants CHIPMOS TECHNOLOGIES INC. and CHIPMOS U.S.A., INC.

| | | |
|---|---|---|
| DATED: October 18, 2006 | | /s/ |
| | | Teague Donahey |
| | | SIDLEY AUSTIN LLP |
| | | 555 California Street |
| | | Suite 2000 |
| | | San Francisco, CA 94104 |
| | | Phone: (415) 772-7480 |
| | | Facsimile: (415) 772-7400 |
| | | Attorneys for Defendants |
| | | STMICROELECTRONICS N.V. and |
| | | STMICROELECTRONICS, INC. |

| | | |
|---|---|---|
| DATED: October 18, 2006 | | /s/ |
| | | Michael W. Trinh |
| | | ORRICK, HERRINGTON & |
| | | SUTCLIFFE LLP |
| | | 1000 Marsh Road |
| | | Menlo Park, CA 94025 |
| | | Phone: (650) 614-7645 |
| | | Facsimile: (650) 614-7401 |
| | | Attorneys for Defendants SILICONWARE |
| | | PRECISION INDUSTRIES CO., LTD. and |
| | | SILICONWARE USA INC. |

| | | |
|---|---|---|
| DATED: October 18, 2006 | | /s/ |
| | | Brett E. Cooper |
| | | WEIL, GOTSHAL & MANGES LLP |
| | | 767 Fifth Avenue |
| | | New York, NY 10153 |
| | | Phone: (212) 310-8339 |
| | | Facsimile: (212) 310-8007 |
| | | Attorneys for Defendants ADVANCED |
| | | SEMICONDUCTOR ENGINEERING, |
| | | INC.; ASE (U.S.) INC.; STATS CHIPPAC |
| | | LTD.; STATS CHIPPAC, INC.; and STATS |
| | | CHIPPAC (BVI) LIMITED |

1  Pursuant to the stipulation, it is so ordered.

2  Dated: October __23__, 2006

3  _____
   HONORABLE ELIZABETH D. LAPORTE
   UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures and/or written concurrences for any signature indicated by a "conformed" signature (/s/) within this efiled document.

>              /s/
> Brett E. Cooper

**[PROPOSED] STIPULATED PROTECTIVE ORDER**     5     **Case No. C 05-04063 CW (EDL)**