Russell L. Johnson (State Bar No. 53833) (rljohnson@sidley.com)
Edward V. Anderson (State Bar No. 83148 (evanderson@sidley.com)
Teague I. Donahey (State Bar No. 197531) (tdonahey@sidley.com)
Kevin P. Burke (State Bar No. 241972) (kburke@sidley.com)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

Attorneys for Defendants
STMICROELECTRONICS, INC. and STMICROELECTRONICS N.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED MICRO DEVICES, INC., et al., <br><br> Defendants. | No. C 05-4063 CW (EDL) <br><br> [~~PROPOSED~~] ORDER ~~GRANTING~~ DENYING DEFENDANTS STMICROELECTRONICS, N.V. AND STMICROELECTRONICS, INC. MOTION TO SHORTEN TIME RE ST'S MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF TESSERA, INC. RE BREACH OF CONTRACT CLAIM ASSERTED BY TESSERA <br><br> **Honorable Elizabeth D. LaPorte** |

DENYING -1-
[~~PROPOSED~~] ORDER ~~GRANTING~~ ST'S MOTION TO SHORTEN TIME RE MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF TESSERA RE BREACH OF CONTRACT CLAIM
No. C 05-4063 CW (EDL)

1  Having considered Defendants STMicroelectronics, Inc. and STMicroelectronics, N.V.
2  (together "ST") Motion to Shorten Time, and supporting papers, ~~and for good cause shown,~~ IT IS
3  HEREBY ORDERED THAT, ST's Motion to Shorten Time is ~~Granted.~~ DENIED.

9  IT IS SO ORDERED

11 Dated: November 2, 2006

_____
Magistrate Judge Elizabeth D. LaPorte, United States District Court

DENYING -2-
[~~PROPOSED~~] ORDER ~~GRANTING~~ ST'S MOTION TO SHORTEN TIME RE MOTION TO
COMPEL THE DEPOSITION OF PLAINTIFF TESSERA RE BREACH OF CONTRACT CLAIM
No. C 05-4063 CW (EDL)