IRELL & MANELLA LLP
Morgan Chu (SBN 70446) mchu@irell.com
Jonathan Steinberg (SBN 98044) jsteinberg@irell.com
Benjamin Hattenbach (SBN 186455) bhattenbach@irell.com
Peter Shimamoto (SBN 123422) pshimamoto@irell.com
David Djavaherian (SBN 203232) ddjavaherian@irell.com
Trevor V. Stockinger (SBN 226359) tstockinger@irell.com
Nathan N. Lowenstein (SBN 241067) nlowenstein@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Plaintiff and
Counterdefendant Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| TESSERA, INC., | ) | Case No. 05-4063 CW (EDL) |
|---|---|---|
| Plaintiff | ) ) | [~~PROPOSED~~] ORDER DENYING PLAINTIFF TESSERA, INC.'S MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR CONTINUED HEARING ON (1) TESSERA, INC.'S MOTIONS TO COMPEL AND (2) THE COURT'S ORDER REGARDING PATENT RULE 3-4 DOCUMENTS |
| v. | ) ) ) | |
| ADVANCED MICRO DEVICES, INC., et al.,, | ) ) | |
| Defendants. | ) ) | |
| AND RELATED COUNTERCLAIMS. | ) ) ) ) ) | |
| | | **Honorable Elizabeth D. Laporte** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

DENYING
[PROPOSED] ORDER ~~GRANTING~~ TESSERA INC.'S
MOTION TO SHORTEN TIME FOR HEARING (Case No.
05-4063 CW)
1587999

1     Having considered Plaintiff Tessera, Inc.'s ("Tessera") Motion to Shorten Time for Hearing
2 on its Motion for Continued Hearing, ~~and good cause appearing therefo~~r, Tessera's Motion to
3 Shorten Time is hereby ~~GRANTED.~~ DENIED.

10     IT IS SO ORDERED.

12 Dated: November 2, 2006

                                       The Honorable Elizabeth D. Laporte
                                       United States Magistrate Judge

19 Respectfully submitted October 27, 2006 by:

20 IRELL & MANELLA LLP

22     /s/
   David Djavaherian
23 Attorneys for Plaintiff
   Tessera, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

DENYING
[PROPOSED] ORDER ~~GRANTING~~ TESSERA INC.'S
MOTION TO SHORTEN TIME FOR HEARING (Case No.
05-4063 CW)
1587999

- 2 -