COUNSEL OF RECORD
LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., et al., <br><br> Defendants, <br><br> AND RELATED COUNTERCLAIMS | Case No. 05-4063 CW (EDL) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER SCHEDULING HEARING ON TESSERA INC.'S MOTION FOR APPOINTMENT OF SPECIAL MASTER FOR DISCOVERY** |

1592791

**STIPULATION AND ~~PROPOSED~~ ORDER SCHEDULING HEARING ON TESSERA'S MOTION FOR APPOINTMENT OF A SPECIAL MASTER**

WHEREAS, in this action there currently is a hearing scheduled for 9:00 a.m. on December 5, 2006 (Docket No. 233, Tessera's Motion for Continued Hearing);

WHEREAS, in accordance with an October 31, 2006 Order by Judge Wilken in this action, Tessera's Motion for Appointment of a Special Master (Docket #234) has been taken off calendar and referred to the Magistrate Judge to be re-calendared for hearing by and before the Magistrate;

WHEREAS, scheduling a hearing date of December 5, 2006 on Tessera's Motion for Appointment of a Special Master will eliminate the need for two separate hearing dates, and the parties are in agreement regarding such scheduling;

NOW, THEREFORE, IT IS HEREBY REQUESTED, SUBJECT TO THE COURT'S APPROVAL, THAT

Tessera's Motion for Appointment of a Special Master (Doc. #234) shall be calendared for hearing at 9:00 a.m. on December 5, 2006, with briefing proceeding in accordance with the schedules set forth in L.R. 7-3.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __November 9, 2006__      _____
                                    The Honorable Elizabeth D. Laporte

Submitted by:

| Dated: November 6, 2006 | /s/ _____<br>Nathan Lowenstein<br>nlowenstein@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, California 90067<br>Phone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>Attorneys for Plaintiff and Counterclaim Defendant TESSERA, INC. |
|---|---|

1592791

Concurring in request for consolidated hearing schedule:

| Dated: November 6, 2006 | /s/ <br> Joseph R. Lanser <br> jlanser@seyfarth.com <br> SEYFARTH SHAW LLP <br> 131 S. Dearborn Street <br> Suite 2400 <br> Chicago, Illinois 60603 <br> Phone: (312) 460-5000 <br> Facsimile: (312) 460-7000 <br> Attorneys for Defendants CHIPMOS TECHNOLOGIES, INC. AND CHIPMOS U.S.A., INC. |
|---|---|
| Dated: November 6, 2006 | /s/ <br> Elaine Chow <br> echow@prestongates.com <br> PRESTON, GATES & ELLIS LLP <br> 55 Second Street <br> Suite 1700 <br> San Francisco, California 94105 <br> Phone: (415) 882-8008 <br> Facsimile: (415) 882-8220 <br> Attorneys for Defendants CHIPMOS TECHNOLOGIES, INC. AND CHIPMOS U.S.A., INC. |
| Dated: November 6, 2006 | /s/ <br> Teague Donahey <br> tdonahey@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street <br> Suite 2000 <br> San Francisco, California 94104 <br> Phone: (415) 772-7431 <br> Facsimile: (415) 772-7400 <br> Attorneys for Defendants ST MICROELECTRONICS N.V. AND ST MICROELECTRONICS, INC.. |
| Dated: November 6, 2006 | /s/ <br> Brett Cooper <br> brett.cooper@weil.com <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Phone: (212) 310-8339 <br> Facsimile: (212) 310-8007 <br> Attorneys for Defendants ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE (U.S.) INC., STATS CHIPPAC LTD, STATS CHIPPAC, INC., AND STATS CHIPPAC (BVI) LIMITED |

| | | |
|---|---|---|
| 1 | Dated: November 6, 2006 | /s/ |
| 2 | | James H. Lin |
| | | jlin@orrick.com |
| 3 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | | 1000 Marsh Road |
| 4 | | Menlo Park, CA 94025 |
| | | Phone: (650) 614-7668 |
| 5 | | Facsimile: (650) 614-7401 |
| | | Attorneys for Defendants SILICONWARE |
| 6 | | PRECISION INDUSTRIES CO., LTD. and |
| | | SILICONWARE USA INC. |

1592791

- 4 -

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures and/or written concurrences for any signature indicated by a "conformed" signature (/s/) within this efiled document.

/s/
Nathan Lowenstein
