IRELL & MANELLA LLP
Morgan Chu (SBN 70446) mchu@irell.com
Jonathan Steinberg (SBN 98044) jsteinberg@irell.com
Benjamin Hattenbach (SBN 186455) bhattenbach@irell.com
Peter Shimamoto (SBN 123422) pshimamoto@irell.com
David Djavaherian (SBN 203232) ddjavaherian@irell.com
Trevor V. Stockinger (SBN 226359) tstockinger@irell.com
Nathan N. Lowenstein (SBN 241067) nlowenstein@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff and
Counterdefendant Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., et al., <br><br> Defendants, <br><br> AND RELATED COUNTERCLAIMS | Case No. 05-4063 CW (EDL) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF TESSERA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL <br><br> **Courtroom:** E <br> **Judge:** Hon. Elizabeth D. Laporte |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1587989

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO FILE UNDER SEAL (Case No. 05-4063 CW
(EDL))

As set forth in Plaintiff Tessera, Inc.'s Administrative Motion to File Documents Under Seal Pursuant To Local Rule 79-5 ("Administrative Motion"), Tessera lodged with the Court the following documents:

1. Tessera, Inc.'s Motion for Continued Hearing on (1) Tessera, Inc.'s Motions to Compel and (2) The Court's Order Regarding Patent Rule 3-4 Documents.

2. Exhibits 3, 8, 9, 10, 19, 35 and 37 to the Declaration of Nathan Lowenstein in Support of Plaintiff Tessera, Inc.'s Motion for Continued Hearing on (1) Tessera, Inc.'s Motions to Compel and (2) The Court's Order Regarding Patent Rule 3-4 Documents ("Lowenstein Declaration").

Having considered Tessera's Administrative Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that: (a) Tessera, Inc.'s Motion for Continued Hearing on (1) Tessera, Inc.'s Motions to Compel and (2) The Court's Order Regarding Patent Rule 3-4; and (b) Exhibits 3, 8, 9,10, 19, 35 and 37 to the Lowenstein Declaration are to be filed under seal.

IT IS SO ORDERED.

Dated: December 21, 2006

_____
Hon. Elizabeth D. Laporte
Magistrate Judge, United States District Court

Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ David Djavaherian
       Nathan Lowenstein

Attorneys for Plaintiff
and Counterdefendant Tessera, Inc.