KAI TSENG (STATE BAR NO. 193756) (ktseng@orrick.com)
MICHAEL F. HEAFEY (STATE BAR NO. 153499) (mheafey@orrick.com)
HSIANG H. LIN (STATE BAR NO. 241472) (jlin@orrick.com)
ZHENG LIU (STATE BAR NO. 229311) (jenliu@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

Attorneys for Defendants
SILICONWARE PRECISION INDUSTRIES CO., LTD. and
SILICONWARE USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C05-04063 CW (EDL)<br><br>ORDER DENYING WITHOUT PREJUDICE [PROPOSED] ORDER GRANTING DEFENDANT SILICONWARE PRECISION INDUSTRIES CO., LTD.'S ADMINISTRATIVE REQUEST SEEKING LEAVE TO FILE A RESPONSE TO TESSERA'S SUPPLEMENTAL FILING REGARDING DEFENDANTS' FAILURE TO PRODUCE PRODUCT SAMPLES<br><br>**Ctrm:**　　E (15th Floor)<br>**Magistrate:**　Hon. Elizabeth D. Laporte |

|   | |
|---|---|
| 1 | This matter having been referred to a special master for purposes of discovery, and |
| 2 | Having considered Defendant Siliconware Precision Industries Co., Ltd.'s Administrative Request Seeking Leave to File a Response to Plaintiff Tessera's Motion Requesting that the Court |
| 3 | Consider New Evidence in Connection with Tessera's Motion for Continued Hearing |
| 4 | ("Administrative Motion"), ~~and good cause appearing therefore~~, SPIL's motion for leave to file a |
| 5 | supplemental response is ~~GRANTED~~. DENIED WITHOUT PREJUDICE |
| 6 | IT IS SO ORDERED. |
| 8 | Dated: December 21, 2006 |

_____
The Honorable Elizabeth D. Laporte
Magistrate Judge, United States District Court

IT IS SO ORDERED
Judge Elizabeth D. Laporte

OHS West:260136009.1

- 1 - [PROPOSED] ORDER GRANTING SPIL'S ADMIN. REQUEST TO FILE RESPONSE TO TESSERA'S SUPP. FILING RE DEFS' FAILURE TO PRODUCE PRODUCT SAMPLES, NO. C05-04063 CW (EDL)