[COUNSEL OF RECORD LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TESTERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., a Delaware corporation, SPANSION INC., a Delaware corporation, SPANSION TECHNOLOGY INC., a Delaware corporation, SPANSION LLC, a Delaware limited liability corporation, ADVANCED SEMICONDUCTOR ENGINEERING, INC., a Republic of China corporation, ASE (U.S.) INC., a California corporation, CHIPMOS TECHNOLOGIES INC., a Republic of China corporation, CHIPMOS U.S.A., INC., a California corporation, SILICONWARE PRECISION INDUSTRIES CO., LTD., a Republic of China corporation, SILICONWARE USA INC., a California corporation, STMICROELECTRONICS N.V., a Netherlands corporation, STMICROELECTRONICS, INC., a Delaware corporation, STATS CHIPPAC LTD., a Singapore company, STATS CHIPPAC, INC., a Delaware corporation, and STATS CHIPPAC (BVI) LIMITED, a British Virgin Islands company, <br><br> Defendants, <br><br> AND RELATED COUNTERCLAIMS. | **CASE NO. C 05-04063 CW (EDL)** <br><br> [■■■■■■■■] **STIPULATED PROTECTIVE ORDER** |

Defendants Advanced Semiconductor Engineering, Inc. and ASE (U.S.) Inc. (collectively "ASE") and Defendants STATS ChipPAC Ltd, STATS ChipPAC, Inc., and STATS ChipPAC (BVI) Limited (collectively "STATS ChipPAC") have identified certain responsive documents in their possession, custody, or control that contain the confidential information of

Intel Coporation ("Intel"), a non-party to this action. Intel and the Parties to this Action agree that Intel may designate these documents, and all future documents that are Intel confidential and are found in STATS ChipPAC or ASE's documents, "Outside Counsel Eyes Only." Documents designated "Outside Counsel Eyes Only" may only be disclosed to Outside Counsel (Section 2.10), Experts (Section 2.13), Professional Vendors (Section 2.14), and Graphics/Trial Consultants (Section 2.15), but not to House Counsel (Section 2.11), as those terms are defined in the June 30, 2006 Stipulated Interim Protective Order. Other than this additional Stipulation, the June 30, 2006 Stipulated Interim Protective Order (and all amendments thereto) shall remain in full force and effect.

DATED: February 16, 2007

/s/
Thomas C. Werner
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90076-4276
Phone: (310) 203-1010
Facsimile: (310) 203-7199
Attorneys for Plaintiff and Counterclaim Defendant TESSERA, INC.

DATED: February 16, 2007

/s/
Elaine Chow
PRESTON GATES & ELLIS LLP
55 Second Street
Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Facsimile: (415) 882-8220
Attorneys for Defendants and Counterclaim Plaintiffs ADVANCED MICRO DEVICES, INC.; SPANSION, INC.; SPANSION TECHNOLOGY, INC.; and SPANSION LLC

DATED: February 16, 2007

/s/
Joseph Lanser
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603-5577
Phone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendants CHIPMOS TECHNOLOGIES INC. and CHIPMOS U.S.A., INC.

DATED: February 16, 2007

/s/
Teague Donahey
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Phone: (415) 772-7480
Facsimile: (415) 772-7400
Attorneys for Defendants STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC.

DATED: February 16, 2007

/s/
James Lin
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Phone: (650) 614-7645
Facsimile: (650) 614-7401
Attorneys for Defendants SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE USA INC.

DATED: February 16, 2007

/s/
Brett E. Cooper
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8339
Facsimile: (212) 310-8007
Attorneys for Defendants ADVANCED SEMICONDUCTOR ENGINEERING, INC.; ASE (U.S.) INC.; STATS CHIPPAC LTD.; STATS CHIPPAC, INC.; and STATS CHIPPAC (BVI) LIMITED

1 | Pursuant to the stipulation, it is so ordered.
2 |
3 | Dated: February __27__, 2007
4 |

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

_____
HONORABLE ELIZABETH D. LAPORTE
MAGISTRATE JUDGE

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures and/or written concurrences for any signature indicated by a "conformed" signature (/s/) within this efiled document.

_____/s/_____
Brett E. Cooper

**[PROPOSED] STIPULATED PROTECTIVE ORDER**  5  **Case No. C 05-04063 CW (EDL)**