IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., et al., <br><br> Defendants. | No. C 05-04063 CW <br><br> ORDER TAKING MOTION UNDER SUBMISSION ON THE PAPERS AND SETTING BRIEFING SCHEDULE |

   Notice is hereby given that the Court, on its own motion, shall take Defendants STMicroelectronics, Inc., and STMicrolectronics N.V.'s Motion to Stay Proceedings Pending Reexamination of the Patents-in-Suit under submission on the papers.  The hearing previously scheduled for April 26, 2007, is vacated.  **Opposition to the motion will be due March 30, 2007, and any reply will be due April 4, 2007.**

   IT IS SO ORDERED.

Dated: 3/23/07

_____
CLAUDIA WILKEN
United States District Judge