IRELL & MANELLA LLP
Morgan Chu (SBN 70446) mchu@irell.com
Jonathan Steinberg (SBN 98044) jsteinberg@irell.com
Joseph M. Lipner (SBN 155735) jlipner@irell.com
Benjamin Hattenbach (SBN 186455) bhattenbach@irell.com
Trevor V. Stockinger (SBN 226359) tstockinger@irell.com
Stephen W. Larson (SBN 240844) slarson@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Plaintiff and
Counterdefendant Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 05-4063 CW (EDL)<br><br>**ORDER REGARDING WITHDRAWAL OF DAVID DJAVAHERIAN**<br><br>**Honorable Claudia Wilken** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER REGARDING WITHDRAWAL OF
DAVID DJAVAHERIAN (Case No. 05-4063 CW)
1672177

Having considered the request of Plaintiff Tessera, Inc. to allow David Djavaherian to withdraw his appearance as counsel of record for Tessera Inc. in this action,

IT IS HEREBY ORDERED that:

(1)  Tessera Inc.'s request is GRANTED;

(2)  David Djavaherian is relieved as counsel of record for Tessera, Inc.; and

(3)  The appearances of Irell & Manella, and Finnegan Henderson Farabow Garrett & Dunner LLP shall remain in effect and are not affected by Mr. Djavaherian's withdrawal.

IT IS SO ORDERED.

Dated: _May 9, 2007

_____
The Honorable Claudia Wilken
United States District Court Judge

Respectfully submitted May 8, 2007 by:

IRELL & MANELLA LLP

   /s/ Stephen Larson _____
Stephen Larson
Attorney for Plaintiff
Tessera, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER REGARDING WITHDRAWAL OF
DAVID DJAVAHERIAN (Case No. 05-4063 CW)
1672177
- 2 -