1 | COUNSEL OF RECORD
    [LISTED ON SIGNATURE PAGE].

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 05-4063 CW (EDL) |
| Plaintiff, | **STIPULATION AND ORDER RE STAY AS MODIFIED** |
| v. | |
| ADVANCED MICRO DEVICES, INC., et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

In light of the institution of International Trade Commission Investigation 337-TA-605, announced May 15, 2007, the parties hereto stipulate a stay of this action in its entirety, until the determination of the ITC, including appeals, becomes final.

**PURSUANT TO STIPULATION, IT IS SO ORDERED, except a Case Management Conference will be held on November 27, 2007, at 2:00 p.m.**

Dated: 5/24/07                               _____
                                             The Honorable Claudia Wilken

Submitted by:

| Dated: May 23, 2007 | /s/ <br> Trevor V. Stockinger <br> IRELL & MANELLA LLP <br> 1800 Avenue of the Stars <br> Suite 900 <br> Los Angeles, California 90067 <br> Phone: (310) 203-7567 <br> Facsimile: (310) 203-7199 <br> Attorneys for Plaintiff and Counterclaim Defendant TESSERA, INC. |
|---|---|
| Dated: May 23, 2007 | /s/ <br> Micheal J. Bettinger <br> KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP <br> 55 Second Street, Suite 1700 <br> San Francisco, California 94105 <br> Phone: (415) 882-8200 <br> Fax: (415) 882-8220 <br> Attorney for Defendants ADVANCED MICRO DEVICES, INC., SPANSION INC., SPANSION TECHNOLOGY INC., AND SPANSION LLC |
| Dated: May 23, 2007 | /s/ <br> Russel L. Johnson <br> rljohnson@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, California 94104 <br> Phone: (415) 772-1200 <br> Facsimile: (415) 772-7400 <br> Attorney for Defendants STMICROELECTRONICS, INC. AND STMICROELECTRONICS N.V. |

| Dated: May 23, 2007 | _____/s/_____<br>Brett Cooper<br>brett.cooper@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Phone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Attorney for Defendants ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE (U.S.) INC., STATS CHIPPAC LTD., STATS CHIPPAC, INC., AND STATS CHIPPAC (BVI) LIMITED |
|---|---|
| Dated: May 23, 2007 | _____/s/_____<br>Michael Heafey<br>mheafey@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE<br>1000 Marsh Road<br>Menlo Park, California 94025<br>Phone: (650) 614-7400<br>Facsimile: (650) 614-7401<br>Attorney for Defendants SILICONWARE PRECISION INDUSTRIES CO., LTD., AND SILICONWARE USA INC. |
| Dated: May 23, 2007 | _____/s/_____<br>Joseph R. Lanser<br>jlanser@seyfarth.com<br>SEYFARTH SHAW LLP<br>55 E. Monroe Street, Suite 420<br>Chicago, Illinois 60603<br>Phone: (312) 460-5000<br>Facsimile: (312) 460-7000<br>Attorney for Defendants CHIPMOS TECHNOLOGIES INC. AND CHIPMOS U.S.A. INC. |

STIPULATION AND [PROPOSED] ORDER RE STAY
(Case No. 05-4063 CW (EDL))
1697228

- 3 -

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures and/or written concurrences for any signature indicated by a "conformed" signature (/s/) within this efiled document.

/s/<br>Trevor V. Stockinger