IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC. et al.,<br><br>    Defendants.<br>_____/<br><br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 05-4063 CW<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S OBJECTIONS TO MARCH 7, 2007 ORDER OF SPECIAL MASTER, AS AMENDED BY MAY 3, 2007 ORDER OF SPECIAL MASTER |

    On May 21, 2007, Plaintiff Tessera filed its objections to the Special Master's March 7, 2007 order, as amended by his May 3, 2007 order. Two days later, it filed a stipulation and proposed order staying this action "in its entirety," until a final ITC determination. The Court signed the proposed order the next day. In light of the stay, the Court DENIES WITHOUT PREJUDICE Plaintiff's objection (Docket No. 463). When the stay is lifted, Plaintiff may ask the Special Master to reconsider in light of any changed circumstances and, if necessary, renew its objections before the Court.

    IT IS SO ORDERED.

Dated: 6/8/07

                                              CLAUDIA WILKEN
                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC. et al,

        Plaintiff,

v.

ADVANCED MICRO DEVICES, INC. ET AL et al,

        Defendant.

Case Number: CV05-04063 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Honorable Charles Legge (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111

Dated: June 8, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk