United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADVANCED MICRO DEVICES, INC. ET AL,<br><br>　　　　Defendant. | No. C-05-04063 CW (EDL)<br><br>**ORDER GRANTING IN PART ADMINISTRATIVE MOTIONS TO SEAL (DOC. NOS. 324 AND 336)** |

Before the Court is are two Administrative Motions to Seal documents filed by the parties in the above-captioned matter. After fully reviewing the papers and for good cause shown, the Court orders as follows:

1. Defendants STMicroelectronics, N.V. and STMicroelectronics, Inc.'s Motion to Compel Expert Materials from Prior Litigation shall be sealed. The Motion contains confidential and proprietary business and product information.

2. Exhibits N-T and V-W to the Declaration of Teague I. Donahey in Support of ST's Motion to Compel Expert Materials from Prior Litigation shall be sealed. The Exhibits contain confidential and proprietary business and product information.

3. Exhibits 1-2 to the Declaration of Donald Billings in Support of ST's Motion to Compel Expert materials from Prior Litigation shall be publicly filed.

4. Plaintiff Tessera, Inc.'s Motion to Compel Proper 30(b)(6) Testimony from Defendants Siliconware Precision Inc., Ltd shall be sealed on page 11:1-9. The remainder shall be publicly filed. The section on page 11:1-9 contains confidential and proprietary business and product information. Plaintiff shall submit a redacted version to the Court for filing within 14 days of this Order.

5.  Exhibits 2 and 6 to the Declaration of Trevor Stockinger in Support of Tessera, Inc.'s Motion to Compel Proper 30(b)(6) Testimony from Defendants Siliconware Precision Inc., Ltd. shall be sealed.  The Exhibits are deposition excerpts that contain confidential and proprietary business and product information.

**IT IS SO ORDERED.**

Dated: August 2, 2007

/s/ Elizabeth D. Laporte
ELIZABETH D. LAPORTE
United States Magistrate Judge