Wayne M. Barsky (SBN 116731) wbarsky@gibsondunn.com
H. Mark Lyon (SBN 162061) mlyon@gibsondunn.com
Jason C. Lo (SBN 219030) jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, California 90067
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Morgan Chu (SBN 70446) mchu@irell.com
Benjamin Hattenbach (SBN 186455) bhattenbach@irell.com
Trevor V. Stockinger (SBN 226359) tstockinger@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff Tessera, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., et al., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C05-04063 CW (EDL) <br><br> ORDER REMOVING DOCKET ENTRY 532 |

1   On September 21, 2007, Plaintiff Tessera, Inc. ("Tessera") filed and served a redacted, public version of its Opposition To Defendants' Application For Temporary Restraining Order And Motion For Preliminary Injunction ("Opposition").

4   On September 24, 2007, Tessera filed and served a Corrected version of its redacted Opposition in order to 1) redact an additional portion of the Opposition that contains confidential information, and 2) correct a typographical error that appeared only in the redacted version of the Opposition.

8   The unredacted version of the Opposition filed under seal and served by Tessera on September 21, 2007 remains unchanged.

10   Good cause appearing therefore, IT IS HEREBY ORDERED THAT Docket Entry 532, Tessera's *Memorandum in Opposition to Defendants' Application for Temporary Restraining Order and Motion for Preliminary Injunction*, filed on Friday September 21, 2004, be removed from the Court's records and files.

**IT IS SO ORDERED**.

Dated: __9/27__, 2007

_____
Hon. Claudia Wilken
United States District Judge

100305477_1.DOC