IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

    Plaintiff,

    v.

ADVANCED MICRO DEVICES, INC. et al.,

    Defendants.
                                   /

AND RELATED COUNTERCLAIMS.
                                   /

No. C-05-4063 CW

ORDER GRANTING THE ASP DEFENDANTS' MOTION FOR A TEMPORARY RESTRAINING ORDER

    Defendants Siliconware Precision Industries Co., Ltd., Siliconware USA, Inc., STATS ChipPAC Ltd., STATS ChipPAC (BVI) Limited, STATS ChipPAC, Inc., Advanced Semiconductor Engineering, Inc., ASE (U.S.) Inc., ChipMOS Technologies, Inc. and ChipMOS, U.S.A., Inc. (collectively, the ASP Defendants) move for a temporary restraining order prohibiting Plaintiff Tessera, Inc. from initiating an action against them before the International Trade Commission (ITC), or in any other way seeking relief against them outside of California.  Plaintiff opposes the ASP Defendants' motion.  The matter was submitted on the papers.  Having considered all of the papers submitted by the parties, the Court grants the ASP Defendants' motion.

    To obtain a temporary retraining order, the moving party must

establish either: (1) a combination of probable success on the merits and the possibility of irreparable harm, or (2) that serious questions regarding the merits exist and the balance of hardships tips sharply in the moving party's favor.  See Baby Tam & Co. v. City of Las Vegas, 154 F.3d 1097, 1100 (9th Cir. 1998); Rodeo Collection, Ltd. v. W. Seventh, 812 F.2d 1215, 1217 (9th Cir. 1987).

    The Court finds that the ASP Defendants have made a sufficient showing of likely success on the merits of their claims and of irreparable harm to justify granting the relief they seek. Therefore, their motion for a temporary restraining order is GRANTED.  Plaintiff shall not initiate an action against the ASP Defendants before the International Trade Commission (ITC), or in any other way seek relief against them outside of California, for infringement of the patents that are the subject of the license agreements between them.  This temporary restraining order is effective on the ASP Defendants' posting a bond in the amount of $1,000.

    The parties are ordered to appear before the Court on October 23 at 2:00 p.m., at which time oral argument will be heard on the ASP Defendants' motion for a preliminary injunction.  No additional written submissions may be made.

    IT IS SO ORDERED.

Dated: 10/10/07

CLAUDIA WILKEN
United States District Judge