COUNSEL OF RECORD
[LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. C05-0463 CW (EDL) |
| Plaintiff, | **STIPULATION AND ORDER RE BRIEFING SCHEDULE** |
| v. | |
| ADVANCED MICRO DEVICES, INC., *et al*., | Judge: The Honorable Claudia Wilken |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Plaintiff TESSERA, INC. and Defendants SILICONWARE PRECISION INDUSTRIES CO., LTD., and SILICONWARE USA, INC. hereby stipulate to the following briefing schedule regarding Siliconware's Application for Temporary Restraining Order and Motion for Preliminary Injunction, filed January 15, 2007:

Tessera will file and serve its opposition no later than Friday, January 25, 2008.

Siliconware will file and serve any reply no later than Friday, February 1, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 18, 2008

_____
The Honorable Claudia Wilken
United States District Judge
Northern District of California

Submitted by:

Dated: January 16, 2008     ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Michael W. Trinh /s/
_____
Michael F. Heafey
Michael W. Trinh
Attorneys for Defendants
SILICONWARE PRECISION INDUSTRIES CO., LTD.,
and SILICONWARE USA, INC.

Dated: January 16, 2008     GIBSON, DUNN & CRUTCHER LLP

/s/ Frederick Brown /s/
_____
Frederick Brown
Attorneys for Plaintiff
TESSERA, INC.

OHS West:260369878.1

- 1 -

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
C05-0463 CW (EDL)