**SEYFARTH SHAW LLP**
Lawrence E. Butler – lbuttler@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

**SEYFARTH SHAW LLP**
Alan L. Unikel – aunikel@seyfarth.com, *pro hac vice*
Joseph R. Lanser – jlanser@seyfarth.com, *pro hac vice*
Matthew A. Werber – mwerber@seyfarth.com, *pro hac vice*
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendants
CHIPMOS U.S.A., INC. and CHIPMOS
TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TESTERA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADVANCED MICRO DEVICES, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | **Case No. C 05-04063 CW** <br><br> **STIPULATION AND ORDER RE BRIEFING SCHEDULE** <br><br> Judge: The Honorable Claudia Wilken |

Defendants ChipMOS TECHNOLOGIES, INC. and ChipMOS USA, INC. (collectively "ChipMOS") and Plaintiff TESSERA, INC. stipulate to the following briefing schedule regarding *ChipMOS' Application for Temporary Restraining Order and Motion for Preliminary Injunction*, filed January 17, 2008.

- Tessera will file and serve its opposition no later than Wednesday, January 30, 2008.
- ChipMOS will file and serve any reply no later than Wednesday, February 6, 2008.

Dated: January 18, 2008          SEYFARTH SHAW LLP

                                              s/ Matthew A. Werber
                                         Matthew A. Werber
                                         Attorney for ChipMOS

Dated: _____, 2008          GIBSON, DUNN & CRUTCHER LLP

                                              s/ Frederick Brown
                                         Frederick Brown
                                         Attorney for Tessera

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 1/22 _____, 2008          *[signature: Claudia Wilken]*
                                         The Honorable Claudia Wilken
                                         United States District Judge
                                         Northern District of California

CH1 11396648.1