1  Russell L. Johnson (SBN 53833) <rljohnson@sidley.com>
   Edward V. Anderson (SBN 83148) <evanderson@sidley.com>
2  Teague I. Donahey (SBN 197531) <tdonahey@sidley.com>
   Kevin P. Burke (SBN 241972) <kburke@sidley.com>
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, CA 94104
   Telephone: (415) 772-1200
5  Facsimile: (415) 772-7400

6  Attorneys for Defendants
   STMICROELECTRONICS, INC., and
7  STMICROELECTRONICS N.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>        Defendants. | No. C 05-4063 CW (EDL)<br>**AMENDED**<br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS STMICROELECTRONICS, INC. AND STMICROELECTRONICS N.V.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Having considered Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.'s (together "ST") Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rule 79-5, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall file under seal Exhibits B and ~~D~~ E to the Burke Declaration In Support of the ST Defendants' Motion for Preliminary Injunction.

Dated: January 23, 2008

_____
UNITED STATES DISTRICT JUDGE