1    MICHAEL F. HEAFEY (SBN 193756) mheafey@orrick.com
   MICHAEL W. TRINH (SBN 240937) mtrinh@orrick.com
2    ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3    Menlo Park, CA 94025
   Telephone:   650-614-7400
4    Facsimile:   650-614-7401

5    Attorneys for Defendants
   SILICONWARE PRECISION INDUSTRIES CO., LTD., and
6    SILICONWARE USA, INC.

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

11

12    TESSERA, INC.,

                        Case No. C05-0463 CW (EDL)

13            Plaintiff,

                        **<mark>AMENDED</mark> ORDER GRANTING**
14       v.                     **SILICONWARE'S**
                        **MISCELLANEOUS**
15    ADVANCED MICRO DEVICES, INC., *et*   **ADMINISTRATIVE REQUEST TO**
   *al.,*                        **FILE UNDER SEAL:**
16                         **PORTIONS OF SILICONWARE'S**
           Defendants.         **APPLICATION FOR TEMPORARY**
                        **RESTRAINING ORDER AND**
17                         **MOTION FOR PRELIMINARY**
                        **INJUNCTION;**
18

19                         **EXHIBITS 2 & 16 TO THE**
                        **SUPPORTING DECLARATION OF**
                        **MICHAEL W. TRINH; AND**
20

                        **PORTIONS AND EXHIBITS 1-4 OF**
21                         **THE SUPPORTING DECLARATION**
                        **OF SHIN-WEN CHANG.**
22

                        Judge: The Honorable Claudia Wilken
23    AND RELATED COUNTERCLAIMS

24

25

26

27

28

1       Having considered Defendants SILICONWARE PRECISION INDUSTRIES CO.,

2 LTD., and SILICONWARE USA, INC.'s Miscellaneous Administrative Request to File Under

3 Seal Portions of Siliconware Application for Temporary Restraining Order and Motion for

4 Preliminary Injunction, Exhibits 2 & 16 to the Supporting Declaration of Michael W. Trinh, and

5 Portions of and Exhibits to the Supporting Declaration of Shin-Wen Chang, and supporting

6 papers, good cause appearing therefore,

7       IT IS HEREBY ORDERED that:

8       Portions of Siliconware's Application for Temporary Restraining Order and Motion for

9 Preliminary Injunction be filed under seal;

10       **Exhibit 2 and 16** of the supporting Declaration of Michael W. Trinh be filed under seal;

11       **Exhibits 1-4** of the supporting Declaration of Shin-Wen Chang be filed under seal; and

12       Portions of the supporting Declaration of Shin-Wen Chang be filed under seal.

13       **IT IS SO ORDERED.**

14

15 DATED: January 25, 2008

16                         The Honorable Claudia Wilken

17                         United States District Judge
Northern District of California

18

19 Presented by:

20

21 Michael F. Heafey (SBN 153499) (mheafey@orrick.com)
Michael W. Trinh (SBN 240937) (mtrinh@orrick.com)

22 ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road

23 Menlo Park, CA 94025
Telephone: 650-614-7400

24 Facsimile: 650-614-7401

25 Attorneys for Defendants
SILICONWARE PRECISION INDUSTRIES CO., LTD. and

26 SILICONWARE USA, INC.

27 OHS West:260366701.2

28