MICHAEL F. HEAFEY (SBN 153499) mheafey@orrick.com
MICHAEL W. TRINH (SBN 240937) mtrinh@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendants
SILICONWARE PRECISION INDUSTRIES CO., LTD. and
SILICONWARE USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO DEVICES INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  05-4063 CW (EDL)<br><br>**ORDER TO EXTEND DEADLINE FOR MEDIATION WITH JUDGE LEGGE**<br><br>Judge: Hon. Claudia Wilken |

The Court, having considered the Joint Proposed Order filed by All Parties, hereby:

ORDERS that the deadline for Tessera and Defendants to meet with Judge Legge regarding the sharing of discovery is extended by one month to the end of February, 2008.

Dated: January 30, 2008

_____
The Honorable Judge Claudia Wilken
United States District Judge
Northern District of California