IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

    Plaintiff,

    v.

ADVANCED MICRO DEVICES, INC., et al.,

    Defendants.

_____/

AND RELATED COUNTERCLAIMS.

_____/

No. C 05-4063 CW

AMENDED ORDER SETTING BRIEFING SCHEDULE

    Tessera has moved (Docket No. 710) to shorten the time for a hearing on its motion for a declaratory ruling that it has complied with the Court's November 1, 2007 order. The ST Defendants have moved (Docket No. 728) to shorten the time for a hearing on their renewed motion for a preliminary injunction. Both motions to shorten time are GRANTED as modified below.

    Oppositions to the primary motions (Docket Nos. 712 and 725) must be filed by February 14, 2008. Replies must be filed by February 19, 2008. The Court will take both motions under

submission on the papers.  Any hearing currently noticed for these motions is VACATED.

IT IS SO ORDERED.

Dated: 2/11/08

CLAUDIA WILKEN
United States District Judge