IRELL & MANELLA LLP
Morgan Chu (SBN 70446) mchu@irell.com
Jonathan Steinberg (SBN 98044) jsteinberg@irell.com
Joseph M. Lipner (SBN 155735) jlipner@irell.com
Benjamin Hattenbach (SBN 186455) bhattenbach@irell.com
Trevor V. Stockinger (SBN 226359) tstockinger@irell.com
Stephen W. Larson (SBN 240844) slarson@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Plaintiff and
Counterdefendant Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 05-4063 CW (EDL) <br><br> **ORDER REGARDING WITHDRAWAL OF ROGER D. TAYLOR AND R. BRUCE BOWER** <br><br> **Honorable Claudia Wilken** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER REGARDING WITHDRAWAL OF
ROGER D. TAYLOR AND R. BRUCE BOWER  (Case No.
05-4063 CW)
1838178

Having considered the request of Plaintiff Tessera, Inc. to allow Roger D. Taylor and R. Bruce Bower to withdraw as counsel of record for Tessera Inc. in this action,

IT IS HEREBY ORDERED that:

(1) Tessera Inc.'s request is GRANTED;

(2) Roger D. Taylor and R. Bruce Bower are relieved as counsel of record for Tessera, Inc.; and

(3) The appearances of Irell & Manella and Gibson Dunn & Crutcher shall remain in effect and are not affected by the withdrawal of Mr. Taylor and Mr. Bower.

IT IS SO ORDERED.

Dated: _____3/19____, 2008

_____
The Honorable Claudia Wilken
United States District Court Judge

Respectfully submitted March 13, 2008 by:

IRELL & MANELLA LLP

   /s/   Stephen Larson_____
Stephen Larson
Attorney for Plaintiff
Tessera, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER REGARDING WITHDRAWAL OF
ROGER D. TAYLOR AND R. BRUCE BOWER  (Case No.
05-4063 CW)
1838178

- 2 -