IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

        Plaintiff,

  v.

ADVANCED MICRO DEVICES, INC. ET AL,

        Defendant.

No. C-05-04063 (EDL)

**AMENDED ORDER DENYING MOTION TO SHORTEN TIME; SETTING BRIEFING SCHEDULE**

On April 3, 2008, Tessera Inc. moved for an order setting an expedited briefing schedule and hearing date for its Motion to Compel Expedited Discovery. Good cause not having been shown, Tessera's motion is DENIED. The briefing and hearing schedule are as follows. Any opposition to the Motion to Compel shall be filed no later than April 17, 2008. Any reply shall be filed no later than April 24, 2008. A hearing will be held on May 6, 2008 at 10:00 a.m. in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 11, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge