**United States District Court**
For the Northern District of California

1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   TESSERA, INC.,                          No. C 05-4063 CW

10          Plaintiff,

11      v.                                   ORDER DIRECTING TESSERA
                                             TO RE-FILE DOCUMENT
12  ADVANCED MICRO DEVICES, INC. et al.,

13          Defendants.
    _____/

14
    AND RELATED COUNTERCLAIMS.
15  _____/

16

17      On April 16, 2008, the Court granted Tessera's motion to file

18  under seal Exhibit 1 to the declaration of Gregory S. Bishop, dated

19  February 14, 2008, filed in support of Tessera's opposition to the

20  ST Defendants' renewed motion for a preliminary injunction.

21  However, because Tessera had not filed a public redacted version of

22  the document under the correct title, the Court ordered Tessera as

23  follows:

24      Tessera must lodge with the clerk the unredacted version
        of the exhibit under the title, "Exhibit 1 to the
25      Declaration of Gregory S. Bishop of February 14, 2008 in
        Support of Tessera's Opposition to the ST Defendants'
26      Renewed Motion for a Preliminary Injunction (Docket No.
        753)."  The clerk shall file this document under seal.
27      Tessera must electronically file the public redacted
        version of the same document using the same title.
28
    Docket No. 817 at 2.

**United States District Court**
For the Northern District of California

1   Tessera filed the exhibit under seal using the correct title.

2   However, Tessera did not comply with the Court's instruction to

3   file the redacted version of the same document in the public record

4   using the same title.  Instead, Tessera unnecessarily filed another

5   declaration establishing that the document is sealable and attached

6   the document as an exhibit to that declaration.  This defeats the

7   purpose of filing the document in the public record under the

8   correct title: to enable it to be located by someone searching for

9   Exhibit 1 to the Bishop Declaration of February 14, 2008, which was

10  specifically referenced in the Court's order denying the ST

11  Defendants' motion for a preliminary injunction.

12  Tessera is again ordered to file electronically the public

13  redacted version of the document using the title, "Exhibit 1 to the

14  Declaration of Gregory S. Bishop of February 14, 2008 in Support of

15  Tessera's Opposition to the ST Defendants' Renewed Motion for a

16  Preliminary Injunction (Docket No. 753)."

17  IT IS SO ORDERED.

18

19      4/22/08

20  Dated: _____       _____

21                                            CLAUDIA WILKEN
                                              United States District Judge

22

23

24

25

26

27

28

2