IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

    Plaintiff,

  v.

ADVANCED MICRO DEVICES, INC., et al.,

    Defendants.
                                 /

No. C 05-04063 CW

**AMENDED** ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1 and this Court's previous Order of Reference to Magistrate Judge, IT IS HEREBY ORDERED that Plaintiff/Counterdefendant Tessera, Inc.'s Motion for Expedited Discovery, Motion to Shorten Time, filed in the above-captioned case is referred to Magistrate Judge Elizabeth Laporte.  The hearing previously set for April 24, 2008, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Laporte.

    **All further discovery motions shall continue to be referred to the Honorable Charles A. Legge, who was previously appointed Special Master for discovery issues.**

Dated: 5/7/08

                                      _____
                                      CLAUDIA WILKEN
                                      United States District Judge