IRELL & MANELLA LLP
Morgan Chu (SBN 70446) mchu@irell.com
Jonathan Steinberg (SBN 98044) jsteinberg@irell.com
Joseph M. Lipner (SBN 155735) jlipner@irell.com
Benjamin Hattenbach (SBN 186455) bhattenbach@irell.com
Trevor V. Stockinger (SBN 226359) tstockinger@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Plaintiff and
Counterdefendant Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 05-4063 CW (EDL)<br><br>**ORDER REGARDING WITHDRAWAL OF STEPHEN LARSON**<br><br>**Honorable Claudia Wilken** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER REGARDING WITHDRAWAL OF
STEPHEN LARSON  (Case No. 05-4063 CW)
2041145

Having considered the request of Plaintiff Tessera, Inc. to allow Stephen Larson to withdraw his appearance as counsel of record for Tessera Inc. in this action,

IT IS HEREBY ORDERED that:

(1) Tessera Inc.'s request is GRANTED;

(2) Stephen Larson is relieved as counsel of record for Tessera, Inc.; and

(3) The appearance of Irell & Manell shall remain in effect and is not affected by the withdrawal of Stephen Larson.

IT IS SO ORDERED.

Dated: 4/27, 2009

_____
The Honorable Claudia Wilken
United States District Court Judge

Respectfully submitted April 8, 2009 by:

IRELL & MANELLA LLP

   /s/ Benjamin Hattenbach
Benjamin Hattenbach
Attorney for Plaintiff
Tessera, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

[PROPOSED] ORDER REGARDING WITHDRAWAL OF
STEPHEN LARSON  (Case No. 05-4063 CW)
2041145

- 2 -