FOLEY & LARDNER LLP
Robert E. Camors, Jr., CA BAR NO. 121204
Gina A. Bibby., CA BAR NO. 242657
975 Page Mill Road
Palo Alto, CA  94304
Telephone: 650.856.3700
Facsimile: 650.856.3710
bobcamors@foley.com
gbibby@foley.com

FOLEY & LARDNER LLP
Steven J. Rizzi (ADMITTED *PRO HAC VICE)*
srizzi@foley.com
90 Park Avenue
New York, NY 10016
Telephone: 212-682-7474
Facsimile: 212-687-2329

Attorneys for Defendants and Counterclaimants Advanced Semiconductor Engineering, Inc., and ASE (U.S.), Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., | CASE NO. 4:05-cv-04063-CW |
| Plaintiff, Counter-defendant, | |
| v. | **JOINT STIPULATION AND ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| ADVANCED MICRO DEVICES, INC. et al., | |
| Defendants, Counter-claimants. | |

1.     WHEREAS, this Court stayed the case known as *Tessera, Inc. v. Advanced Micro Devices, Inc. et al,* Case No. C 05-04063 (CW) (the "AMD case") by its order of May 24, 2007 with respect to International Trade Commission Investigation 337-TA-605 "until the determination of the ITC, including appeals becomes final," and WHEREAS, on August 5, 2008 the Court ordered that the stay of the AMD case "shall be extended until a determination in the International Trade Commission Investigation 337-TA-649, including appeals, becomes final;" and

2.     WHEREAS, the Court issued a Related Case Order on September 11, 2008 in the AMD case finding that the three cases known as, *Siliconware Precision Industries Co., Ltd. et al. v. Tessera*, Case No. C 08-03667 RS; *Advanced Semiconductor Engineering Inc. et al. v. Tessera*, Case No. C 08-03726 EMC; and *Chipmos Technologies Inc. et al. v. Tessera, Inc*., Case No. C 08-03827 CW, were related to the AMD case (these three cases are collectively the "Related Cases"); and

3.     WHEREAS the Court stayed all proceedings in the Related Cases, to include all claims and counterclaims, by its order of December 19, 2008 "[i]n light of the decision by the International Trade Commission ('ITC') granting Tessera's motion to amend the Complaint and Notice of Investigation adding U.S. Patent No. 5,663,106 to the investigation" known as 337-TA-649 and the stipulation of the parties in the Related Cases; and

4.     WHEREAS, by its orders of December 19, 2008 in the Related Cases and by its order of January 6, 2009 in the AMD case, this Court subsequently set a Case Management Conference in both the AMD case and the Related Cases for June 16, 2009 at 2:00 p.m. and required that a Case Management Conference statement be filed in the AMD case one week before the Conference; and

5.     WHEREAS, the parties appearing below, by their undersigned counsel, report to the Court that the current status of the pending International Trade Commission Investigation 337-TA-605 is that the Commission issued its Opinion and Notice of Final Determination on May 20, 2009, holding that Tessera's patents were valid and infringed; and

2

1       6.      WHEREAS, the parties appearing below, by their undersigned counsel, report that the Commission's Final Determination is subject to a 60-day Presidential Review Period and may be appealed to the Federal Circuit by the adversely affected parties; and

        7.      WHEREAS, since a final resolution of ITC's 337-TA-605 investigation, including appeals, is unlikely to occur before January 1, 2010, the parties in the AMD case and in the Related Cases believe that it would be most efficient to further postpone the case management conference and related activity in the AMD case and the Related Cases until at least December 20, 2009; and

        8.      WHEREAS Spansion Inc. and certain of its subsidiaries, including Spansion LLC and Spansion Technology LLC, filed a Notice of Commencement of Bankruptcy Proceedings and of Automatic Stay in this case on March 11, 2009 and therefore do not join in this Stipulation; and

        9.      WHEREAS, the parties appearing below agree that there would be no prejudice to the parties in moving the case management conference, as that case is currently stayed;

        THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties appearing below through their undersigned respective attorneys of record, based on the foregoing, and subject to the approval of this Court, that:

        1.      The case management conference currently scheduled for June 16, 2009 at 2:00 p.m. in the AMD shall be rescheduled for 12/22/09 at 2:00 p.m., or as soon thereafter as the Court is available;

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 8th day of June, 2009.

_____
Honorable Claudia Wilken
United States District Judge

3
JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE     CASE NO. 4:05-cv-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES
SVCA_323663.1

| | |
|---|---|
| Dated: June 2, 2009 | /s/<br>Robert E. Camors, Jr.<br>FOLEY & LARDNER LLP<br>Attorneys for defendants and counter-claimants<br>ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC. |
| Dated: June 2, 2009 | /s/<br>Michael Heafey<br>ORRICK, HERRINGTON & SUTCLIFFE<br>Attorneys for defendants and counter-claimants<br>SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE U.S.A. |
| Dated: June 2, 2009 | /s/<br>Elaine Chow<br>K&L GATES LLP<br>Attorneys for defendant and counter-claimant<br>ADVANCED MICRO DEVICES, INC. |
| Dated: June 2, 2009 | /s/<br>Lawrence E. Butler<br>SEYFARTH SHAW<br>Attorneys for defendants and counter-claimants<br>CHIPMOS TECHNOLOGIES INC. and CHIPMOS U.S.A. INC. |
| Dated: June 2, 2009 | /s/<br>Edward V. Anderson<br>SIDLEY AUSTIN LLP<br>Attorneys for defendants and counter-claimants<br>STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC. |
| Dated: June 2, 2009 | /s/<br>David Ball<br>WEIL, GOTSHAL & MANGES LLP<br>Attorneys for defendants and counter-claimants<br>STATS CHIPPAC INC., STATS CHIPPAC LTD and STATS CHIPPAC (BVI) LIMITED |
| Dated: June 2, 2009 | /s/<br>Trevor Stockinger<br>IRELL & MANELLA LLP<br>Attorneys for plaintiff and counter-defendant<br>TESSERA, INC. |

1   Concurrence in the filing of this document has been obtained from the signatories listed
2   above.

3
    Dated:  June 2, 2009                          FOLEY & LARDNER LLP
4

5                                                       /s/
                                                 Robert E. Camors, Jr.
6
                                                 Attorneys for defendants and counter-claimants
7                                                ADVANCED SEMICONDUCTOR
                                                 ENGINEERING, INC., ASE TEST LIMITED, and
8                                                ASE (U.S.) INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28