Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287

Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., et al.,<br><br>              Plaintiff,<br><br>  vs.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>             Defendants. | CASE NO. C 05-4063 CW (EDL)<br>JAMS Reference No. 1100049599<br><br>**ORDER REGARDING MOTION FOR LEAVE TO SERVE SUBPOENA *DUCES TECUM* ON CAE ASSOCIATES, INC.** |
| AND RELATED COUNTERCLAIMS | |

      Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Inc. ("SPIL") have made a motion for leave to serve a subpoena *duces tecum* on Computer Aided Engineering Associates, Inc. ("CAE"). The motion has been referred to the undersigned Special Master by United States District Judge Claudia Wilken. Under the December 15, 2006 order of the Court appointing the undersigned as Special Master for Discovery, the Special Master is empowered to

ORDER REGARDING MOTION FOR LEAVE TO SERVE SUBPOENA *DUCES TECUM* ON CAE ASSOCIATES, INC.

1

adjudicate and resolve disputes, and not simply make recommendations to Court; paragraphs 1 and 2.

The subpoena which SPIL seeks to serve is dated April 30, 2009, under the title of court and cause of the United States District Court for the District of Connecticut.

CAE objects to the service of the subpoena and has made its own motion to quash the subpoena in Connecticut federal court. The only objection raised by CAE at the present time is that the service of the subpoena would be a violation of the stays in the above-entitled action, which were entered by the Court on May 24, 2007 and August 5, 2008. Those stays were issued in deference to proceedings before the International Trade Commission, which have not as yet been concluded. CAE has reserved the right to raise other objections to the subpoena, which would apparently be made after the subpoena has been served. But as stated, the sole ground for attempting to quash the subpoena in the Connecticut court is the stays pending in this action. The Connecticut court has been advised of SPIL's motion before this Court, and it has taken no action on CAE's motion to quash.

A telephone hearing was held on October 13, 2009 on SPIL's motion. Counsel for SPIL appeared by telephone, as did counsel for Tessera speaking on its own behalf and on behalf of CAE. Certain other interested defendants also appeared. At the conclusion of the hearing the Special Master gave an oral ruling granting SPIL's motion, which is hereby confirmed by this written order.

The documents sought by the subpoena appear to be relevant to the issues in the ITC proceeding and in this action. Though the Special Master cannot identify some of the documents listed in the subpoena because they are stated in electronic format, it appears that the documents sought by the subpoena pertain to work done by CAE for Tessera in this and other litigation involving Tessera's patents. Relevance is also apparent from the fact that CAE's work would necessarily involve the scope and claims of Tessera's patents.

The purpose of the subpoena is not for the immediate <u>production</u> of the documents, but for their <u>preservation</u> by CAE. Some special circumstances must therefore be shown. SPIL has done so by reference to CAE's motion in the Connecticut court. Page three of CAE's memorandum of law indicates that the documents presently under CAE's control could be

ORDER REGARDING MOTION FOR LEAVE TO SERVE SUBPOENA *DUCES TECUM* ON CAE ASSOCIATES, INC.

destroyed at any time because of the expiration of protective orders in other cases. SPIL would be prejudiced by the loss of such material relevant to the scope of Tessera's patents.

It is therefore ordered as follows:

1. SPIL's motion is granted.
2. The stays heretofor entered in this case are lifted for the sole purpose of permitting SPIL to serve the subpoena *duces tecum*.
3. SPIL hereby is granted leave to serve the subpoena *duces tecum* on CAE.
4. The subpoena *duces tecum* is for the purpose of compelling CAE to preserve the records, and CAE is not required to produce any documents pursuant to the subpoena until further order of this Court.
5. The parties are to advise the United States District Court in the District of Connecticut of the issuance of this order.

IT IS SO ORDERED.

Dated: October 20, 2009

_____
Hon. Charles A. Legge (Ret.)
Special Master

ORDER REGARDING MOTION FOR LEAVE TO SERVE SUBPOENA *DUCES TECUM* ON CAE ASSOCIATES, INC.

3