FOLEY & LARDNER LLP
Robert E. Camors, Jr., CA BAR NO. 121204
Gina A. Bibby., CA BAR NO. 242657
975 Page Mill Road
Palo Alto, CA  94304
Telephone: 650.856.3700
Facsimile: 650.856.3710
bobcamors@foley.com
gbibby@foley.com

FOLEY & LARDNER LLP
Steven J. Rizzi (ADMITTED *PRO HAC VICE)*
srizzi@foley.com
90 Park Avenue
New York, NY 10016
Telephone: 212-682-7474
Facsimile: 212-687-2329
Attorneys for Defendants and Counterclaimants Advanced Semiconductor Engineering, Inc.,
  and ASE (U.S.), Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>      Plaintiff, Counter-defendant,<br><br>    v.<br><br>ADVANCED MICRO DEVICES, INC. et al.,<br><br>      Defendants, Counter-claimants. | CASE NO. 4:05-cv-04063-CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

1

SVCA_343203.1

1.     WHEREAS, this Court stayed the case known as *Tessera, Inc. v. Advanced Micro Devices, Inc. et al,* Case No. C 05-04063 (CW) (the "AMD case") by its order of May 24, 2007 with respect to International Trade Commission Investigation 337-TA-605 "until the determination of the ITC, including appeals becomes final," and WHEREAS, on August 5, 2008 the Court ordered that the stay of the AMD case "shall be extended until a determination in the International Trade Commission Investigation 337-TA-649, including appeals, becomes final;" and

2.     WHEREAS, the Court issued a Related Case Order on September 11, 2008 in the AMD case finding that the three cases known as, *Siliconware Precision Industries Co., Ltd. et al. v. Tessera*, Case No. C 08-03667 RS; *Advanced Semiconductor Engineering Inc. et al. v. Tessera*, Case No. C 08-03726 EMC; and *Chipmos Technologies Inc. et al. v. Tessera, Inc*., Case No. C 08-03827 CW, were related to the AMD case (these three cases are collectively the "Related Cases"); and

3.     WHEREAS the Court stayed all proceedings in the Related Cases, to include all claims and counterclaims, by its order of December 19, 2008 "[i]n light of the decision by the International Trade Commission ('ITC') granting Tessera's motion to amend the Complaint and Notice of Investigation adding U.S. Patent No. 5,663,106 to the investigation" known as 337-TA-649 and the stipulation of the parties in the Related Cases; and

4.     WHEREAS, by its orders of June 8, 2009 this Court subsequently set a Case Management Conference in both the AMD case and the Related Cases for December 22, 2009 at 2:00 p.m; and

5.     WHEREAS the parties in the Related Cases, by their undersigned counsel, report to the Court that the current status of the pending International Trade Commission Investigation 337-TA-605 is that the Final Determination is under appeal to the Federal Circuit in Case Number 09-1460 with the notice of appeal having been filed on July 20, 2009 and briefs for Appellants Freescale Semiconductor, STMicroelectronics N.V., Qualcomm, Inc., Spansion, Inc. and Spansion, LLC having been filed on October 30, 2009, and;

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE     CASE NO. 4:05-cv-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES
SVCA_343203.1

6.      WHEREAS, since a final resolution of ITC's 337-TA-605 investigation, including appeals, is unlikely to occur before June 1, 2010, the parties in the AMD case and in the Related Cases believe that it would be most efficient to further postpone the case management conference and related activity in the AMD case and the Related Cases until at least June 22, 2010; and

7.      WHEREAS Spansion Inc. and certain of its subsidiaries, including Spansion LLC and Spansion Technology LLC, filed a Notice of Commencement of Bankruptcy Proceedings and of Automatic Stay in this case on March 11, 2009 and therefore do not join in this Stipulation; and

8.      WHEREAS, the parties appearing below agree that there would be no prejudice to the parties in moving the case management conference, as that case is currently stayed;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties appearing below through their undersigned respective attorneys of record, based on the foregoing, and subject to the approval of this Court, that:

1.      The case management conference currently scheduled for December 22, 2009 at 2:00 p.m. in the AMD shall be rescheduled for ____6/22/10____ at __:__ __2:00 p._.m., or as soon thereafter as the Court is available;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this __16th__ day of December, 2009.    _____

Honorable Claudia Wilken
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE      CASE NO. 4:05-cv-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_343203.1

Dated:  December 9, 2009                    _____/s/_____
                                           Robert E. Camors, Jr.
                                           FOLEY & LARDNER LLP
                                           Attorneys for defendants and counter-claimants
                                           ADVANCED SEMICONDUCTOR
                                           ENGINEERING, INC., ASE TEST LIMITED, and
                                           ASE (U.S.) INC.

Dated:  December 9, 2009                    _____/s/_____
                                           Michael Heafey
                                           ORRICK, HERRINGTON & SUTCLIFFE
                                           Attorneys for defendants and counter-claimants
                                           SILICONWARE PRECISION INDUSTRIES CO.,
                                           LTD. and SILICONWARE U.S.A.

Dated:  December 9, 2009                    _____/s/_____
                                           Elaine Chow
                                           K&L GATES LLP
                                           Attorneys for defendant and counter-claimant
                                           ADVANCED MICRO DEVICES, INC.

Dated:  December 9, 2009                    _____/s/_____
                                           Joseph Lanser
                                           SEYFARTH SHAW
                                           Attorneys for defendants and counter-claimants
                                           CHIPMOS TECHNOLOGIES INC. and CHIPMOS
                                           U.S.A. INC.

Dated:  December 9, 2009                    _____/s/_____
                                           Russell L. Johnson
                                           SIDLEY AUSTIN LLP
                                           Attorneys for defendants and counter-claimants
                                           STMICROELECTRONICS N.V. and
                                           STMICROELECTRONICS, INC.

Dated:  December 9, 2009                    _____/s/_____
                                           Michael Franzinger
                                           WEIL, GOTSHAL & MANGES LLP
                                           Attorneys for defendants and counter-claimants
                                           STATS CHIPPAC INC., STATS CHIPPAC LTD
                                           and STATS CHIPPAC (BVI) LIMITED

                                           _____/s/_____
Dated:  December 9, 2009                    Trevor Stockinger
                                           IRELL & MANELLA LLP
                                           Attorneys for plaintiff and counter-defendant
                                           TESSERA, INC.

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE      CASE NO. 4:05-cv-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_343203.1

1    Concurrence in the filing of this document has been obtained from the signatories listed

2 above.

3

4 Dated:  December 9, 2009                    FOLEY & LARDNER LLP

5                                      _____/s/_____

6                                      Robert E. Camors, Jr.

7                                      Attorneys for defendants and counter-claimants
                                       ADVANCED SEMICONDUCTOR
8                                      ENGINEERING, INC., ASE TEST LIMITED, and
                                       ASE (U.S.) INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE          CASE No. 4:05-cv-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_343203.1