1  SEYFARTH SHAW LLP
   Lawrence E. Butler (SBN 111043)
2  Email: lbutler@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile:  (415) 397-8549

5  Attorneys for defendants and counter-claimants
   CHIPMOS TECHNOLOGIES INC. and
6  CHIPMOS U.S.A. INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  TESSERA, INC.,                    | CASE NO. 4:05-cv-04063-CW
12         Plaintiff, Counter-defendant,
                                      | **JOINT STIPULATION AND
13     v.                             | [PROPOSED] ORDER CHANGING THE
                                      | DATE OF UPCOMING CASE
14  ADVANCED MICRO DEVICES, INC. et al.,| MANAGEMENT CONFERENCE AND
                                      | RELATED DATES**
15         Defendants, Counter-claimants.

1

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE    CASE NO. 4:05-CV-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

1.   WHEREAS, this Court stayed the case known as *Tessera, Inc. v. Advanced Micro Devices, Inc. et al,* Case No. C 05-04063 (CW) (the "AMD case") by its order of May 24, 2007 with respect to International Trade Commission Investigation 337-TA-605 "until the determination of the ITC, including appeals becomes final," and WHEREAS, on August 5, 2008 the Court ordered that the stay of the AMD case "shall be extended until a determination in the International Trade Commission Investigation 337-TA-649, including appeals, becomes final;" and

2.   WHEREAS, the Court issued a Related Case Order on September 11, 2008 in the AMD case finding that the three cases known as, *Siliconware Precision Industries Co., Ltd. et al. v. Tessera,* Case No. C 08-03667 RS; *Advanced Semiconductor Engineering Inc. et al. v. Tessera,* Case No. C 08-03726 EMC; and *Chipmos Technologies Inc. et al. v. Tessera, Inc.,* Case No. C 08-03827 CW, were related to the AMD case (these three cases are collectively the "Related Cases"); and

3.   WHEREAS the Court stayed all proceedings in the Related Cases, to include all claims and counterclaims, by its order of December 19, 2008 "[i]n light of the decision by the International Trade Commission ('ITC') granting Tessera's motion to amend the Complaint and Notice of Investigation adding U.S. Patent No. 5,663,106 to the investigation" known as 337-TA-649 and the stipulation of the parties in the Related Cases; and

4.   WHEREAS, by its orders of December 16, 2009 this Court subsequently set a Case Management Conference in both the AMD case and the Related Cases for June 22, 2010 at 2:00 p.m; and

5.   WHEREAS the parties in the AMD and Related Cases, by their undersigned counsel, report to the Court that the current status of the pending International Trade Commission Investigation 337-TA-605 is that the Final Determination is under appeal to the Federal Circuit in Case Number 09-1460.  The appeal is now fully briefed and oral argument is scheduled for June 9, 2010, and;

6.   WHEREAS, since a final resolution of ITC's 337-TA-605 investigation,

1  including appeals, is unlikely to occur before December 1, 2010, the parties in the AMD case
2  and in the Related Cases believe that it would be most efficient to further postpone the case
3  management conference and related activity in the AMD case and the Related Cases until
4  approximately December 14, 2010; and

5      7.    WHEREAS, the parties appearing below agree that there would be no prejudice to
6  the parties in moving the case management conference, as these cases are currently stayed;

7      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
8  parties appearing below through their undersigned respective attorneys of record, based on the
9  foregoing, and subject to the approval of this Court, that:

10      8.    The case management conference currently scheduled for June 22, 2010 at 2:00
11  p.m. in the AMD shall be rescheduled for 12/14/2010 at 2:00 p.m., or as soon thereafter as
12  the Court is available;

13      PURSUANT TO STIPULATION, IT IS SO ORDERED.

14
15  Dated this 11th day of June, 2010.

                                                    Honorable Claudia Wilken
16                                                      United States District Judge

| | | |
|---|---|---|
| 1 | Dated: June 8, 2010 | /s/ |
| 2 | | Robert E. Camors, Jr. |
| | | FOLEY & LARDNER LLP |
| 3 | | Attorneys for defendants and counter-claimants |
| | | ADVANCED SEMICONDUCTOR |
| 4 | | ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC. |
| 5 | Dated: June 8, 2010 | /s/ |
| 6 | | Michael Heafey |
| | | ORRICK, HERRINGTON & SUTCLIFFE |
| 7 | | Attorneys for defendants and counter-claimants |
| | | SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE U.S.A. |
| 8 | | |
| | Dated: June 8, 2010 | /s/ |
| 9 | | Elaine Chow |
| | | K&L GATES LLP |
| 10 | | Attorneys for defendant and counter-claimant |
| | | ADVANCED MICRO DEVICES, INC. |
| 11 | | |
| | Dated: June 8, 2010 | /s/ |
| 12 | | Lawrence E. Butler |
| | | SEYFARTH SHAW |
| 13 | | Attorneys for defendants and counter-claimants |
| | | CHIPMOS TECHNOLOGIES INC. and CHIPMOS |
| 14 | | U.S.A. INC. |
| 15 | Dated: June 8, 2010 | /s/ |
| 16 | | Russell L. Johnson |
| | | SIDLEY AUSTIN LLP |
| 17 | | Attorneys for defendants and counter-claimants |
| | | STMICROELECTRONICS N.V. and |
| 18 | | STMICROELECTRONICS, INC. |
| | Dated: June 8, 2010 | /s/ |
| 19 | | Michael Franzinger |
| | | WEIL, GOTSHAL & MANGES LLP |
| 20 | | Attorneys for defendants and counter-claimants |
| | | STATS CHIPPAC INC., STATS CHIPPAC LTD |
| 21 | | and STATS CHIPPAC (BVI) LIMITED |
| 22 | | /s/ |
| | Dated: June 8, 2010 | Trevor Stockinger |
| 23 | | IRELL & MANELLA LLP |
| | | Attorneys for plaintiff and counter-defendant |
| 24 | | TESSERA, INC. |
| 25 | | /s/ |
| | Dated: June 8, 2010 | Michael J. Bettinger |
| 26 | | K&L/GATES |
| | | Attorneys for defendants and counter-claimants |
| 27 | | SPANSION INC.; SPANSION TECHNOLOGY, |
| | | INC., and SPANSION LLC |
| 28 | | |

4

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE        CASE NO. 4:05-CV-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

Concurrence in the filing of this document has been obtained from the signatories listed above.

Dated: June 8, 2010

SEYFARTH SHAW LLP

/s/
Lawrence E. Butler

Attorneys for defendants and counter-claimants
CHIPMOS TECHNOLOGIES INC. and CHIPMOS U.S.A. INC.

**Attestation Pursuant to General Order No. 45, Section X**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated:  June 8, 2010         /s/ Laurence E. Butler