1  **FOLEY & LARDNER LLP**
2  975 Page Mill Road
   Palo Alto, CA  94304
3  Telephone: 650.856.3700
   Facsimile: 650.856.3710
4  Robert E. Camors, Jr., CA BAR NO. 121204
   Gina A. Bibby, CA BAR NO. 242657
5  BOBCAMORS@FOLEY.COM
   GBIBBY@FOLEY.COM

6  **FOLEY & LARDNER LLP**
   90 Park Avenue
7  New York, NY 10016
   Telephone: 212-682-7474
8  Facsimile: 212-687-2329
   Steven J. Rizzi (Admitted *Pro Hac Vice*)
9  SRIZZI@FOLEY.COM

10 Attorneys for Plaintiffs and Counterclaim Defendants ADVANCED SEMICONDUCTOR
   ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.), INC.,

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                         OAKLAND DIVISION

| TESSERA, INC., | CASE NO. 4:05-cv-04063-CW |
|---|---|
| Plaintiff, Counterdefendant, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL ROBERT E. CAMORS, JR. AND [PROPOSED] ORDER PERMITTING WITHDRAWAL** |
| ADVANCED MICRO DEVICES, INC. et al., | |
| Defendants, Counterclaimants. | |

---

NOTICE OF WITHDRAWAL OF COUNSEL AND ~~PROPOSED~~ ORDER
CASE NO. 4:05-CV-04063-CW

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 11-5(a), Robert E. Camors, Jr., hereby seeks an Order from this Court allowing withdrawal as counsel in the above-captioned action.  Gina A. Bibby, of Foley & Lardner LLP, 975 Page Mill Road, Palo Alto, CA 94304-1013;  and Steven J. Rizzi (admitted *pro hac vice*), of Foley & Lardner LLP, 90 Park Avenue, New York, New York 10016-1314, will continue as counsel of record for Plaintiff and Counterclaim Defendants Advanced Semiconductor Engineering, Inc., ASE Test Limited, and ASE (U.S.), Inc. (collectively the "ASE Parties").  The ASE Parties have received notice of this withdrawal and have no objection.

Dated:  August 16, 2010

**FOLEY & LARDNER LLP**

BY:   */s/ Robert E. Camors, Jr.*
          Robert E. Camors, Jr.

Dated:  August 16, 2010

**FOLEY & LARDNER LLP**

By:   */s/  Gina A. Bibby*
          Gina A. Bibby
          Steven J. Rizzi
          ATTORNEYS FOR PLAINTIFFS AND COUNTERCLAIM DEFENDANTS ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, AND ASE (U.S.), INC.

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:  ____August 24____, 2010        BY: _____
                                                                Honorable Claudia Wilken
                                                                United States District Court Judge

1
NOTICE OF WITHDRAWAL OF COUNSEL AND PROPOSED ORDER
CASE NO. 4:05-CV-04063-CW