IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. C-10-4954 MMC |
| SPANSION, INC., et al., | |
|     Reorganized Debtors | **ORDER OF REFERRAL** |
| _____ | |
| SPANSION, INC., et al., | |
|     Plaintiffs | |
|   v. | |
| TESSERA, INC., | |
|     Claimant | |
| _____/ | |

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Claudia Wilken for consideration of whether the case is related to <u>Tessera, Inc. v. Advanced Micro Devices, Inc.</u>, 05-4063 CW.  (<u>See</u> Case No. 10-4954 Docket No. 1 at 3-7.)

    **IT IS SO ORDERED.**

Dated:  November 4, 2010

                                                    _____
                                                    MAXINE M. CHESNEY
                                                    United States District Judge