**FOLEY & LARDNER LLP**
Gina A. Bibby., CA BAR NO. 242657
GBIBBY@FOLEY.COM
975 Page Mill Road
Palo Alto, CA  94304-1013
Telephone: 650.856.3700
Facsimile: 650.856.3710

**FOLEY & LARDNER LLP**
Steven J. Rizzi (ADMITTED *PRO HAC VICE)*
SRIZZI@FOLEY.COM
90 Park Avenue
New York, NY 10016-1314
Telephone: 212-682-7474
Facsimile: 212-687-2329

ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS
  ADVANCED SEMICONDUCTOR ENGINEERING, INC. AND ASE (U.S.), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>                Plaintiff, Counter-defendant,<br><br>        v.<br><br>ADVANCED MICRO DEVICES, INC. et al.,<br><br>                Defendants, Counter-claimants. | CASE NO. 4:05-cv-04063-CW<br><br>**JOINT STIPULATION AND ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

1.  WHEREAS, this Court stayed the case known as *Tessera, Inc. v. Advanced Micro Devices, Inc. et al,* Case No. C 05-04063 (CW) (the "AMD case") by its order of May 24, 2007 with respect to International Trade Commission Investigation 337-TA-605 "until the determination of the ITC, including appeals becomes final," and WHEREAS, on August 5, 2008 the Court ordered that the stay of the AMD case "shall be extended until a determination in the International Trade Commission Investigation 337-TA-649, including appeals, becomes final;" and

2.  WHEREAS, this Court issued a Related Case Order on September 11, 2008 in the AMD case finding that the three cases known as, *Siliconware Precision Industries Co., Ltd. et al. v. Tessera*, Case No. C 08-03667 RS; *Advanced Semiconductor Engineering Inc. et al. v. Tessera*, Case No. C 08-03726 EMC; and *Chipmos Technologies Inc. et al. v. Tessera, Inc.*, Case No. C 08-03827 CW, were related to the AMD case (these three cases are collectively the "Related Cases"); and

3.  WHEREAS, this Court stayed all proceedings in the Related Cases, to include all claims and counterclaims, by its order of December 19, 2008 "[i]n light of the decision by the International Trade Commission ('ITC') granting Tessera's motion to amend the Complaint and Notice of Investigation adding U.S. Patent No. 5,663,106 to the investigation" known as 337-TA-649 and the stipulation of the parties in the Related Cases; and

4.  WHEREAS, by its orders of June 11, 2010 this Court subsequently set a Case Management Conference in both the AMD case and the Related Cases for December 14, 2010 at 2:00 p.m; and

5.  WHEREAS, this Court issued a Related Case Order on November 10, 2010, finding that the case known as *Spansion Inc. v. Tessera Inc.*, Case No. C 10-04954 MMC (the "Spansion case"), is related to this case; and

6.  WHEREAS the parties in the AMD, Spansion, and Related Cases, by their undersigned counsel, report to the Court that the current status of the pending International Trade Commission Investigation 337-TA-605 is that the Final Determination is under appeal to the Federal Circuit in Case Number 09-1460. The appeal is now fully briefed and was argued on

1

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE   CASE NO. 4:05-CV-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

1  June 9, 2010, but no decision has issued as of yet, and;

2      7.    WHEREAS, since a final resolution of ITC's 337-TA-605 investigation,
3  including appeals, is still pending, the parties in the AMD case, in the Spansion case, and in the
4  Related Cases believe that it would be most efficient to further postpone (and, in the Spansion
5  case, postpone) the case management conference and related activity in the AMD case, the
6  Spansion case, and the Related Cases until approximately June 7, 2011; and

7      8.    WHEREAS, the parties appearing below agree that there would be no prejudice to
8  the parties in moving the case management conference, as that case is currently stayed;

9      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
10 parties appearing below through their undersigned respective attorneys of record, based on the
11 foregoing, and subject to the approval of this Court, that:

12     a.    The case management conference currently scheduled for December 14, 2010, at
13 2:00 p.m. in the AMD case shall be rescheduled for **June7, 2011** at **2**:**00 p**.m., or as soon
14 thereafter as the Court is available;

15     PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17 Dated this **7th** day of **December**, 2010.    _____
18                                   Honorable Claudia Wilken
                                      United States District Judge

| | |
|---|---|
| Dated:  December 6, 2010 | /s/<br>Gina A. Bibby<br>FOLEY & LARDNER LLP<br>Attorneys for defendants and counter-claimants<br>ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC. |
| Dated:  December 6, 2010 | /s/<br>Michael Heafey<br>ORRICK, HERRINGTON & SUTCLIFFE<br>Attorneys for defendants and counter-claimants<br>SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE U.S.A. |
| Dated:  December 6, 2010 | /s/<br>Elaine Chow<br>K&L GATES LLP<br>Attorneys for defendant and counter-claimant<br>ADVANCED MICRO DEVICES, INC.  and plaintiff SPANSION LLC |
| Dated:  December 6, 2010 | /s/<br>Joseph Lanser<br>SEYFARTH SHAW<br>Attorneys for defendants and counter-claimants<br>CHIPMOS TECHNOLOGIES INC. and CHIPMOS U.S.A. INC. |
| Dated:  December 6, 2010 | /s/<br>Russell L. Johnson<br>SIDLEY AUSTIN LLP<br>Attorneys for defendants and counter-claimants<br>STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC. |
| Dated:  December 6, 2010 | /s/<br>Michael Franzinger<br>WEIL, GOTSHAL & MANGES LLP<br>Attorneys for defendants and counter-claimants<br>STATS CHIPPAC INC., STATS CHIPPAC LTD and STATS CHIPPAC (BVI) LIMITED |
| Dated:  December 6, 2010 | /s/<br>Trevor Stockinger<br>IRELL & MANELLA LLP<br>Attorneys for plaintiff and counter-defendant<br>TESSERA, INC. |

1       Concurrence in the filing of this document has been obtained from the signatories listed
2 above.

4 Dated:  December 6, 2010                 FOLEY & LARDNER LLP

                                                                                    /s/
                                                    Gina A. Bibby
                                                    Attorneys for defendants and counter-claimants
                                                    ADVANCED SEMICONDUCTOR
                                                    ENGINEERING, INC., ASE TEST LIMITED, and
                                                    ASE (U.S.) INC.

1  Pursuant to General Order No. 45, Section X, I hereby attest that I have on file all
2  holographic signatures for any indicated by a "conformed" signature /s/ within the e-filed
3  document.

Dated: December 6, 2010          FOLEY & LARDNER LLP

                                 _____/s/_____
                                 Gina A. Bibby
                                 Attorneys for defendants and counter-claimants
                                 ADVANCED SEMICONDUCTOR
                                 ENGINEERING, INC., ASE TEST LIMITED, and
                                 ASE (U.S.) INC.