**FOLEY & LARDNER LLP**
Gina A. Bibby., CA BAR NO. 242657
GBIBBY@FOLEY.COM
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: 650.856.3700
Facsimile: 650.856.3710

**FOLEY & LARDNER LLP**
Steven J. Rizzi (ADMITTED *PRO HAC VICE*)
SRIZZI@FOLEY.COM
90 Park Avenue
New York, NY 10016-1314
Telephone: 212-682-7474
Facsimile: 212-687-2329

ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS
  ADVANCED SEMICONDUCTOR ENGINEERING, INC. AND ASE (U.S.), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>              Plaintiff, Counter-defendant,<br><br>         v.<br><br>ADVANCED MICRO DEVICES, INC. et al.,<br><br>              Defendants, Counter-claimants. | CASE No. 4:05-cv-04063-CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE      CASE NO. 4:05-cv-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

1. WHEREAS, this Court stayed the case known as *Tessera, Inc. v. Advanced Micro Devices, Inc. et al,* Case No. C 05-04063 (CW) (the "AMD case") by its order of May 24, 2007 with respect to International Trade Commission Investigation 337-TA-605 "until the determination of the ITC, including appeals becomes final," and WHEREAS, on August 5, 2008 the Court ordered that the stay of the AMD case "shall be extended until a determination in the International Trade Commission Investigation 337-TA-649, including appeals, becomes final;" and

2. WHEREAS, this Court issued a Related Case Order on September 11, 2008 in the AMD case finding that the three cases known as, *Siliconware Precision Industries Co., Ltd. et al. v. Tessera*, Case No. C 08-03667 RS; *Advanced Semiconductor Engineering Inc. et al. v. Tessera*, Case No. C 08-03726 EMC; and *Chipmos Technologies Inc. et al. v. Tessera, Inc.*, Case No. C 08-03827 CW, were related to the AMD case (these three cases are collectively the "Related Cases"); and

3. WHEREAS, this Court stayed all proceedings in the Related Cases, to include all claims and counterclaims, by its order of December 19, 2008 "[i]n light of the decision by the International Trade Commission ('ITC') granting Tessera's motion to amend the Complaint and Notice of Investigation adding U.S. Patent No. 5,663,106 to the investigation" known as 337-TA-649 and the stipulation of the parties in the Related Cases; and

4. WHEREAS, this Court issued a Related Case Order on November 10, 2010, finding that the case known as *Spansion Inc. v. Tessera Inc.*, Case No. C 10-04954 MMC (the "Spansion case"), is related to this case; and

5. WHEREAS, by its orders of December 7, 2010 this Court subsequently set a Case Management Conference in the AMD case, the Spansion case and the Related Cases for June 7, 2011 at 2:00 p.m; and

6. WHEREAS the parties in the AMD, Spansion, and Related Cases, by their undersigned counsel, report to the Court that the current status of the International Trade Commission Investigation 337-TA-605, which is under appeal to the Federal Circuit in Case

1  Number 09-1460, is that the Federal Circuit issued its decision on December 21, 2010, affirming
2  the Commission's final determination, but all appeals have not yet been exhausted.  In particular,
3  the period for any petitions to the United States Supreme Court for a *writ of certiorari* has not yet
4  run, and at least one defendant in the AMD Case intends to seek such a petition, and;
5       7.    WHEREAS, because a final resolution of ITC's 337-TA-605 investigation,
6  including appeals, is still pending, and therefore the parties in the AMD case, in the Spansion
7  case, and in the Related Cases believe that it would be most efficient to further postpone the case
8  management conference and related activity in the AMD case, the Spansion case, and the
9  Related Cases until approximately November 8, 2011; and
10      8.    WHEREAS, the parties appearing below agree that there would be no prejudice to
11 the parties in moving the case management conference, as that case is currently stayed;
12      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
13 parties appearing below through their undersigned respective attorneys of record, based on the
14 foregoing, and subject to the approval of this Court, that:
15      a.    The case management conference currently scheduled for June 7, 2011, at 2:00
16 p.m. in the AMD case shall be rescheduled for November 8, 2011 at 2:00 p.m., or as soon
17 thereafter as the Court is available;
18      PURSUANT TO STIPULATION, IT IS SO ORDERED.

20  Dated this 24th day of May, 2011.  _____
21      Honorable Claudia Wilken
    United States District Judge

Dated: May 23, 2011                    /s/
                                       Gina A. Bibby
                                       FOLEY & LARDNER LLP
                                       Attorneys for defendants and counter-claimants
                                       ADVANCED SEMICONDUCTOR
                                       ENGINEERING, INC., ASE TEST LIMITED, and
                                       ASE (U.S.) INC.

Dated: May 23, 2011                    /s/
                                       Michael Heafey
                                       ORRICK, HERRINGTON & SUTCLIFFE
                                       Attorneys for defendants and counter-claimants
                                       SILICONWARE PRECISION INDUSTRIES CO.,
                                       LTD. and SILICONWARE U.S.A.

Dated: May 23, 2011                    /s/
                                       Elaine Chow
                                       K&L GATES LLP
                                       Attorneys for defendants and counter-claimants
                                       ADVANCED MICRO DEVICES, INC.,
                                       SPANSION TECHNOLOGY INC., SPANSION
                                       INC. and SPANSION LLC

Dated: May 23, 2011                    /s/
                                       Joseph Lanser
                                       SEYFARTH SHAW
                                       Attorneys for defendants and counter-claimants
                                       CHIPMOS TECHNOLOGIES INC. and CHIPMOS
                                       U.S.A. INC.

Dated: May 23, 2011                    /s/
                                       Russell L. Johnson
                                       SIDLEY AUSTIN LLP
                                       Attorneys for defendants and counter-claimants
                                       STMICROELECTRONICS N.V. and
                                       STMICROELECTRONICS, INC.

Dated: May 23, 2011                    /s/
                                       Michael Franzinger
                                       WEIL, GOTSHAL & MANGES LLP
                                       Attorneys for defendants and counter-claimants
                                       STATS CHIPPAC INC., STATS CHIPPAC LTD
                                       and STATS CHIPPAC (BVI) LIMITED

Dated: May 23, 2011                    /s/
                                       Trevor Stockinger
                                       IRELL & MANELLA LLP
                                       Attorneys for plaintiff and counter-defendant
                                       TESSERA, INC.

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE        CASE NO. 4:05-cv-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

1  Concurrence in the filing of this document has been obtained from the signatories listed
2  above.
3
4  Dated:  May 23, 2011                FOLEY & LARDNER LLP
5                                      _____/s/_____
                                       Gina A. Bibby
6                                      Attorneys for defendants and counter-claimants
                                       ADVANCED SEMICONDUCTOR
7                                      ENGINEERING, INC., ASE TEST LIMITED, and
                                       ASE (U.S.) INC.
8

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE     CASE NO. 4:05-cv-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_871654.1