1  **FOLEY & LARDNER LLP**
   Gina A. Bibby., CA BAR NO. 242657
2  GBIBBY@FOLEY.COM
   975 Page Mill Road
3  Palo Alto, CA 94304-1013
   Telephone: 650.856.3700
4  Facsimile: 650.856.3710

5  **FOLEY & LARDNER LLP**
   Steven J. Rizzi (ADMITTED *PRO HAC VICE*)
6  SRIZZI@FOLEY.COM
   90 Park Avenue
7  New York, NY 10016-1314
   Telephone: 212-682-7474
8  Facsimile: 212-687-2329

9  ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS
     ADVANCED SEMICONDUCTOR ENGINEERING, INC. AND ASE (U.S.), INC.

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         OAKLAND DIVISION

14

15

16 | TESSERA, INC.,                          | CASE NO. 4:05-cv-04063-CW
   |
17 |         Plaintiff, Counter-defendant,   |
   |                                          | **JOINT STIPULATION AND**
18 |   v.                                    | **[PROPOSED] ORDER CHANGING THE**
   |                                          | **DATE OF UPCOMING CASE**
19 | ADVANCED MICRO DEVICES, INC. et al.,    | **MANAGEMENT CONFERENCE AND**
   |                                          | **RELATED DATES**
20 |         Defendants, Counter-claimants.  |

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE     CASE NO. 4:05-cv-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

1.  WHEREAS, this Court stayed the case known as *Tessera, Inc. v. Advanced Micro Devices, Inc. et al,* Case No. C 05-04063 (CW) (the "AMD case") by its order of May 24, 2007 with respect to International Trade Commission Investigation 337-TA-605 "until the determination of the ITC, including appeals becomes final," and WHEREAS, on August 5, 2008 the Court ordered that the stay of the AMD case "shall be extended until a determination in the International Trade Commission Investigation 337-TA-649, including appeals, becomes final;" and

2.  WHEREAS, this Court issued a Related Case Order on September 11, 2008 in the AMD case finding that the three cases known as, *Siliconware Precision Industries Co., Ltd. et al. v. Tessera*, Case No. C 08-03667 RS; *Advanced Semiconductor Engineering Inc. et al. v. Tessera*, Case No. C 08-03726 EMC; and *Chipmos Technologies Inc. et al. v. Tessera, Inc.*, Case No. C 08-03827 CW, were related to the AMD case (these three cases are collectively the "Related Cases"); and

3.  WHEREAS, this Court stayed all proceedings in the Related Cases, to include all claims and counterclaims, by its order of December 19, 2008 "[i]n light of the decision by the International Trade Commission ('ITC') granting Tessera's motion to amend the Complaint and Notice of Investigation adding U.S. Patent No. 5,663,106 to the investigation" known as 337-TA-649 and the stipulation of the parties in the Related Cases; and

4.  WHEREAS, this Court issued a Related Case Order on November 10, 2010, finding that the case known as *Spansion Inc. v. Tessera Inc.*, Case No. C 10-04954 MMC (the "Spansion case"), is related to this case; and

5.  WHEREAS, by its orders of December 7, 2010 this Court subsequently set a Case Management Conference in the AMD case, the Spansion case and the Related Cases for June 7, 2011 at 2:00 p.m; and

6.  WHEREAS the parties in the AMD, Spansion, and Related Cases, by their undersigned counsel, report to the Court that the current status of the International Trade Commission Investigation 337-TA-605, which is under appeal to the Federal Circuit in Case

1. Number 09-1460, is that the Federal Circuit issued its decision on December 21, 2010, affirming the Commission's final determination, but all appeals have not yet been exhausted. In particular, the period for any petitions to the United States Supreme Court for a *writ of certiorari* has not yet run, and at least one defendant in the AMD Case intends to seek such a petition, and;

7. WHEREAS, because a final resolution of ITC's 337-TA-605 investigation, including appeals, is still pending, and therefore the parties in the AMD case, in the Spansion case, and in the Related Cases believe that it would be most efficient to further postpone the case management conference and related activity in the AMD case, the Spansion case, and the Related Cases until approximately November 8, 2011; and

8. WHEREAS, the parties appearing below agree that there would be no prejudice to the parties in moving the case management conference, as that case is currently stayed;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties appearing below through their undersigned respective attorneys of record, based on the foregoing, and subject to the approval of this Court, that:

a. The case management conference currently scheduled for June 7, 2011, at 2:00 p.m. in the AMD case shall be rescheduled for November 8, 2011 at 2:00 p.m., or as soon thereafter as the Court is available;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 24th day of May, 2011.

_____
Honorable Claudia Wilken
United States District Judge

| | |
|---|---|
| Dated: May 23, 2011 |        /s/<br>Gina A. Bibby<br>FOLEY & LARDNER LLP<br>Attorneys for defendants and counter-claimants<br>ADVANCED SEMICONDUCTOR ENGINEERING, INC., ASE TEST LIMITED, and ASE (U.S.) INC. |
| Dated: May 23, 2011 |        /s/<br>Michael Heafey<br>ORRICK, HERRINGTON & SUTCLIFFE<br>Attorneys for defendants and counter-claimants<br>SILICONWARE PRECISION INDUSTRIES CO., LTD. and SILICONWARE U.S.A. |
| Dated: May 23, 2011 |        /s/<br>Elaine Chow<br>K&L GATES LLP<br>Attorneys for defendants and counter-claimants<br>ADVANCED MICRO DEVICES, INC., SPANSION TECHNOLOGY INC., SPANSION INC. and SPANSION LLC |
| Dated: May 23, 2011 |        /s/<br>Joseph Lanser<br>SEYFARTH SHAW<br>Attorneys for defendants and counter-claimants<br>CHIPMOS TECHNOLOGIES INC. and CHIPMOS U.S.A. INC. |
| Dated: May 23, 2011 |        /s/<br>Russell L. Johnson<br>SIDLEY AUSTIN LLP<br>Attorneys for defendants and counter-claimants<br>STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC. |
| Dated: May 23, 2011 |        /s/<br>Michael Franzinger<br>WEIL, GOTSHAL & MANGES LLP<br>Attorneys for defendants and counter-claimants<br>STATS CHIPPAC INC., STATS CHIPPAC LTD and STATS CHIPPAC (BVI) LIMITED |
| Dated: May 23, 2011 |        /s/<br>Trevor Stockinger<br>IRELL & MANELLA LLP<br>Attorneys for plaintiff and counter-defendant<br>TESSERA, INC. |

1  Concurrence in the filing of this document has been obtained from the signatories listed
2  above.

3
4  Dated:  May 23, 2011                    FOLEY & LARDNER LLP

5  _____/s/_____
   Gina A. Bibby
6  Attorneys for defendants and counter-claimants
   ADVANCED SEMICONDUCTOR
7  ENGINEERING, INC., ASE TEST LIMITED, and
   ASE (U.S.) INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE      CASE NO. 4:05-cv-04063-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

SVCA_871654.1