IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., a Delaware corporation; SPANSION, LLC, a Delaware limited liability corporation; SPANSION, INC., a Delaware corporation; SPANSION TECHNOLOGY, INC., a Delaware corporation; ADVANCED SEMICONDUCTOR ENGINEERING, INC., a Republic of China corporation; ASE (U.S.), INC., a California corporation; CHIPMOS TECHNOLOGIES, INC., a Republic of China corporation; CHIPMOS U.S.A., INC., a California corporation; SILICONWARE PRECISION INDUSTRIES CO., LTD., a Republic of China corporation; SILICONWARE USA, INC., a California corporation; STMICROELECTRONICS N.V., a Netherlands corporation; STMICROELECTRONICS, INC., a Delaware corporation; STATS CHIPPAC, INC., a Delaware corporation; STATS CHIPPAC (BVI), INC., a British Virgin Islands company; STATS CHIPPAC, LTD., a Singapore company, <br><br> Defendants. | No. C 05-4063 CW |
| SILICONWARE PRECISION INDUSTRIES CO, LTD; SILICONWARE U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> TESSERA, INC., <br><br> Defendant. | No. C 08-3667 CW |

| | |
|---|---|
| CHIPMOS TECHNOLOGIES, INC.; CHIPMOS U.S.A., INC.; CHIPMOS TECHNOLOGIES (BERMUDA), LTD., <br><br>    Plaintiffs, <br><br>    v. <br><br>TESSERA, INC., <br><br>    Defendant. | No. C 08-3827 CW |
| ADVANCED SEMICONDUCTOR ENGINEERING, INC.; ASE TEST LIMITED; ASE (U.S.), INC., <br><br>    Plaintiffs, <br><br>    v. <br><br>TESSERA, INC., <br><br>    Defendant. | No. C 08-3726 CW |
| SPANSION, INC., et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>TESSERA, INC., <br><br>    Claimant. <br><br>AND ALL RELATED COUNTERCLAIMS | No. C 10-4954 CW <br><br>ORDER DENYING TESSERA, INC.'S ADMINISTRATIVE MOTION TO RE-SET CASE MANAGEMENT CONFERENCE AND CONFIRMING DATE OF CASE MANAGEMENT CONFERENCE <br>(Docket Nos. 925 in 05-4063, 45 in 08-3667, 41 in 08-3827, 32 in 08-3726, and 21 in 10-4954) |

On November 2, 2011, Plaintiff Tessera, Inc. filed an administrative motion, requesting that the Court re-set the case management conference currently scheduled for January 4, 2012 to

2

an earlier date.  Defendants have filed a joint opposition to Plaintiff's motion.  Having considered the papers submitted by the parties, the Court DENIES Plaintiff's motion to re-set the case management conference.

    The case management conference for these related cases is maintained for Wednesday, January 4, 2012, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint case management statement is due by December 28, 2011.

    IT IS SO ORDERED.

Dated: 11/10/2011

CLAUDIA WILKEN
United States District Judge