[COUNSEL OF RECORD LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc.,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>Advanced Micro Devices, Inc., et al.,<br><br>    Defendants and Counter-claimants. | Case No. 4:05-cv-04063-CW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO MEET AND CONFER AND SUBMIT NAMES OF PROPOSED CANDIDATES FOR COURT-APPOINTED EXPERT**<br><br>*Judge: Hon. Claudia Wilken* |
| Siliconware Precision Industries Co., Ltd., and Siliconware U.S.A.,<br><br>    Plaintiffs and Counter-defendants,<br><br>v.<br><br>Tessera, Inc.,<br><br>    Defendant and Counter-claimant. | Case No. 4:08-cv-03667-CW |

16171824.1

| | |
|---|---|
| ChipMOS Technologies Inc., ChipMOS Technologies (Bermuda) Ltd. and ChipMOS U.S.A., Inc., | |
|     Plaintiffs and Counter-defendants, | Case No. 4:08-cv-03827-CW |
| v. | |
| Tessera, Inc., | |
|     Defendant and Counter-claimant. | |
| Advanced Semiconductor Engineering, Inc., ASE Test Limited, and ASE (U.S.) Inc., | |
|     Plaintiffs and Counter-defendants, | Case No. 4:08-cv-03726-CW |
| v. | |
| Tessera, Inc., | |
|     Defendant and Counter-claimant. | |
| Spansion, Inc., et al., | |
|     Plaintiffs, | |
| v. | Case No. 4:10-cv-04954-CW |
| Tessera, Inc., | |
|     Claimant. | |

1    WHEREAS, the Court held a Case Management Conference on January 4, 2012 and issued an Order requiring the parties in the above-referenced cases to meet and confer by January 20, 2012 to select a court-appointed expert and, in the event the parties are unable to agree on such expert, to submit the names of proposed candidates to the Court by February 3, 2012; and

WHEREAS, on December 28, 2011 the defendants in *Tessera, Inc. v. Motorola, Inc., et al.*, Case No. 2:07-cv-143 (E.D. Tex.) ("the Motorola Action") filed a motion to transfer that case to this Court; and

WHEREAS, following the Case Management Conference with this Court, Plaintiff Tessera, Inc. determined not to oppose the motion for transfer of the Motorola Action; and

WHEREAS, the defendants in the Motorola Action wish to participate in the selection of the court-appointed expert and have indicated to Tessera's counsel that, in order to allow their participation, they would support a request to extend by one week the time for the parties in the above-referenced actions to meet and confer regarding the selection of the court-appointed expert; and

WHEREAS, the parties to the present action think that such a one-week extension is reasonable;

NOW, THEREFORE, the parties, by their undersigned attorneys, hereby stipulate to the following schedule, subject to the approval of the Court:

1. The parties shall meet and confer regarding the selection of a court-appointed expert by January 27, 2012, and

2. In the event the parties are not able to reach agreement on a court-appointed expert, the parties shall submit a letter to the Court with the names of proposed candidates by February 10, 2012.

16171824. 1

1

| | | |
|---|---|---|
| 1 | DATED: January 13, 2012 | By: __/s/ Ted G. Dane_____ |

Gregory P. Stone  *gregory.stone.mto.com*
Ted G. Dane  *ted.dane@mto.com*
Katherine K. Huang  *katherine.huang@mto.com*
Andrew Song  *andrew.song@mto.com*
L. Ashley Aull  *ashley.aull@mto.com*
Eric P. Tuttle  *eric.tuttle@mto.com*
**Munger, Tolles & Olson LLP**
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

Fred H. Bartlit, Jr.  *fred.bartlit@bartlit-beck.com*
Eric R. Olson  *eric.olson@bartlit-beck.com*
Sean Grimsley  *sean.grimsley@bartlit-beck.com*
Sundeep (Rob) K. Addy  *rob.addy@bartlit-beck.com*
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

Morgan Chu  *mchu@irell.com*
Aaron H. Cole  *acole@irell.com*
Jonathan Steinberg  *jseinberg@irell.com*
Benjamin Hattenbach  *bhattenbach@irell.com*
Ellison Shelton Turner  *eturner@irell.com*
Nathan N. Lowenstein  *nlowenstein@irell.com*
**Irell & Manella LLP**
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067-4276
Tel: (310) 277-1010
Fax: (310) 203-7199

*Attorneys for Plaintiff and Counter-defendant Tessera, Inc.*

DATED: January 13, 2012     By: _____/s/ Steven J. Rizzi_____
Gina A. Bibby
*gbibby@foley.com*
**Foley & Lardner LLP**
975 Page Mill Road
Palo Alto, CA  94304-1013
Tel: (650) 856-3700
Fax: (650) 856-3710

Steven J. Rizzi
*srizzi@foley.com*
**Foley & Lardner LLP**

16171824. 1

2

```
                                    90 Park Avenue
                                    New York, NY  10016-1314
                                    Tel: (212) 682-7474
                                    Fax: (212) 687-2329

                                    Attorneys for Defendants Advanced Semiconductor Engineering, Inc. and
                                    ASE (U.S.) Inc.

DATED: January 13, 2012    By:         /s/ Elaine Y. Chow
                                    Michael J. Bettinger
                                    mike.bettinger@klgates.com
                                    Timothy P. Walker
                                    timothy.walker@klgates.com
                                    Elaine Y. Chow
                                    elaine.chow@klgates.com
                                    Stephen M. Everett
                                    stephen.everett@klgates.com
                                    K&L Gates LLP
                                    Four Embarcadero Ctr., Ste. 1200
                                    San Francisco, CA 94111
                                    Tel: (415) 882-8200
                                    Fax: (415) 882-8220

                                    Attorneys for Defendants Advanced Micro Devices, Inc., Spansion Inc.,
                                    Spansion Technology LLC, and Spansion LLC

                                    Attorneys for Reorganized Debtors/Plaintiffs Spansion Inc., Spansion
                                    Technology LLC, Cerium Laboratories LLC, and Spansion
                                    International, Inc.

DATED: January 13, 2012    By:         /s/ Michael F. Heafey
                                    Michael F. Heafey
                                    mheafey@orrick.com
                                    Andrew S. Ong
                                    aong@orrick.com
                                    Orrick, Herrington & Sutcliffe LLP
                                    1000 Marsh Road
                                    Menlo Park, CA 94025
                                    Tel: (650) 614-7400
                                    Fax: (650) 614-7401

                                    Attorneys for Defendants Siliconware Precision Industries Co., Ltd. and
                                    Siliconware USA Inc.

DATED: January 13, 2012    By:         /s/ Joseph R. Lanser
                                    Lawrence E. Butler
                                    lbutler@seyfarth.com
                                    Seyfarth Shaw LLP
                                    560 Mission St., Ste. 3100
                                    San Francisco, CA 94105
                                    Tel: (415) 397-2823
                                    Fax: (415) 397-8549
```

16171824. 1

3

|   |   |   |
|---|---|---|
| 1 |  | Alan L. Unikel |
|   |  | *aunikel@seyfarth.com* |
| 2 |  | Joseph R. Lanser |
|   |  | *jlanser@seyfarth.com* |
| 3 |  | Matthew A. Werber |
|   |  | *mwerber@seyfarth.com* |
| 4 |  | **Seyfarth Shaw LLP** |
|   |  | 131 S. Dearborn St., Ste. 2400 |
| 5 |  | Chicago, IL 60603 |
|   |  | Tel: (312) 460-5000 |
| 6 |  | Fax: (312) 460-7000 |
| 7 |  | *Attorneys for Defendants Chipmos U.S.A., Inc., Chipmos Technologies, Inc., and ChipMOS Technologies (Bermuda) Ltd.* |
| 8 | DATED: January 13, 2012 | By:  */s/ Edward V. Anderson* |
|   |  | David L. Anderson |
| 9 |  | *dlanderson@sidley.com* |
|   |  | **Sidley Austin LLP** |
| 10 |  | 555 California St., Ste. 2000 |
|    |  | San Francisco, CA 94104-1715 |
| 11 |  | Tel: (415) 772-1200 |
|    |  | Fax: (415) 772-7400 |
| 12 |  |  |
|    |  | Edward V. Anderson |
| 13 |  | *evanderson@sidley.com* |
|    |  | **Sidley Austin LLP** |
| 14 |  | 1001 Page Mill Road |
|    |  | Bldg. 1 |
| 15 |  | Palo Alto, CA 94304 |
|    |  | Tel: (650) 565-7000 |
| 16 |  | Fax: (650) 565-7100 |
| 17 |  | *Attorneys for Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.* |
| 18 |  |  |
| 19 | DATED: January 13, 2012 | By:   */s/ Steven S. Cherensky* |
|    |  | Matthew D. Powers |
| 20 |  | *matthew.powers@tensegritylawgroup.com* |
|    |  | Steven S. Cherensky |
| 21 |  | *steven.cherensky@tensegritylawgroup.com* |
|    |  | Azra M. Hadzimehmedovic |
| 22 |  | *azra@tensegritylawgroup.com* |
|    |  | Stefani Smith |
| 23 |  | *stefani.smith@tensegritylawgroup.com* |
|    |  | **Tensegrity Law Group LLP** |
| 24 |  | 555 Twin Dolphin Drive, Suite 360 |
|    |  | Redwood Shores, CA 94065 |
| 25 |  | Tel: (650) 802-6000 |
|    |  | Fax: (650) 802-6001 |
| 26 |  | *Attorneys for Defendants Stats Chippac Ltd., Stats Chippac, Inc., Stats Chippac (BVI) Limited* |
| 27 |  |  |
| 28 | 16171824. 1 |  |

1
2
3   **IT IS SO ORDERED.**
4
5   Dated: 1/17/2012
6                                                   _____
                                                    Honorable Claudia Wilken
                                                    United States District Court Judge
7
...
28  16171824. 1

5

Filer's Attestation

I, Ted G. Dane, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO MEET AND CONFER AND SUBMIT NAMES OF PROPOSED CANDIDATES FOR COURT-APPOINTED EXPERT.** In compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

DATED: January 13, 2012

/s/ Ted G. Dane

16171824.1

6

STIPULATION AND [PROPOSED] ORDER<br/>Case No. C 05-4063 CW and related cases