[COUNSEL OF RECORD LISTED ON SIGNATURE PAGE]

1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc.,<br><br>     Plaintiff and Counter-defendant,<br><br>v.<br><br>Advanced Micro Devices, Inc., et al.,<br><br>     Defendants and Counter-claimants. | Case No. 4:05-cv-04063-CW<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO SELECT A SINGLE ATTORNEY AS DEFENDANTS' LIAISON TO DR. DAUSKARDT AND THE COURT**<br><br><br>Judge: Hon. Claudia Wilken |
| Siliconware Precision Industries Co., Ltd., and Siliconware U.S.A.,<br><br>     Plaintiffs and Counter-defendants,<br><br>v.<br><br>Tessera, Inc.,<br><br>     Defendant and Counter-claimant. | Case No. 4:08-cv-03667-CW |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16171824.1

| | |
|---|---|
| ChipMOS Technologies Inc., ChipMOS Technologies (Bermuda) Ltd. and ChipMOS U.S.A., Inc.,<br><br>     Plaintiffs and Counter-defendants,<br><br>v.<br><br>Tessera, Inc.,<br><br>     Defendant and Counter-claimant. | Case No. 4:08-cv-03827-CW |
| Advanced Semiconductor Engineering, Inc., ASE Test Limited, and ASE (U.S.) Inc.,<br><br>     Plaintiffs and Counter-defendants,<br><br>v.<br><br>Tessera, Inc.,<br><br>     Defendant and Counter-claimant. | Case No. 4:08-cv-03726-CW |
| Spansion, Inc., et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>Tessera, Inc.,<br><br>     Claimant. | Case No. 4:10-cv-04954-CW |
| Tessera, Inc.,<br><br>     Plaintiff,<br><br>v.<br><br>Motorola, Inc., et al.,<br><br>     Defendants. | Case Nol 5:12-cv-00692-CW |
| Powertech Technology Inc.<br><br>     Plaintiff,<br><br>v.<br><br>Tessera, Inc.,<br><br>     Defendant. | Case No. 4:10-cv-00945-CW |

16171824.1

STIPULATION AND [PROPOSED] ORDER
Case No. C 05-4063 CW and related cases

1      WHEREAS, the Court on April 9, 2012 issued an Order Concerning Duties and

2  Instructions for Court-Appointed Expert Dr. Reinhold Dauskardt and Granting

3  Stipulation of Parties to Change Deadline for Submission of Expert Report ("Order");

4  and

5      WHEREAS, the Order directs the Defendants to select a single attorney to serve

6  as Defendants' liaison to Dr. Dauskardt and the Court to arrange communications with

7  Dr. Dauskardt;

8      NOW, THEREFORE, the Defendants, by their undersigned attorneys, hereby

9  stipulate that their liaison, subject to the approval of the Court, shall be:

10          Elaine Y. Chow
            K&L Gates LLP
11          4 Embarcadero Center, Suite 1200
            San Francisco, CA 9411
12          (415) 882-8008
            elaine.chow@klgates.com
13
            .
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   DATED: April 16, 2012          By:___/s/ *Michael J. Bettinger*_____
                                        Michael J. Bettinger
2                                       *mike.bettinger@klgates.com*
                                        Timothy P. Walker
3                                       *timothy.walker@klgates.com*
                                        Elaine Y. Chow
4                                       *elaine.chow@klgates.com*
                                        Stephen M. Everett
5                                       *stephen.everett@klgates.com*
                                        **K&L Gates LLP**
6                                       Four Embarcadero Ctr., Ste. 1200
                                        San Francisco, CA 94111
7                                       Tel: (415) 882-8200
                                        Fax: (415) 882-8220
8
                                        *Attorneys for Defendants Advanced Micro Devices, Inc., ATI*
9                                       *Technologies ULC, Spansion Inc., Spansion Technology LLC,*
                                        *and Spansion LLC*
10
                                        *Attorneys for Reorganized Debtors/Plaintiffs Spansion Inc.,*
11                                      *Spansion Technology LLC, Cerium Laboratories LLC, and*
                                        *Spansion International, Inc.*
12
13   DATED: April 16, 2012          By:___/s/ *Michael F. Heafey*_____
                                        Michael F. Heafey
14                                      *mheafey@orrick.com*
                                        Andrew S. Ong
15                                      *aong@orrick.com*
                                        **Orrick, Herrington & Sutcliffe LLP**
16                                      1000 Marsh Road
                                        Menlo Park, CA 94025
17                                      Tel: (650) 614-7400
                                        Fax: (650) 614-7401
18
                                        *Attorneys for Defendants Siliconware Precision Industries*
19                                      *Co., Ltd. and Siliconware USA Inc.*
20   DATED: April 16, 2012          By:___/s/ *Lawrence E. Butler*_____
                                        Lawrence E. Butler
21                                      *lbutler@seyfarth.com*
                                        **Seyfarth Shaw LLP**
22                                      560 Mission St., Ste. 3100
                                        San Francisco, CA 94105
23                                      Tel: (415) 397-2823
                                        Fax: (415) 397-8549
24
                                        Alan L. Unikel
25                                      *aunikel@seyfarth.com*
                                        Joseph R. Lanser
26                                      *jlanser@seyfarth.com*
                                        Matthew A. Werber
27                                      *mwerber@seyfarth.com*
                                        **Seyfarth Shaw LLP**
28

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. C 05-4063 CW and related cases

131 S. Dearborn St., Ste. 2400
Chicago, IL 60603
Tel: (312) 460-5000
Fax: (312) 460-7000

*Attorneys for Defendants Chipmos U.S.A., Inc., Chipmos Technologies, Inc., and ChopMOS Technologies (Bermuda) Ltd.*

DATED: April 16, 2012          By: /s/ *David L. Anderson*
David L. Anderson
*dlanderson@sidley.com*
**Sidley Austin LLP**
555 California St., Ste. 2000
San Francisco, CA 94104-1715
Tel: (415) 772-1200
Fax: (415) 772-7400

Edward V. Anderson
*evanderson@sidley.com*
**Sidley Austin LLP**
1001 Page Mill Road
Bldg. 1
Palo Alto, CA 94304
Tel: (650) 565-7000
Fax: (650) 565-7100

*Attorneys for Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.*

DATED: April 16, 2012          By: /s/ *Matthew D. Powers*
Matthew D. Powers
*matthew.powers@tensegritylawgroup.com*
Steven S. Cherensky
*steven.cherensky@tensegritylawgroup.com*
Azra M. Hadzimehmedovic
*azra@tensegritylawgroup.com*
Stefani Smith
*stefani.smith@tensegritylawgroup.com*
**Tensegrity Law Group LLP**
201 Redwood Shores Pkwy., Ste. 401
Redwood Shores, CA 94065-1175
Tel: (650) 802-6000
Fax: (650) 802-6001

*Attorneys for Defendants Stats Chippac Ltd., Stats Chippac, Inc., Stats Chippac (BVI) Limited, Advanced Semiconductor Engineering, Inc. and ASE (U.S.) Inc.*

STIPULATION AND [PROPOSED] ORDER
Case No. C 05-4063 CW and related cases

Dated: April 16, 2012

By:     /s *David H. Dolkas*
        TERRENCE P. MCMAHON (SBN: 071910)
        tmcmahon@mwe.com
        DAVID H. DOLKAS (SBN: 111080)
        ddolkas@mwe.com
        DAVID L. LARSON (SBN: 112342)
        dlarson@mwe.com
        TERRY W. AHEARN (SBN: 216543)
        tahearn@mwe.com
        McDERMOTT WILL & EMERY LLP
        275 Middlefield Road, Suite 100
        Menlo Park, CA  94025-4004
        Telephone:     +1 650 815 7400
        Facsimile:     +1 650 815 7401

        DANIEL R. FOSTER (SBN: 179753)
        dfoster@mwe.com
        McDERMOTT WILL & EMERY LLP
        4 Park Plaza, Suite 1700
        Irvine, CA  92614
        Telephone:  +1 949 851 0633
        Facsimile:  +1 949 851 9348

        *Attorneys for Defendant*
        *QUALCOMM, INC*

DATED: April 16, 2012     By:     /s/ *Gregory L. Lippetz*
        Gregory L. Lippetz (State Bar No. 154228)
        JONES DAY
        Silicon Valley Office
        1755 Embarcadero Road
        Palo Alto, CA  94303
        Telephone:     (650) 739-3939
        Facsimile:     (650) 739-3900

        Blaney Harper (Admission *Pro Hac Vice* Pending)
        bharper@jonesday.com
        JONES DAY
        51 Louisiana Avenue, N.W.
        Washington, DC  20001
        Telephone:     (202) 879-3939
        Facsimile:     (202) 626-1700

        *Attorneys for Defendant*
        *Freescale Semiconductor Inc.*

STIPULATION AND [PROPOSED] ORDER
Case No. C 05-4063 CW and related cases

1     DATED: April 16, 2012     By:     /s/ *George C. Beck*

2                                   George C. Beck
                                     Matthew B. Lowrie

3                                     Gina A. Bibby
                                     Michael R. Houston

4
                                     *Attorneys for Plaintiff*
                                     *Powertech Technology, Inc.*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. C 05-4063 CW and related cases

1    **IT IS SO ORDERED.**

2

3    Dated:      4/23/2012

4                                                           Honorable Claudia Wilken
                                                     United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. C 05-4063 CW and related cases

1

<u>Filer's Attestation</u>

2

I, , am the ECF user whose identification and password are being used to

3

file this **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

4

**TO MEET AND CONFER AND SUBMIT NAMES OF PROPOSED CANDIDATES**

5

**FOR COURT-APPOINTED EXPERT.**  In compliance with General Order 45.X.B., I

6

hereby attest that the above-named signatories concur in this filing.

7

DATED:  April 16, 2012

8

         /s/ *Michael J. Bettinger*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~[PROPOSED]~~ ORDER
Case No. C 05-4063 CW and related cases