[COUNSEL OF RECORD LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc.,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>Advanced Micro Devices, Inc., et al.,<br><br>    Defendants and Counter-claimants. | Case No. 4:05-cv-04063-CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO SELECT A SINGLE ATTORNEY AS DEFENDANTS' LIAISON TO DR. DAUSKARDT AND THE COURT**<br><br>Judge: Hon. Claudia Wilken |
| Siliconware Precision Industries Co., Ltd., and Siliconware U.S.A.,<br><br>    Plaintiffs and Counter-defendants,<br><br>v.<br><br>Tessera, Inc.,<br><br>    Defendant and Counter-claimant. | Case No. 4:08-cv-03667-CW |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | ChipMOS Technologies Inc., ChipMOS Technologies (Bermuda) Ltd. and ChipMOS U.S.A., Inc.,<br>    Plaintiffs and Counter-defendants,<br>v.<br>Tessera, Inc.,<br>    Defendant and Counter-claimant. | Case No. 4:08-cv-03827-CW |
| 6<br>7<br>8<br>9<br>10<br>11 | Advanced Semiconductor Engineering, Inc., ASE Test Limited, and ASE (U.S.) Inc.,<br>    Plaintiffs and Counter-defendants,<br>v.<br>Tessera, Inc.,<br>    Defendant and Counter-claimant. | Case No. 4:08-cv-03726-CW |
| 12<br>13<br>14<br>15 | Spansion, Inc., et al.,<br>    Plaintiffs,<br>v.<br>Tessera, Inc.,<br>    Claimant. | Case No. 4:10-cv-04954-CW |
| 16<br>17<br>18<br>19<br>20 | Tessera, Inc.,<br>    Plaintiff,<br>v.<br>Motorola, Inc., et al.,<br>    Defendants. | Case NoI 5:12-cv-00692-CW |
| 21<br>22<br>23<br>24 | Powertech Technology Inc.<br>    Plaintiff,<br>v.<br>Tessera, Inc.,<br>    Defendant. | Case No. 4:10-cv-00945-CW |

16171824.1

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. C 05-4063 CW and related cases

1  WHEREAS, the Court on April 9, 2012 issued an Order Concerning Duties and
2  Instructions for Court-Appointed Expert Dr. Reinhold Dauskardt and Granting
3  Stipulation of Parties to Change Deadline for Submission of Expert Report ("Order");
4  and
5  WHEREAS, the Order directs the Defendants to select a single attorney to serve
6  as Defendants' liaison to Dr. Dauskardt and the Court to arrange communications with
7  Dr. Dauskardt;
8  NOW, THEREFORE, the Defendants, by their undersigned attorneys, hereby
9  stipulate that their liaison, subject to the approval of the Court, shall be:

> Elaine Y. Chow
> K&L Gates LLP
> 4 Embarcadero Center, Suite 1200
> San Francisco, CA 9411
> (415) 882-8008
> elaine.chow@klgates.com
>
> .

| | | |
|---|---|---|
| 1 | DATED: April 16, 2012 | By:___/s/ *Michael J. Bettinger*_____ |
| 2 | | Michael J. Bettinger |
| | | *mike.bettinger@klgates.com* |
| 3 | | Timothy P. Walker |
| | | *timothy.walker@klgates.com* |
| 4 | | Elaine Y. Chow |
| | | *elaine.chow@klgates.com* |
| 5 | | Stephen M. Everett |
| | | *stephen.everett@klgates.com* |
| 6 | | **K&L Gates LLP** |
| | | Four Embarcadero Ctr., Ste. 1200 |
| 7 | | San Francisco, CA 94111 |
| | | Tel: (415) 882-8200 |
| | | Fax: (415) 882-8220 |

*Attorneys for Defendants Advanced Micro Devices, Inc., ATI Technologies ULC, Spansion Inc., Spansion Technology LLC, and Spansion LLC*

*Attorneys for Reorganized Debtors/Plaintiffs Spansion Inc., Spansion Technology LLC, Cerium Laboratories LLC, and Spansion International, Inc.*

DATED: April 16, 2012         By:__/s/ *Michael F. Heafey*_____
                              Michael F. Heafey
                              *mheafey@orrick.com*
                              Andrew S. Ong
                              *aong@orrick.com*
                              **Orrick, Herrington & Sutcliffe LLP**
                              1000 Marsh Road
                              Menlo Park, CA 94025
                              Tel: (650) 614-7400
                              Fax: (650) 614-7401

*Attorneys for Defendants Siliconware Precision Industries Co., Ltd. and Siliconware USA Inc.*

DATED: April 16, 2012         By:__/s/ *Lawrence E. Butler*_____
                              Lawrence E. Butler
                              *lbutler@seyfarth.com*
                              **Seyfarth Shaw LLP**
                              560 Mission St., Ste. 3100
                              San Francisco, CA 94105
                              Tel: (415) 397-2823
                              Fax: (415) 397-8549

                              Alan L. Unikel
                              *aunikel@seyfarth.com*
                              Joseph R. Lanser
                              *jlanser@seyfarth.com*
                              Matthew A. Werber
                              *mwerber@seyfarth.com*
                              **Seyfarth Shaw LLP**

| | | |
|---|---|---|
| 1 | | 131 S. Dearborn St., Ste. 2400 |
| | | Chicago, IL 60603 |
| 2 | | Tel: (312) 460-5000 |
| | | Fax: (312) 460-7000 |
| 3 | | |
| | | *Attorneys for Defendants Chipmos U.S.A., Inc., Chipmos Technologies, Inc., and ChopMOS Technologies (Bermuda) Ltd.* |
| 4 | | |
| 5 | DATED: April 16, 2012 | By: /s/ *David L. Anderson* |
| | | David L. Anderson |
| 6 | | dlanderson@sidley.com |
| | | **Sidley Austin LLP** |
| 7 | | 555 California St., Ste. 2000 |
| | | San Francisco, CA 94104-1715 |
| 8 | | Tel: (415) 772-1200 |
| | | Fax: (415) 772-7400 |
| 9 | | |
| | | Edward V. Anderson |
| 10 | | evanderson@sidley.com |
| | | **Sidley Austin LLP** |
| 11 | | 1001 Page Mill Road |
| | | Bldg. 1 |
| 12 | | Palo Alto, CA 94304 |
| | | Tel: (650) 565-7000 |
| 13 | | Fax: (650) 565-7100 |
| 14 | | |
| | | *Attorneys for Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.* |
| 15 | | |
| 16 | DATED: April 16, 2012 | By: /s/ *Matthew D. Powers* |
| | | Matthew D. Powers |
| | | *matthew.powers@tensegritylawgroup.com* |
| 17 | | Steven S. Cherensky |
| | | *steven.cherensky@tensegritylawgroup.com* |
| 18 | | Azra M. Hadzimehmedovic |
| | | *azra@tensegritylawgroup.com* |
| 19 | | Stefani Smith |
| | | *stefani.smith@tensegritylawgroup.com* |
| 20 | | **Tensegrity Law Group LLP** |
| | | 201 Redwood Shores Pkwy., Ste. 401 |
| 21 | | Redwood Shores, CA 94065-1175 |
| | | Tel: (650) 802-6000 |
| 22 | | Fax: (650) 802-6001 |
| 23 | | |
| | | *Attorneys for Defendants Stats Chippac Ltd., Stats Chippac, Inc., Stats Chippac (BVI) Limited, Advanced Semiconductor Engineering, Inc. and ASE (U.S.) Inc.* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER
Case No. C 05-4063 CW and related cases

| | | |
|---|---|---|
| Dated: April 16, 2012 | By: | /s *David H. Dolkas* |
| | | TERRENCE P. MCMAHON (SBN: 071910) |
| | | tmcmahon@mwe.com |
| | | DAVID H. DOLKAS (SBN: 111080) |
| | | ddolkas@mwe.com |
| | | DAVID L. LARSON (SBN: 112342) |
| | | dlarson@mwe.com |
| | | TERRY W. AHEARN (SBN: 216543) |
| | | tahearn@mwe.com |
| | | McDERMOTT WILL & EMERY LLP |
| | | 275 Middlefield Road, Suite 100 |
| | | Menlo Park, CA  94025-4004 |
| | | Telephone:    +1 650 815 7400 |
| | | Facsimile:    +1 650 815 7401 |
| | | |
| | | DANIEL R. FOSTER (SBN: 179753) |
| | | dfoster@mwe.com |
| | | McDERMOTT WILL & EMERY LLP |
| | | 4 Park Plaza, Suite 1700 |
| | | Irvine, CA  92614 |
| | | Telephone: +1 949 851 0633 |
| | | Facsimile: +1 949 851 9348 |
| | | |
| | | *Attorneys for Defendant* |
| | | *QUALCOMM, INC* |
| DATED: April 16, 2012 | By: | /s/ *Gregory L. Lippetz* |
| | | Gregory L. Lippetz (State Bar No. 154228) |
| | | JONES DAY |
| | | Silicon Valley Office |
| | | 1755 Embarcadero Road |
| | | Palo Alto, CA  94303 |
| | | Telephone:    (650) 739-3939 |
| | | Facsimile:    (650) 739-3900 |
| | | |
| | | Blaney Harper (Admission *Pro Hac Vice* Pending) |
| | | bharper@jonesday.com |
| | | JONES DAY |
| | | 51 Louisiana Avenue, N.W. |
| | | Washington, DC  20001 |
| | | Telephone:    (202) 879-3939 |
| | | Facsimile:    (202) 626-1700 |
| | | |
| | | *Attorneys for Defendant* |
| | | *Freescale Semiconductor Inc.* |

| | | | |
|---|---|---|---|
| 1 | DATED: April 16, 2012 | By: | /s/ *George C. Beck* |
| 2 | | | George C. Beck |
| | | | Matthew B. Lowrie |
| 3 | | | Gina A. Bibby |
| | | | Michael R. Houston |
| 4 | | | |
| | | | *Attorneys for Plaintiff* |
| 5 | | | *Powertech Technology, Inc.* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **IT IS SO ORDERED.**

2

3   Dated:  4/23/2012

   _____
4   Honorable Claudia Wilken
    United States District Court Judge

| | |
|---|---|
| 1 | <div align="center">Filer's Attestation</div> |
| 2 | I, , am the ECF user whose identification and password are being used to |
| 3 | file this **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |
| 4 | **TO MEET AND CONFER AND SUBMIT NAMES OF PROPOSED CANDIDATES** |
| 5 | **FOR COURT-APPOINTED EXPERT.**  In compliance with General Order 45.X.B., I |
| 6 | hereby attest that the above-named signatories concur in this filing. |
| 7 | DATED:  April 16, 2012 |
| 8 | |
| 9 | /s/ *Michael J. Bettinger* |