IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation; SPANSION, LLC, a Delaware limited liability corporation; SPANSION, INC., a Delaware corporation; SPANSION TECHNOLOGY, INC., a Delaware corporation; ADVANCED SEMICONDUCTOR ENGINEERING, INC., a Republic of China corporation; ASE (U.S.), INC., a California corporation; CHIPMOS TECHNOLOGIES, INC., a Republic of China corporation; CHIPMOS U.S.A., INC., a California corporation; SILICONWARE PRECISION INDUSTRIES CO., LTD., a Republic of China corporation; SILICONWARE USA, INC., a California corporation; STMICROELECTRONICS N.V., a Netherlands corporation; STMICROELECTRONICS, INC., a Delaware corporation; STATS CHIPPAC, INC., a Delaware corporation; STATS CHIPPAC (BVI), INC., a British Virgin Islands company; STATS CHIPPAC, LTD., a Singapore company,<br><br>　　　　Defendants.<br>_____/ | No. C 05-4063 CW<br><br>ORDER APPOINTING COURT EXPERT |
| SILICONWARE PRECISION INDUSTRIES CO, LTD; SILICONWARE U.S.A., INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESSERA, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 08-3667 CW |

|  |  |
|---|---|
| CHIPMOS TECHNOLOGIES, INC.; CHIPMOS U.S.A., INC.; CHIPMOS TECHNOLOGIES (BERMUDA), LTD., <br><br>    Plaintiffs, <br><br>  v. <br><br>TESSERA, INC., <br><br>    Defendant. | No. C 08-3827 CW |
| ADVANCED SEMICONDUCTOR ENGINEERING, INC.; ASE TEST LIMITED; ASE (U.S.), INC., <br><br>    Plaintiffs, <br><br>  v. <br><br>TESSERA, INC., <br><br>    Defendant. | No. C 08-3726 CW |
| SPANSION, INC., et al., <br><br>    Plaintiffs, <br><br>  v. <br><br>TESSERA, INC., <br><br>    Claimant. | No. C 10-4954 CW |
| POWERTECH TECHNOLOGY INC., <br><br>    Plaintiff, <br><br>  v. <br><br>TESSERA, INC., <br><br>    Defendant. | No. C 10-945 CW |

|   |   |
|---|---|
| POWERTECH TECHNOLOGY INC., | No. C 11-6121 CW |
| Plaintiff, | |
| v. | |
| TESSERA, INC., | |
| Defendant. | |
| _____/ | |
| TESSERA, INC., | No. C 12-692 CW |
| Plaintiff, | |
| v. | |
| QUALCOMM, INC.; FREESCALE SEMICONDUCTOR, INC.; ATI TECHNOLOGIES, ULC, | |
| Defendants. | |
| _____/ | |
| AND ALL RELATED COUNTERCLAIMS _____/ | |

Having received his consent, the Court hereby APPOINTS Dr. Reinhold Dauskardt to serve as the Court's Expert Witness in the above-captioned cases. As agreed by Tessera and Dr. Dauskardt, the Court further ORDERS that: (1) Tessera shall not retain Dr. Dauskardt for any consulting work during the pendency of this litigation; and (2) Tessera shall not object to Dr. Dauskardt's taking on consulting engagements with the Defendants unrelated to the subject matter of the patents-in-suit, provided that the fact and terms of any such engagement may be disclosed to both Tessera, Inc. and the finder of fact.

IT IS SO ORDERED.

Dated: 5/10/2012

CLAUDIA WILKEN
United States District Judge

3