IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation; SPANSION, LLC, a Delaware limited liability corporation; SPANSION, INC., a Delaware corporation; SPANSION TECHNOLOGY, INC., a Delaware corporation; ADVANCED SEMICONDUCTOR ENGINEERING, INC., a Republic of China corporation; ASE (U.S.), INC., a California corporation; CHIPMOS TECHNOLOGIES, INC., a Republic of China corporation; CHIPMOS U.S.A., INC., a California corporation; SILICONWARE PRECISION INDUSTRIES CO., LTD., a Republic of China corporation; SILICONWARE USA, INC., a California corporation; STMICROELECTRONICS N.V., a Netherlands corporation; STMICROELECTRONICS, INC., a Delaware corporation; STATS CHIPPAC, INC., a Delaware corporation; STATS CHIPPAC (BVI), INC., a British Virgin Islands company; STATS CHIPPAC, LTD., a Singapore company,<br><br>    Defendants.<br>_____/ | No. C 05-4063 CW<br><br>ORDER APPOINTING COURT EXPERT |
| SILICONWARE PRECISION INDUSTRIES CO, LTD; SILICONWARE U.S.A., INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TESSERA, INC.,<br><br>    Defendant.<br>_____/ | No. C 08-3667 CW |

```
 1  CHIPMOS TECHNOLOGIES, INC.;                No. C 08-3827 CW
    CHIPMOS U.S.A., INC.; CHIPMOS
 2  TECHNOLOGIES (BERMUDA), LTD.,

 3           Plaintiffs,

 4       v.

 5  TESSERA, INC.,

 6           Defendant.
    _____/
 7
    ADVANCED SEMICONDUCTOR                     No. C 08-3726 CW
 8  ENGINEERING, INC.; ASE TEST
    LIMITED; ASE (U.S.), INC.,
 9
             Plaintiffs,
10
         v.
11
    TESSERA, INC.,
12
             Defendant.
13  _____/

14  SPANSION, INC.,  et al.,                   No. C 10-4954 CW

15           Plaintiffs,

16       v.

17  TESSERA, INC.,

18           Claimant.
    _____/
19
    POWERTECH TECHNOLOGY INC.,                 No. C 10-945 CW
20
             Plaintiff,
21
         v.
22
    TESSERA, INC.,
23
             Defendant.
24
    _____/
25

26

27

28

                            2
```

**United States District Court**
For the Northern District of California

|    |                                                                 |               |
|----|-----------------------------------------------------------------|---------------|
| 1  | POWERTECH TECHNOLOGY INC.,                                      | No. C 11-6121 CW |
| 2  |     Plaintiff,                              |               |
| 3  |   v.                                                  |               |
| 4  | TESSERA, INC.,                                                  |               |
| 5  |     Defendant.                              |               |
| 6  | _____/                               |               |
| 7  | TESSERA, INC.,                                                  | No. C 12-692 CW |
| 8  |     Plaintiff,                              |               |
| 9  |   v.                                                  |               |
| 10 | QUALCOMM, INC.; FREESCALE SEMICONDUCTOR, INC.; ATI TECHNOLOGIES, ULC, |         |
| 12 |     Defendants.                             |               |
| 13 | _____/                               |               |
| 14 | AND ALL RELATED COUNTERCLAIMS                                   |               |
| 15 | _____/                               |               |

    Having received his consent, the Court hereby APPOINTS Dr. Reinhold Dauskardt to serve as the Court's Expert Witness in the above-captioned cases. As agreed by Tessera and Dr. Dauskardt, the Court further ORDERS that: (1) Tessera shall not retain Dr. Dauskardt for any consulting work during the pendency of this litigation; and (2) Tessera shall not object to Dr. Dauskardt's taking on consulting engagements with the Defendants unrelated to the subject matter of the patents-in-suit, provided that the fact and terms of any such engagement may be disclosed to both Tessera, Inc. and the finder of fact.

    IT IS SO ORDERED.

Dated: 5/10/2012

CLAUDIA WILKEN
United States District Judge

3