**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., | No. C 05-4063 CW |
| Plaintiff, | ORDER REGARDING COURT EXPERT |
| v. | |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation; SPANSION, LLC, a Delaware limited liability corporation; SPANSION, INC., a Delaware corporation; SPANSION TECHNOLOGY, INC., a Delaware corporation; ADVANCED SEMICONDUCTOR ENGINEERING, INC., a Republic of China corporation; ASE (U.S.), INC., a California corporation; CHIPMOS TECHNOLOGIES, INC., a Republic of China corporation; CHIPMOS U.S.A., INC., a California corporation; SILICONWARE PRECISION INDUSTRIES CO., LTD., a Republic of China corporation; SILICONWARE USA, INC., a California corporation; STMICROELECTRONICS N.V., a Netherlands corporation; STMICROELECTRONICS, INC., a Delaware corporation; STATS CHIPPAC, INC., a Delaware corporation; STATS CHIPPAC (BVI), INC., a British Virgin Islands company; STATS CHIPPAC, LTD., a Singapore company, | |
| Defendants. | |
| SILICONWARE PRECISION INDUSTRIES CO, LTD; SILICONWARE U.S.A., INC., | No. C 08-3667 CW |
| Plaintiffs, | |
| v. | |
| TESSERA, INC., | |
| Defendant. | |

**United States District Court**
For the Northern District of California

| | |
|---|---|
| CHIPMOS TECHNOLOGIES, INC.; CHIPMOS U.S.A., INC.; CHIPMOS TECHNOLOGIES (BERMUDA), LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TESSERA, INC., <br><br> Defendant. | No. C 08-3827 CW |
| ADVANCED SEMICONDUCTOR ENGINEERING, INC.; ASE TEST LIMITED; ASE (U.S.), INC., <br><br> Plaintiffs, <br><br> v. <br><br> TESSERA, INC., <br><br> Defendant. | No. C 08-3726 CW |
| SPANSION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TESSERA, INC., <br><br> Claimant. | No. C 10-4954 CW |
| POWERTECH TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> TESSERA, INC., <br><br> Defendant. | No. C 10-945 CW |

2

**United States District Court**
For the Northern District of California

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> TESSERA, INC., <br><br> Defendant. | No. C 11-6121 CW |

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM, INC.; FREESCALE SEMICONDUCTOR, INC.; ATI TECHNOLOGIES, ULC, <br><br> Defendants. <br><br> AND ALL RELATED COUNTERCLAIMS | No. C 12-692 CW |

The Court notes that one name was inadvertently omitted from the list of parties and attorneys that was attached to the Court's April 9, 2012 Order Concerning Duties and Instructions for the Court-Appointed Expert, that of party Powertech Technology, Inc.

Thus, the Court asks Dr. Dauskardt to confirm by signing and returning the attached form that he has no conflict of interest, with respect to Powertech Technology, Inc., that has not already been disclosed to the parties.

IT IS SO ORDERED.

Dated: 5/16/2012

CLAUDIA WILKEN
United States District Judge

ACKNOWLEDGMENT

I affirm that I have disclosed truthfully to the parties all potential conflicts of interest that I may have to the best of my knowledge, with respect to Powertech Technology, Inc.

Dated: 5/31/12

DR. REINHOLD DAUSKARDT