United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

      Plaintiff,

   v.

ADVANCED MICRO DEVICES, INC., a
Delaware corporation; SPANSION,
LLC, a Delaware limited liability
corporation; SPANSION, INC., a
Delaware corporation; SPANSION
TECHNOLOGY, INC., a Delaware
corporation; ADVANCED
SEMICONDUCTOR ENGINEERING, INC.,
a Republic of China corporation;
ASE (U.S.), INC., a California
corporation; CHIPMOS
TECHNOLOGIES, INC., a Republic of
China corporation; CHIPMOS
U.S.A., INC., a California
corporation; SILICONWARE
PRECISION INDUSTRIES CO., LTD., a
Republic of China corporation;
SILICONWARE USA, INC., a
California corporation;
STMICROELECTRONICS N.V., a
Netherlands corporation;
STMICROELECTRONICS, INC., a
Delaware corporation; STATS
CHIPPAC, INC., a Delaware
corporation; STATS CHIPPAC (BVI),
INC., a British Virgin Islands
company; STATS CHIPPAC, LTD., a
Singapore company,

      Defendants.
_____/

SILICONWARE PRECISION INDUSTRIES
CO, LTD; SILICONWARE U.S.A.,
INC.,

      Plaintiffs,

   v.

TESSERA, INC.,

      Defendant.
_____/

No. C 05-4063 CW

ORDER MODIFYING
BRIEFING SCHEDULE
FOR LICENSE-BASED
SUMMARY JUDGMENT
MOTIONS

No. C 08-3667 CW

**United States District Court**
For the Northern District of California

1  CHIPMOS TECHNOLOGIES, INC.;                    No. C 08-3827 CW
2  CHIPMOS U.S.A., INC.; CHIPMOS
   TECHNOLOGIES (BERMUDA), LTD.,
3
              Plaintiffs,
4
         v.
5
   TESSERA, INC.,
6
              Defendant.
7  _____/

8  ADVANCED SEMICONDUCTOR                          No. C 08-3726 CW
   ENGINEERING, INC.; ASE TEST
9  LIMITED; ASE (U.S.), INC.,

10             Plaintiffs,

11        v.

12 TESSERA, INC.,

13             Defendant.
   _____/

14 SPANSION, INC.,  et al.,                        No. C 10-4954 CW

15             Plaintiffs,

16        v.

17 TESSERA, INC.,

18             Claimant.
   _____/

19
20 POWERTECH TECHNOLOGY INC.,                      No. C 10-945 CW

21             Plaintiff,

22        v.

23 TESSERA, INC.,

24             Defendant.

25 _____/

26

27

28

POWERTECH TECHNOLOGY INC.,                    No. C 11-6121 CW

      Plaintiff,

   v.

TESSERA, INC.,

      Defendant.

_____/

TESSERA, INC.,                                No. C 12-692 CW

      Plaintiff,

   v.

QUALCOMM, INC.; FREESCALE
SEMICONDUCTOR, INC.; ATI
TECHNOLOGIES, ULC,

      Defendants.

_____/

AND ALL RELATED COUNTERCLAIMS
_____/

    Having considered Powertech Technology, Inc.'s motion for clarification, the Court finds good cause to revise the current briefing schedule on the license-based summary judgment motions in the above-captioned cases to allow for cross-motions for summary judgment.  Accordingly, the Court sets the following schedule:

| Event | Date |
|---|---|
| Deadline for Defendants[1] to file their license-based motions for summary judgment.<br><br>To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants, with separate sections to address individual differences as needed. | Thursday, July 19, 2012 |

---

   [1] In this Order, the Court uses the term Defendants to refer to the parties opposing Tessera, Inc. in each case.

United States District Court
For the Northern District of California

| | |
|---|---|
| Deadline for Tessera, Inc. to file its license-based cross-motion for summary judgment, if any, and opposition to Defendants' motions.<br><br>Tessera, Inc. shall address these matters in a single brief. | Thursday, August 9, 2012 |
| Deadline for Defendants to file their replies in support of their motions for summary judgment and their opposition to Tessera, Inc.'s cross-motion.<br><br>The reply and opposition shall be addressed in the same brief.  To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants, with separate sections as needed. | Thursday, August 23, 2012 |
| Deadline for Tessera, Inc. to file its reply in support of its cross-motion. | Thursday, August 30, 2012 |
| Hearing on license-based motions for summary judgment | Thursday, September 20, 2012 at 2:00 p.m. |

The Court will entertain a stipulation to change the briefing schedule, provided that the parties maintain the same schedule in all of the above-captioned cases, that opposing briefs are filed in series as described above, not contemporaneously, with as little repetition as possible, and that the parties' briefing is completed at least three weeks prior to the hearing date.

This Order resolves Docket No. 104 in Case No. 11-6121.

IT IS SO ORDERED.


Dated:  6/15/2012

CLAUDIA WILKEN
United States District Judge

4