IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., | No. C 05-4063 CW |
| Plaintiff, | ORDER MODIFYING BRIEFING SCHEDULE FOR LICENSE-BASED SUMMARY JUDGMENT MOTIONS |
| v. | |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation; SPANSION, LLC, a Delaware limited liability corporation; SPANSION, INC., a Delaware corporation; SPANSION TECHNOLOGY, INC., a Delaware corporation; ADVANCED SEMICONDUCTOR ENGINEERING, INC., a Republic of China corporation; ASE (U.S.), INC., a California corporation; CHIPMOS TECHNOLOGIES, INC., a Republic of China corporation; CHIPMOS U.S.A., INC., a California corporation; SILICONWARE PRECISION INDUSTRIES CO., LTD., a Republic of China corporation; SILICONWARE USA, INC., a California corporation; STMICROELECTRONICS N.V., a Netherlands corporation; STMICROELECTRONICS, INC., a Delaware corporation; STATS CHIPPAC, INC., a Delaware corporation; STATS CHIPPAC (BVI), INC., a British Virgin Islands company; STATS CHIPPAC, LTD., a Singapore company, | |
| Defendants. | |
| SILICONWARE PRECISION INDUSTRIES CO, LTD; SILICONWARE U.S.A., INC., | No. C 08-3667 CW |
| Plaintiffs, | |
| v. | |
| TESSERA, INC., | |
| Defendant. | |

```
 1  CHIPMOS TECHNOLOGIES, INC.;                 No. C 08-3827 CW
    CHIPMOS U.S.A., INC.; CHIPMOS
 2  TECHNOLOGIES (BERMUDA), LTD.,

 3              Plaintiffs,

 4       v.

 5  TESSERA, INC.,

 6              Defendant.
    _____/
 7
    ADVANCED SEMICONDUCTOR                      No. C 08-3726 CW
 8  ENGINEERING, INC.; ASE TEST
    LIMITED; ASE (U.S.), INC.,
 9
                Plaintiffs,
10
         v.
11
    TESSERA, INC.,
12
                Defendant.
13  _____/

14  SPANSION, INC.,  et al.,                    No. C 10-4954 CW

15              Plaintiffs,

16       v.

17  TESSERA, INC.,

18              Claimant.
    _____/
19
    POWERTECH TECHNOLOGY INC.,                  No. C 10-945 CW
20
                Plaintiff,
21
         v.
22
    TESSERA, INC.,
23
                Defendant.
24  _____/

25

26

27

28

                                   2
```

United States District Court
For the Northern District of California

```
POWERTECH TECHNOLOGY INC.,                    No. C 11-6121 CW

          Plaintiff,

     v.

TESSERA, INC.,

          Defendant.
_____/

TESSERA, INC.,                                No. C 12-692 CW

          Plaintiff,

     v.

QUALCOMM, INC.; FREESCALE
SEMICONDUCTOR, INC.; ATI
TECHNOLOGIES, ULC,

          Defendants.
_____/

AND ALL RELATED COUNTERCLAIMS
_____/
```

Having considered Powertech Technology, Inc.'s motion for clarification, the Court finds good cause to revise the current briefing schedule on the license-based summary judgment motions in the above-captioned cases to allow for cross-motions for summary judgment. Accordingly, the Court sets the following schedule:

| Event | Date |
|---|---|
| Deadline for Defendants[1] to file their license-based motions for summary judgment. To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants, with separate sections to address individual differences as needed. | Thursday, July 19, 2012 |

---

[1] In this Order, the Court uses the term Defendants to refer to the parties opposing Tessera, Inc. in each case.

3

| | |
|---|---|
| Deadline for Tessera, Inc. to file its license-based cross-motion for summary judgment, if any, and opposition to Defendants' motions.<br><br>Tessera, Inc. shall address these matters in a single brief. | Thursday, August 9, 2012 |
| Deadline for Defendants to file their replies in support of their motions for summary judgment and their opposition to Tessera, Inc.'s cross-motion.<br><br>The reply and opposition shall be addressed in the same brief.  To the extent possible, Defendants shall file a single joint brief on behalf of more than one, or all, Defendants, with separate sections as needed. | Thursday, August 23, 2012 |
| Deadline for Tessera, Inc. to file its reply in support of its cross-motion. | Thursday, August 30, 2012 |
| Hearing on license-based motions for summary judgment | Thursday, September 20, 2012 at 2:00 p.m. |

The Court will entertain a stipulation to change the briefing schedule, provided that the parties maintain the same schedule in all of the above-captioned cases, that opposing briefs are filed in series as described above, not contemporaneously, with as little repetition as possible, and that the parties' briefing is completed at least three weeks prior to the hearing date.

This Order resolves Docket No. 104 in Case No. 11-6121.

IT IS SO ORDERED.

Dated: 6/15/2012

CLAUDIA WILKEN
United States District Judge

4