UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　Plaintiff and Counter-defendant,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC., et al.<br><br>　　　Defendants and Counter-claimants. | CASE NO. 4:05-cv-04063-CW<br><br>**[PROPOSED]** STIPULATED ORDER RE: CLAIM CONSTRUCTION DEADLINES<br><br>Judge:　Hon. Claudia Wilken<br>Date:　　September 20, 2012<br>Time:　　2:00 p.m. |
| SILICONWARE PRECISION INDUSTRIES CO., LTD. AND SILICONWARE U.S.A.,<br><br>　　　Plaintiffs and Counter-defendants,<br><br>v.<br><br>TESSERA, INC.<br><br>　　　Defendant and Counter-claimant. | CASE NO. 4:08-cv-03667-CW |
| CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES (BERMUDA) LTD., AND CHIPMOS U.S.A., INC.,<br><br>　　　Plaintiffs and Counter-defendants,<br><br>v.<br><br>TESSERA, INC.<br><br>　　　Defendant and Counter-claimant. | CASE NO. 4:08-cv-03827-CW |

| | |
|---|---|
| SPANSION, INC., et al.,<br>    Plaintiffs,<br>v.<br>TESSERA, INC.<br>    Claimant. | CASE NO. 4:08-cv-04954-CW |
| TESSERA, INC.,<br>    Plaintiff and Counter-defendant,<br>v.<br>MOTOROLA INC., et al.,<br>    Defendants and Counter-claimants. | CASE NO. 4:12-cv-00692-CW |

18567841.1 - 2 - [PROPOSED] STIPULATED ORDER RE: CLAIM CONSTRUCTION DEADLINES

WHEREAS, the parties in the above-captioned cases have jointly agreed to the claim construction schedule presented below, which allows the above-captioned cases to proceed in parallel with respect to claim construction issues.

IT IS HEREBY ORDERED that the following schedule apply to the parties' claim construction submissions:

| Event | Date |
| --- | --- |
| L.R. 4-1 Disclosure of Proposed Terms for Construction | October 30, 2012 |
| L.R. 4-2 Disclosure of Preliminary Claim Constructions and Extrinsic Evidence | November 20, 2012 |
| L.R. 4-3 Joint Claim Construction and Prehearing Statement | December 19, 2012 |
| L.R. 4-4 Completion of Claim Construction Discovery | July 20, 2013 (coincides with expert discovery close; additional 3 hours of deposition for party experts also opining on claim construction in lieu of a separate deposition on claim construction) |

**IT IS SO ORDERED.**

DATED: 9/21/2012

Hon. CLAUDIA WILKEN
United States District Judge

18567841.1 - 3 - [PROPOSED] STIPULATED ORDER RE: CLAIM CONSTRUCTION DEADLINES

| | | |
|---|---|---|
| 1 | DATED: September 13, 2012 | By: ___/s/_____ |
| 2 | | Gregory P. Stone *gregory.stone.mto.com*<br>Ted G. Dane *ted.dane@mto.com* |
| 3 | | Katherine K. Huang *katherine.huang@mto.com*<br>Eric P. Tuttle *eric.tuttle@mto.com* |
| 4 | | **Munger, Tolles & Olson LLP**<br>355 S. Grand Ave., 35th Fl. |
| 5 | | Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100<br>Fax: (213) 687-3702 |
| 6 | | |
| 7 | | Fred H. Bartlit, Jr. *fred.bartlit@bartlit-beck.com*<br>Eric R. Olson *eric.olson@bartlit-beck.com*<br>Sean Grimsley *sean.grimsley@bartlit-beck.com* |
| 8 | | Sundeep (Rob) K. Addy *rob.addy@bartlit-beck.com* |
| 9 | | **Bartlit Beck Herman Palenchar & Scott LLP**<br>1899 Wynkoop St., 8th Fl. |
| 10 | | Denver, CO 80202<br>Tel: (303) 592-3100 |
| 11 | | Fax: (303) 592-3140 |
| 12 | | *Attorneys for Plaintiff and Counter-defendant Tessera, Inc.* |
| 13 | | |
| 14 | DATED: September 13, 2012 | By: ___/s/_____ |
| 15 | | Gina Ann Bibby<br>*gbibby@foley.com* |
| 16 | | **Foley & Lardner LLP**<br>975 Page Mill Rd. |
| 17 | | Palo Alto, CA 94304<br>Tel: (650) 856-3700<br>Fax: (650) 856-3710 |
| 18 | | |
| 19 | | Steven J. Rizzi<br>*srizzi@foley.com* |
| 20 | | **Foley & Lardner LLP**<br>90 Park Avenue |
| 21 | | New York, NY 10016-1314<br>Tel: (212) 682-7474 |
| 22 | | Fax: (212) 687-2329 |
| 23 | | *Attorneys for Defendants Advanced Semiconductor Engineering, Inc. and ASE (U.S.) Inc* |
| 24 | | |
| 25 | DATED: September 13, 2012 | By: ___/s/_____ |
| 26 | | Michael J. Bettinger<br>*mike.bettinger@klgates.com* |
| 27 | | Timothy P. Walker<br>*timothy.walker@klgates.com* |
| 28 | | Elaine Y. Chow<br>*elaine.chow@klgates.com* |

Stephen M. Everett
*stephen.everett@klgates.com*
**K&L Gates LLP**
Four Embarcadero Ctr., Ste. 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

*Attorneys for Defendants Advanced Micro Devices, Inc., Spansion Inc., Spansion Technology Inc. and Spansion LLC*

*Attorneys for Reorganized Debotrs/Plaintiffs Spansion Inc., Spansion Technology LLC, Cerium Laboratories LLC, and Spansion International, Inc.*

DATED: September 13, 2012          By: ___/s/_____
Michael F. Heafey
*mheafey@orrick.com*
Thomas J. Gray
*tgray@orrick.com*
**Orrick Herrington & Sutcliffe**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401

*Attorneys for Defendants Siliconware Precision Industries Co., Ltd. and Siliconware USA Inc.*

DATED: September 13, 2012          By: ___/s/_____
Lawrence E. Butler
*lbutler@seyfarth.com*
**Seyfarth Shaw LLP**
560 Mission St., Ste. 3100
San Francisco, CA 94105
Tel: (415) 397-2823
Fax: (415) 397-8549

Alan L. Unikel
*aunikel@seyfarth.com*
Joseph R. Lanser
*jlanser@seyfarth.com*
Matthew A. Werber
*mwerber@seyfarth.com*
**Seyfarth Shaw LLP**
131 S. Dearborn St., Ste. 2400
Chicago, IL 60603
Tel: (312) 460-5000
Fax: (312) 460-7000

*Attorneys for Defendants Chipmos U.S.A., Inc.*

| | | |
|---|---|---|
| 1 | | *and Chipmos Technologies, Inc., and ChipMOS Technologies (Bermuda) Ltd.* |
| 2 | | |
| 3 | DATED: September 13, 2012 | By: /s/ |

David L. Anderson
*dlanderson@sidley.com*
Teague Donahey
*tdonahey@sidley.com*
Ryan M. Sandrock
*rsandrock@sidley.com*
Philip W. Woo
*pwoo@sidley.com*
**Sidley Austin LLP**
555 California St., Ste. 2000
San Francisco, CA 94104-1715
Tel: (415) 772-1200
Fax: (415) 772-7400

*Attorneys for Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.*

DATED: September 13, 2012        By: /s/

Matthew D. Powers
*matthew.powers@tensegritylawgroup.com*
Steven S. Cherensky
*steven.cherensky@tensegritylawgroup.com*
Azra M. Hadzimehmedovic
*azra@tensegritylawgroup.com*
Stefani Smith
*stefani.smith@tensegritylawgroup.com*
**Tensegrity Law Group LLP**
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
Tel: (650) 802-6000
Fax: (650) 802-6001

*Attorneys for Defendants Stats Chippac Ltd., Stats Chippac, Inc., Stats Chippac (BVI) Limited*

DATED: September 13, 2012        By: /s/

David L. Larson
*dlarson@mwe.com*
David H. Dolkas
*ddolkas@mwe.com*
**McDermott Will & Emery, LLP**
275 Middlefield Road, Suite 100
Menlo Park, CA 9405-4004
Tel: (650) 815-8400

*Attorneys for Defendant Qualcomm Incorporated*

1 | DATED: September 13, 2012     By:    /s/
Michael J. Bettinger
*mike.bettinger@klgates.com*
**K&L Gates LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

*Attorneys for Defendant ATI Technologies, ULC*

DATED: September 13, 2012     By:    /s/
Blaney Harper
*bharper@jonesday.com*
**Jones Day**
51 Louisisana Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 879-7623

*Attorneys for Defendant Freescale Semiconductor, Inc.*

Filer's Attestation

I, Katherine Huang, am the ECF user who identification and password are being used to file this **[PROPOSED] STIPULATED ORDER RE: CLAIM CONSTRUCTION DEADLINES**. In compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

Dated: September 13, 2012        /s/ Katherine K. Huang