1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11

| | |
|---|---|
| 12  TESSERA, INC., | CASE NO.  4:05-cv-04063-CW |
| 13      Plaintiff and Counter-defendant, | |
| 14  v. | **[PROPOSED]** STIPULATED ORDER RE: CLAIM CONSTRUCTION DEADLINES |
| 15  ADVANCED MICRO DEVICES, INC., et al. | |
| 16      Defendants and Counter-claimants. | Judge:    Hon. Claudia Wilken<br>Date:     September 20, 2012<br>Time:     2:00 p.m. |
| 17 | |
| 18  SILICONWARE PRECISION INDUSTRIES CO., LTD. AND SILICONWARE U.S.A., | CASE NO.  4:08-cv-03667-CW |
| 19      Plaintiffs and Counter-defendants, | |
| 20  v. | |
| 21  TESSERA, INC. | |
| 22      Defendant and Counter-claimant. | |
| 23  CHIPMOS TECHNOLOGIES INC., CHIPMOS TECHNOLOGIES (BERMUDA) | CASE NO.  4:08-cv-03827-CW |
| 24  LTD., AND CHIPMOS U.S.A., INC., | |
| 25      Plaintiffs and Counter-defendants, | |
| 26  v. | |
| 27  TESSERA, INC. | |
| 28      Defendant and Counter-claimant. | |

18567841.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| SPANSION, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TESSERA, INC.<br>　　　　Claimant. | CASE NO.  4:08-cv-04954-CW |
| TESSERA, INC.,<br>　　　　Plaintiff and Counter-defendant,<br><br>v.<br><br>MOTOROLA INC., et al.,<br>　　　　Defendants and Counter-claimants. | CASE NO.  4:12-cv-00692-CW |

WHEREAS, the parties in the above-captioned cases have jointly agreed to the claim construction schedule presented below, which allows the above-captioned cases to proceed in parallel with respect to claim construction issues.

IT IS HEREBY ORDERED that the following schedule apply to the parties' claim construction submissions:

| Event | Date |
|---|---|
| L.R. 4-1 Disclosure of Proposed Terms for Construction | October 30, 2012 |
| L.R. 4-2 Disclosure of Preliminary Claim Constructions and Extrinsic Evidence | November 20, 2012 |
| L.R. 4-3 Joint Claim Construction and Prehearing Statement | December 19, 2012 |
| L.R. 4-4 Completion of Claim Construction Discovery | July 20, 2013 (coincides with expert discovery close; additional 3 hours of deposition for party experts also opining on claim construction in lieu of a separate deposition on claim construction) |

**IT IS SO ORDERED.**

DATED:   9/21/2012

Hon. CLAUDIA WILKEN
United States District Judge

1   DATED: September 13, 2012          By:   /s/
2                                            Gregory P. Stone  *gregory.stone.mto.com*
                                             Ted G. Dane  *ted.dane@mto.com*
3                                            Katherine K. Huang  *katherine.huang@mto.com*
                                             Eric P. Tuttle  *eric.tuttle@mto.com*
4                                            **Munger, Tolles & Olson LLP**
                                             355 S. Grand Ave., 35th Fl.
5                                            Los Angeles, CA 90071-1560
                                             Tel: (213) 683-9100
6                                            Fax: (213) 687-3702

7                                            Fred H. Bartlit, Jr.  *fred.bartlit@bartlit-beck.com*
                                             Eric R. Olson  *eric.olson@bartlit-beck.com*
8                                            Sean Grimsley  *sean.grimsley@bartlit-beck.com*
                                             Sundeep (Rob) K. Addy  *rob.addy@bartlit-*
                                             *beck.com*
9                                            **Bartlit Beck Herman Palenchar & Scott LLP**
10                                           1899 Wynkoop St., 8th Fl.
                                             Denver, CO 80202
11                                           Tel: (303) 592-3100
                                             Fax: (303) 592-3140
12
                                             *Attorneys for Plaintiff and Counter-defendant*
13                                           *Tessera, Inc.*

14  DATED: September 13, 2012          By:   /s/
                                             Gina Ann Bibby
15                                           *gbibby@foley.com*
                                             **Foley & Lardner LLP**
16                                           975 Page Mill Rd.
                                             Palo Alto, CA 94304
17                                           Tel: (650) 856-3700
                                             Fax: (650) 856-3710
18
                                             Steven J. Rizzi
19                                           *srizzi@foley.com*
                                             **Foley & Lardner LLP**
20                                           90 Park Avenue
                                             New York, NY 10016-1314
21                                           Tel: (212) 682-7474
                                             Fax: (212) 687-2329
22
                                             *Attorneys for Defendants Advanced*
23                                           *Semiconductor Engineering, Inc. and ASE (U.S.)*
                                             *Inc*
24

25  DATED: September 13, 2012          By:   /s/
                                             Michael J. Bettinger
26                                           *mike.bettinger@klgates.com*
                                             Timothy P. Walker
27                                           *timothy.walker@klgates.com*
                                             Elaine Y. Chow
28                                           *elaine.chow@klgates.com*

| | |
|---|---|
| 1 | Stephen M. Everett |
| | *stephen.everett@klgates.com* |
| 2 | **K&L Gates LLP** |
| | Four Embarcadero Ctr., Ste. 1200 |
| 3 | San Francisco, CA 94111 |
| | Tel: (415) 882-8200 |
| 4 | Fax: (415) 882-8220 |

5      *Attorneys for Defendants Advanced Micro*
*Devices, Inc., Spansion Inc., Spansion*
6      *Technology Inc. and Spansion LLC*

7      *Attorneys for Reorganized Debotrs/Plaintiffs*
*Spansion Inc., Spansion Technology LLC,*
8      *Cerium Laboratories LLC, and Spansion*
*International, Inc.*

9

10     DATED: September 13, 2012          By:____/s/_____
                                          Michael F. Heafey
11                                        *mheafey@orrick.com*
                                          Thomas J. Gray
12                                        *tgray@orrick.com*
                                          **Orrick Herrington & Sutcliffe**
13                                        1000 Marsh Road
                                          Menlo Park, CA 94025
14                                        Tel: (650) 614-7400
                                          Fax: (650) 614-7401
15
                                          *Attorneys for Defendants Siliconware Precision*
16                                        *Industries Co., Ltd. and Siliconware USA Inc.*

17
       DATED: September 13, 2012          By:____/s/_____
18                                        Lawrence E. Butler
                                          *lbutler@seyfarth.com*
19                                        **Seyfarth Shaw LLP**
                                          560 Mission St., Ste. 3100
20                                        San Francisco, CA 94105
                                          Tel: (415) 397-2823
21                                        Fax: (415) 397-8549

22                                        Alan L. Unikel
                                          *aunikel@seyfarth.com*
23                                        Joseph R. Lanser
                                          *jlanser@seyfarth.com*
24                                        Matthew A. Werber
                                          *mwerber@seyfarth.com*
25                                        **Seyfarth Shaw LLP**
                                          131 S. Dearborn St., Ste. 2400
26                                        Chicago, IL 60603
                                          Tel: (312) 460-5000
27                                        Fax: (312) 460-7000

28                                        *Attorneys for Defendants Chipmos U.S.A., Inc.*

18567841.1                    - 5 -        [PROPOSED] STIPULATED ORDER RE: CLAIM
                                          CONSTRUCTION DEADLINES

1                         *and Chipmos Technologies, Inc., and ChipMOS*
2                         *Technologies (Bermuda) Ltd.*

3    DATED: September 13, 2012        By:____/s/_____
4                         David L. Anderson
                        *dlanderson@sidley.com*
5                         Teague Donahey
                        *tdonahey@sidley.com*
6                         Ryan M. Sandrock
                        *rsandrock@sidley.com*
7                         Philip W. Woo
                        *pwoo@sidley.com*
8                         **Sidley Austin LLP**
                        555 California St., Ste. 2000
9                         San Francisco, CA 94104-1715
                        Tel: (415) 772-1200
10                       Fax: (415) 772-7400

11                       *Attorneys for Defendants STMicroelectronics,*
                        *Inc. and STMicroelectronics N.V.*

12

13    DATED: September 13, 2012        By:____/s/_____
                        Matthew D. Powers
14                         *matthew.powers@tensegritylawgroup.com*
                        Steven S. Cherensky
15                         *steven.cherensky@tensegritylawgroup.com*
                        Azra M. Hadzimehmedovic
16                         *azra@tensegritylawgroup.com*
                        Stefani Smith
17                         *stefani.smith@tensegritylawgroup.com*
                        **Tensegrity Law Group LLP**
18                         555 Twin Dolphin Drive, Suite 360
                        Redwood Shores, CA 94065
19                         Tel: (650) 802-6000
                        Fax: (650) 802-6001

20                       *Attorneys for Defendants Stats Chippac Ltd.,*
                        *Stats Chippac, Inc., Stats Chippac (BVI) Limited*
21

22    DATED: September 13, 2012        By:____/s/_____
                        David L. Larson
23                         *dlarson@mwe.com*
                        David H. Dolkas
24                         *ddolkas@mwe.com*
                        **McDermott Will & Emery, LLP**
25                         275 Middlefield Road, Suite 100
                        Menlo Park, CA 9405-4004
26                       Tel: (650) 815-8400

27                       *Attorneys for Defendant Qualcomm Incorporated*

28

1    DATED: September 13, 2012              By:   /s/
2                                                 Michael J. Bettinger
                                                  *mike.bettinger@klgates.com*
3                                                 **K&L Gates LLP**
                                                  4 Embarcadero Center, Suite 1200
                                                  San Francisco, CA 94111
4                                                 Tel: (415) 882-8200
                                                  Fax: (415) 882-8220
5
                                                  *Attorneys for Defendant ATI Technologies, ULC*
6

7    DATED: September 13, 2012              By:   /s/
                                                  Blaney Harper
8                                                 *bharper@jonesday.com*
                                                  **Jones Day**
9                                                 51 Louisisana Avenue, N.W.
                                                  Washington, D.C. 20001
10                                                Tel: (202) 879-7623

11                                                *Attorneys for Defendant Freescale*
                                                  *Semiconductor, Inc.*
12

13

14                            Filer's Attestation

15        I, Katherine Huang, am the ECF user who identification and password are being used to

16   file this **[PROPOSED] STIPULATED ORDER RE: CLAIM CONSTRUCTION**

17   **DEADLINES**.  In compliance with General Order 45.X.B., I hereby attest that the above-named

18   signatories concur in this filing.

19   Dated: September 13, 2012                     */s/ Katherine K. Huang*

20

21

22

23

24

25

26

27

28