IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC.; SPANSION, LLC; SPANSION, INC; SPANSION TECHNOLOGY, INC.; ADVANCED SEMICONDUCTOR ENGINEERING, INC.; ASE (U.S.), INC.; CHIPMOS TECHNOLOGIES, INC.; CHIPMOS U.S.A., INC.; SILICONWARE PRECISION INDUSTRIES CO., LTD.; SILICONWARE USA, INC.; STMICROELECTRONICS N.V.; STMICROELECTRONICS, INC.; STATS CHIPPAC, INC.; STATS CHIPPAC (BVI), LTD.; and STATS CHIPPAC, LTD., <br><br> Defendants. | No. C 05-4063 CW <br><br> ORDER REFERRING CERTAIN DEFENDANTS' MOTION TO SEAL (Docket No. 220 in 12-692), AND ALL FUTURE MOTIONS TO SEAL, TO THE SPECIAL MASTER |
| SILICONWARE PRECISION INDUSTRIES CO, LTD; and SILICONWARE U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> TESSERA, INC., <br><br> Defendant. | No. C 08-3667 CW |
| CHIPMOS TECHNOLOGIES, INC.; CHIPMOS U.S.A., INC.; and CHIPMOS TECHNOLOGIES (BERMUDA), LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TESSERA, INC., <br><br> Defendant. | No. C 08-3827 CW |

|    |    |
|---|---|
| SPANSION, INC., et al., | No. C 10-4954 CW |
|     Plaintiffs, | |
|   v. | |
| TESSERA, INC., | |
|     Claimant. | |
| _____/ | |
| POWERTECH TECHNOLOGY INC., | No. C 10-945 CW |
|     Plaintiff, | |
|   v. | |
| TESSERA, INC., | |
|     Defendant. | |
| _____/ | |
| POWERTECH TECHNOLOGY INC., | No. C 11-6121 CW |
|     Plaintiff, | |
|   v. | |
| TESSERA, INC., | |
|     Defendant. | |
| ================================/ | |
| TESSERA, INC., | No. C 12-692 CW |
|     Plaintiff, | |
|   v. | |
| MOTOROLA, INC.; QUALCOMM, INC.; FREESCALE SEMICONDUCTOR, INC.; and ATI TECHNOLOGIES, ULC, | |
|     Defendants. | |
| _____/ | |
| AND ALL RELATED COUNTERCLAIMS | |
| _____/ | |

The Court hereby refers to the Special Master for adjudication the motion to file under seal filed by Defendants ATI

2

Technologies ULC, Freescale Semiconductor, Inc., Qualcomm, Inc. and Advanced Micro Devices, Inc. (Docket No. 220 in Case No. 12-692), and all future motions to seal filed in the above-captioned cases, absent further order of the Court.[1]  These motions "cannot be effectively and timely addressed" by this Court, see Federal Rule of Civil Procedure 53(a)(1)(C), and the Court has already determined that, in conjunction with motions to seal these related cases, the Special Master will be able to review these issues more thoroughly.

The parties shall comply with the procedures set forth in the Court's prior Order referring motions to seal to the Special Master (Docket Nos. 1075 in 05-4063, 172 in 10-945, 147 in 11-6121, 211 in 12-692).

IT IS SO ORDERED.

Dated: 10/15/2012

CLAUDIA WILKEN
United States District Judge

---

[1] This Order shall not apply to the licensing agreement between Tessera, Inc. and non-party NEC addressed in Docket No. 187 in 10-945.

3