IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC.; SPANSION, LLC; SPANSION, INC; SPANSION TECHNOLOGY, INC.; ADVANCED SEMICONDUCTOR ENGINEERING, INC.; ASE (U.S.), INC.; CHIPMOS TECHNOLOGIES, INC.; CHIPMOS U.S.A., INC.; SILICONWARE PRECISION INDUSTRIES CO., LTD.; SILICONWARE USA, INC.; STMICROELECTRONICS N.V.; STMICROELECTRONICS, INC.; STATS CHIPPAC, INC.; STATS CHIPPAC (BVI), LTD.; and STATS CHIPPAC, LTD.,<br><br>    Defendants.<br>_____/ | No. C 05-4063 CW<br><br>ORDER TAKING UNDER SUBMISSION DEFENDANTS' OBJECTIONS TO NONDISPOSITIVE ORDER OF THE SPECIAL MASTER (Docket Nos. 1098 in Case No. 05-4063 and 228 in Case No. 12-692) |
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC.; QUALCOMM, INC.; FREESCALE SEMICONDUCTOR, INC.; and ATI TECHNOLOGIES, ULC,<br><br>    Defendants.<br>_____/ | No. C 12-692 CW |
| AND ALL RELATED COUNTERCLAIMS<br>_____/ | |

The Court takes under submission on the papers Defendants' objections to the Special Master's Order regarding Plaintiff's use of foreign experts (Docket Nos. 1098 in Case No. 05-4063 and 228 in Case No. 12-692). No further briefing is needed at this time. A further written order will issue.

IT IS SO ORDERED.

Dated: November 16, 2012

CLAUDIA WILKEN
United States District Judge

2