

**FILED**
NOV 20 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc.,<br><br>      Plaintiff and Counter-defendant,<br><br>v.<br><br>Advanced Micro Devices, Inc. et al.,<br><br>      Defendants and Counter-claimants. | Cases No. 4:05-cv-04063-CW, 4:08-cv-03667-CW, 4:08-cv-03827-CW, 4:10-cv-04954-CW, 4:12-cv-00692-CW<br><br>Assigned to: Hon. Claudia Wilken |

AND RELATED COUNTERCLAIMS

**DEPOSITION COMMISSION**

TO:    Any Consul or Vice Consul of the United States of America

       U.S. Embassy Tokyo, Japan

       Alasaka, 1-chome, Minato-Ku,

       Tokyo 107-8420, Japan

       Upon application by Advanced Micro Devices, Inc. ("AMD"); ATI Technologies ("ATI"); Spansion, Inc.; Spansion Technology Inc.; Spansion LLC (the Spansion entities collectively referred to as "Spansion"); STATS ChipPAC, Inc.; STATS ChipPAC, Ltd. and

STATS ChipPAC (BVI) Limited (the STATS ChipPAC entities collectively referred to as "STATS ChipPAC"), defendants in *Tessera, Inc. v. Advanced Micro Devices, Inc. et. al.*, Case No. 4:05-cv-04063, and defendant Qualcomm, Incorporated, ("Qualcomm") defendant in *Tessera, Inc. v. Motorola et. al.*, Case No. 4:12-cv-00692-CW (these defendants hereafter collectively referred to as "Moving Defendants"), and pursuant to Article 17 of the United States-Japan Consular Convention and Fed. R. Civ. Proc. 28(b), it is hereby:

**ORDERED** that the deposition of Yoshihiro Shimada be taken, any necessary oaths be administered, and the marking of any documentary exhibits in connection therewith be permitted, at the United States Embassy in Tokyo, Japan, before any consular officer of the United States.

It is further **ORDERED** that the deposition of Mr. Shimada shall commence at the United States Embassy in Tokyo, Japan on December 19, 2012.**The proceedings will be reported and/or videotaped by American Realtime Court Reporters.**

Listed below are the names of additional persons who may participate, attend, or assist in these depositions:

**For Qualcomm:**

Peter Michael Siavelis (counsel)

Brett Edward Bachtel (counsel)

**For Spansion/ATI/AMD:**

Michael John Bettinger (counsel)

Stephen Michael Everett (counsel)

Christy Vanessa La Pierre (counsel)

**For STAT ChipPAC:**

Steven Scott Cherensky (counsel)

Please administer any necessary oaths; cause the testimony of said witnesses to be recorded and reduced to writing, including recorded by video if requested; the deposition to be signed by said witness; and, if requested by the parties, said deposition to be annexed to your Commission and closed under your seal; and make the return of these materials to this Court with all convenient speed.

**WITNESS**, the Honorable <u>Claudia Wilken</u>, United States Judge of the United States District Court for the District of California, this <u>20th</u> day of <u>November</u>, 2012.

*[signature]*
~~Chief Judge~~, United States District Judge
United States District Court
Northern District of California
1301 Clay Street,
Oakland, CA  94612
United States of America

I hereby certify that the signature above is that of the Honorable <u>Claudia Wilken</u>, United States Judge of the United States District Court for the Northern District of California.

    Richard W. Wieking
Clerk of the Court

Date:   November 20, 2012

Deputy Clerk: *[signature]*
Seal:

3
[PROPOSED] COMMISSION TO TAKE DEPOSITION IN JAPAN