Fred H. Bartlit, Jr. (Pro Hac Vice) fred.bartlit@bartlit-beck.com
Eric R. Olson (Pro Hac Vice) eric.olson@bartlit-beck.com
Sean Grimsley (SBN 216741) sean.grimsley@bartlit-beck.com
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

J.B. Heaton (Pro Hac Vice) jb.heaton@bartlit-beck.com
**Bartlit Beck Herman Palenchar & Scott LLP**
54 West Hubbard Street, 3rd Fl.
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440
*Attorneys for Plaintiff and Counterdefendant, Tessera, Inc.*

Michael J. Bettinger (SBN 122196) mike.bettinger@klgates.com
Timothy P. Walker (SBN 105001) timothy.walker@klgates.com
Stephen M. Everett (SBN 121619) stephen.everett@klgates.com
Elaine Y. Chow (SBN 194063) elaine.chow@klgates.com
**K&L Gates LLP**
Four Embarcadero Ctr., Ste. 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415 882-8220
*Attorneys for Defendant and Counterclaimant Spansion LLC, Spansion Inc. and Spansion Technology Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc.,<br>　　Plaintiff and Counterdefendant,<br>v.<br>Advanced Micro Devices, Inc., et al.,<br>　　Defendants and Counterclaimants. | Case No. 4:05-cv-04063-CW<br><br>**Stipulation and Order of Final Dismissal with Prejudice** |
| Spansion, Inc., et al.,<br>　　Plaintiffs,<br>v.<br>Tessera, Inc.,<br>　　Claimant. | Case No. 4:10-cv-04954-CW |

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

1  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counterdefendant, Tessera, Inc. ("Tessera") and Defendants and Counterclaimants Spansion LLC, Spansion Inc. and Spansion Technology Inc. (collectively, "Spansion") and by and between Spansion, Inc., Spansion Technology LLC, Spansion LLC, Cerium Laboratories LLC and Spansion International, Inc. (collectively, "Plaintiffs") and Tessera, Inc. ("Claimant") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims and counterclaims as between them in the above-captioned matters be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: December 30, 2012 | **BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP** |
| 2 | | By: /s/ J.B. Heaton |
| 3 | | J.B. Heaton<br>*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.* |
| 4 | | |
| 5 | DATED: December 30, 2012 | **K&L GATES LLP** |
| 6 | | By: /s/ Elaine Y. Chow |
| 7 | | *Attorneys for Defendants and Counterclaimants Spansion LLC, Spansion Inc. and Spansion Technology Inc. and Plaintiffs Spansion, Inc., Spansion Technology LLC, Spansion LLC, Cerium Laboratories LLC and Spansion International, Inc.* |

SO ORDERED.

DATED: 1/2/2013

The Honorable Claudia Wilken

STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE