IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC.;<br>SPANSION, LLC; SPANSION, INC;<br>SPANSION TECHNOLOGY, INC.;<br>ADVANCED SEMICONDUCTOR<br>ENGINEERING, INC.; ASE (U.S.),<br>INC.; CHIPMOS TECHNOLOGIES, INC.;<br>CHIPMOS U.S.A., INC.; SILICONWARE<br>PRECISION INDUSTRIES CO., LTD.;<br>SILICONWARE USA, INC.;<br>STMICROELECTRONICS N.V.;<br>STMICROELECTRONICS, INC.; STATS<br>CHIPPAC, INC.; STATS CHIPPAC<br>(BVI), LTD.; and STATS CHIPPAC,<br>LTD.,<br><br>    Defendants.<br>_____/<br>TESSERA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC.; QUALCOMM, INC.;<br>FREESCALE SEMICONDUCTOR, INC.;<br>and ATI TECHNOLOGIES, ULC,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED COUNTERCLAIMS<br>_____/ | No. C 05-4063 CW<br><br>ORDER DENYING TESSERA'S MOTION TO AMEND THE CASE MANAGEMENT SCHEDULE (Docket Nos. 1122 in Case No. 05-4063 and 238 in Case No. 12-692)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. C 12-692 CW |

    Plaintiff Tessera, Inc. moves to modify the case management order in the above-captioned cases. Defendants Qualcomm Inc., Siliconware Precision Industries Co., Ltd., Siliconware USA, Inc., STATS ChipPAC, Inc., STATS ChipPAC (BVI) Limited, STATS ChipPAC, Ltd., Freescale Semiconductor, Inc., Advanced Micro Devices, Inc.,

ATI Technologies ULC, ASE (U.S.), Inc., ChipMOS U.S.A., Inc., ChipMOS Technologies, Inc., ChipMOS Technologies (Bermuda) Ltd., STMicroelectronics, Inc. and STMicroelectronics N.V. oppose Tessera's motion.

    Tessera seeks to continue the fact discovery deadline by three months and to make further changes to subsequent deadlines. Tessera first presented its motion to the Special Master, who granted a one-month extension to the fact discovery deadline and extended the dates for opening and rebuttal expert reports. Having reviewed the papers submitted by the parties, the Court finds that the changes made to the case management schedule by the Special Master, who has tremendous familiarity with the history of discovery in these cases, were well-considered and proper, and that Tessera has not presented good cause to further modify the schedule at this time. Accordingly, Tessera's motion is DENIED (Docket Nos. 1122 in Case No. 05-4063 and 238 in Case No. 12-692) and the Special Master's order is affirmed.

    IT IS SO ORDERED.

Dated: 1/18/2013

CLAUDIA WILKEN
United States District Judge