Fred H. Bartlit, Jr. (Pro Hac Vice) fred.bartlit@bartlit-beck.com
Eric R. Olson (Pro Hac Vice) eric.olson@bartlit-beck.com
Sean Grimsley (SBN 216741) sean.grimsley@bartlit-beck.com
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

J.B. Heaton (Pro Hac Vice) jb.heaton@bartlit-beck.com
**Bartlit Beck Herman Palenchar & Scott LLP**
54 West Hubbard Street, 3rd Fl.
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440
*Attorneys for Plaintiff and Counterdefendant, Tessera, Inc.*

Matthew D. Powers (SBN 104795) matthew.powers@tensegritylawgroup.com
Steven Cherensky (SBN 168275) steven.cherensky@tensegritylawgroup.com
Monica Eno (SBN 164107) monica.eno@tensegritylawgroupcom
Azra Hadzimehmedovic (SBN 239088) azra@tensegritylawgroup.com
**Tensegrity Law Group, LLP**
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
Tel: (650) 802-6000
Fax: (650) 802-6001
*Attorneys for Defendant and Counterclaimant STATS ChipPAC Ltd., STATS ChipPAC, Inc., and STATS ChipPAC (BVI) Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc., | |
|      Plaintiff and Counterdefendant, | Case No. 4:05-cv-04063-CW |
| v. | **Stipulation and Order of Final Dismissal with Prejudice** |
| Advanced Micro Devices, Inc., et al., | |
|      Defendants and Counterclaimants. | |

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and

2    Counterdefendant, Tessera, Inc. ("Tessera") and Defendants and Counterclaimants STATS

3    ChipPAC Ltd., STATS ChipPAC, Inc., and STATS ChipPAC (BVI) Limited (collectively,

4    "STATS") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims and counterclaims as

5    between them in the above-captioned matter be, and upon approval are, dismissed WITH

6    PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER OF FINAL DISMISSAL**
**WITH PREJUDICE**

DATED: January 30, 2013

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

By: /s/ J.B. Heaton
J.B. Heaton
*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*

DATED: January 30, 2013

**TENSEGRITY LAW GROUP, LLP**

By: /s/ Monica Eno

*Attorneys for Defendant and Counterclaimant STATS ChipPAC Ltd., STATS ChipPAC, Inc., and STATS ChipPAC (BVI) Limited*

SO ORDERED.

DATED: _____1/31/2013_____

The Honorable Claudia Wilken

3

**STIPULATION AND ORDER OF FINAL DISMISSAL
WITH PREJUDICE**

# CERTIFICATION OF CONCURRENCE

I hereby attest that concurrence in the filing of this document has been obtained from counsel for STATS, Monica Eno.

Dated: January 30, 2013

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

By: /s/ J.B. Heaton
J.B. Heaton
*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*

4

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**