IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC.; SPANSION, LLC; SPANSION, INC; SPANSION TECHNOLOGY, INC.; ADVANCED SEMICONDUCTOR ENGINEERING, INC.; ASE (U.S.), INC.; CHIPMOS TECHNOLOGIES, INC.; CHIPMOS U.S.A., INC.; SILICONWARE PRECISION INDUSTRIES CO., LTD.; SILICONWARE USA, INC.; STMICROELECTRONICS N.V.; STMICROELECTRONICS, INC.; STATS CHIPPAC, INC.; STATS CHIPPAC (BVI), LTD.; and STATS CHIPPAC, LTD.,<br><br>    Defendants.<br>_____/<br>TESSERA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MOTOROLA, INC.; QUALCOMM, INC.; FREESCALE SEMICONDUCTOR, INC.; and ATI TECHNOLOGIES, ULC,<br><br>    Defendants.<br>_____/<br>AND ALL RELATED COUNTERCLAIMS<br>_____/ | No. C 05-4063 CW<br><br>ORDER PROVISIONALLY SEALING ORDERS RESOLVING LICENSE-BASED DISPOSITIVE MOTIONS AND DIRECTING TESSERA TO FILE REDACTED VERSIONS OF THE ORDERS IN THE PUBLIC RECORD<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. C 12-692 CW |

    The parties have moved to seal various documents that they submitted in connection with the license-based dispositive motions filed in the above-captioned actions.  After resolving some of these motions to seal, the Court referred the remaining motions to seal to the Special Master for adjudication.  See Docket No. 1075

in 05-4063. At that time, the Court also asked the Special Master to reconsider whether there are compelling reasons to seal the license agreements at issue in these cases. The Court noted that it might revisit its earlier orders granting permission to seal those agreements following the Special Master's consideration of the issue.

Because the related motions to seal remain pending, the Court provisionally files under seal its orders regarding the license-based dispositive motions until the motions to seal are resolved. Within two weeks of the date of this Order, Plaintiff Tessera, Inc. shall file in the public docket redacted versions of the orders resolving the license-based dispositive motions. In those versions, Tessera shall redact all material that has been designated as confidential by a party or a non-party, is at issue in a motion to seal related to these dispositive motions and has not already appeared in the public docket of this action. Prior to filing the redacted versions, Tessera shall provide a copy of their proposed redactions for approval to each party or non-party that has designated material related to that order as confidential.

IT IS SO ORDERED.

Dated: 1/31/2013

CLAUDIA WILKEN
United States District Judge

2