IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

      Plaintiff,

  v.

ADVANCED MICRO DEVICES, INC.;
SPANSION, LLC; SPANSION, INC;
SPANSION TECHNOLOGY, INC.;
ADVANCED SEMICONDUCTOR
ENGINEERING, INC.; ASE (U.S.),
INC.; CHIPMOS TECHNOLOGIES, INC.;
CHIPMOS U.S.A., INC.; SILICONWARE
PRECISION INDUSTRIES CO., LTD.;
SILICONWARE USA, INC.;
STMICROELECTRONICS N.V.;
STMICROELECTRONICS, INC.; STATS
CHIPPAC, INC.; STATS CHIPPAC
(BVI), LTD.; and STATS CHIPPAC,
LTD.,

      Defendants.
_____/
AND ALL RELATED COUNTERCLAIMS
_____/

No. C 05-4063 CW

ORDER REFERRING
TESSERA'S MOTION
TO MODIFY
SCHEDULING ORDER
AS TO SILICONWARE
AND TO RESCHEDULE
UPCOMING
SILICONWARE
DEPOSITIONS
(Docket No. 1179)

    Plaintiff Tessera, Inc. moves to postpone four depositions of employees of Defendants Siliconware Precision Industries Limited and Siliconware USA, Inc. (collectively, Siliconware Defendants) scheduled for the week of March 4, 2013 to at least the week of April 1, 2013.  Tessera also seeks to extend the deadline for its opening expert report for these Defendants by two and a half months, from April 15, 2013 to July 1, 2013, and to extend the deadline for Siliconware Defendants' rebuttal reports by fifteen days, from July 15, 2013 to August 1, 2013.

    Tessera acknowledges that discovery matters in this case have been referred to a Special Master.  It asserts that the Special Master is unavailable to hear this matter until March 14, 2013.

     The Court REFERS the motion to the Special Master.  The Court orders that the depositions of the Siliconware Defendants' witnesses shall proceed as scheduled at this time, provided that, if Tessera can show subsequently that it learned more information from its review of documents after the depositions that it could not have reasonably known to ask about at the depositions, it may ask the Special Master to authorize further depositions of these individuals, which he may be order done by written questions or by video conference.  The Court refers the remainder of the motion to the Special Master for resolution at his convenience.

     IT IS SO ORDERED.

Dated: 3/1/2013

CLAUDIA WILKEN
United States District Judge