Gregory P. Stone (SBN 078329) gregory.stone.mto.com
Ted G. Dane (SBN 143195) ted.dane@mto.com
Katherine K. Huang (SBN 219798) katherine.huang@mto.com
Munger, Tolles & Olson LLP
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

Fred H. Bartlit, Jr. (Pro Hac Vice) fred.bartlit@bartlit-beck.com
Eric R. Olson (Pro Hac Vice) eric.olson@bartlit-beck.com
Sean Grimsley (SBN 216741) sean.grimsley@bartlit-beck.com
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

Attorneys for Plaintiff and Counterdefendant Tessera, Inc.

Michael J. Bettinger (SBN 122196) mike.bettinger@klgates.com
Timothy P. Walker (SBN 105001) timothy.walker@klgates.com
Stephen M. Everett (SBN 121619) stephen.everett@klgates.com
Elaine Y. Chow (SBN 194063) elaine.chow@klgates.com
K&L Gates
Four Embarcadero Center, Ste. 1200
San Francisco, CA 94111
Tel: (415) 882-8002
Fax: (415) 882-8220

Attorneys for Defendant and Counterclaimant Advanced Micro Devices, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., et al. <br><br> Defendants and Counterclaimants. | CASE NO.  4:05-cv-04063-CW <br><br> **STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE** |

1      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and

2   Counterdefendant Tessera, Inc. ("Tessera") and Defendant and Counterclaimant Advanced Micro

3   Devices, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims and counterclaims as

4   between them in the above-captioned matter be, and upon approval are, dismissed WITH

5   PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF
FINAL DISMISSAL WITH PREJUDICE

DATED:  March 22, 2013

**MUNGER, TOLLES & OLSON LLP**

By: _/s/Ted G. Dane_
Ted G. Dane

Attorneys for Plaintiff and Counterdefendant
Tessera, Inc.

DATED:  March 22, 2013

**K&L GATES LLP**

By: _/s/Elaine Y. Chow_

Attorneys for Defendant and Counterclaimant
Advanced Micro Devices, Inc.

SO ORDERED.

DATED: _____3/22/2013_____     _____
The Honorable Claudia Wilken

STIPULATION AND ORDER OF
FINAL DISMISSAL WITH PREJUDICE

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for Advanced Micro Devices, Inc., Elaine Chow.

DATED:  March 22, 2013

**MUNGER, TOLLES & OLSON LLP**

By: _/s/Ted G. Dane_
Ted G. Dane

Attorneys for Plaintiff and Counterdefendant
Tessera, Inc.

- 3 -