Gregory P. Stone (SBN 078329) gregory.stone.mto.com
Ted G. Dane (SBN 143195) ted.dane@mto.com
Katherine K. Huang (SBN 219798) katherine.huang@mto.com
Munger, Tolles & Olson LLP
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

Fred H. Bartlit, Jr. (Pro Hac Vice) fred.bartlit@bartlit-beck.com
Eric R. Olson (Pro Hac Vice) eric.olson@bartlit-beck.com
Sean Grimsley (SBN 216741) sean.grimsley@bartlit-beck.com
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

Attorneys for Plaintiff and Counterdefendant Tessera, Inc.

Michael J. Bettinger (SBN 122196) mike.bettinger@klgates.com
Timothy P. Walker (SBN 105001) timothy.walker@klgates.com
Stephen M. Everett (SBN 121619) stephen.everett@klgates.com
Elaine Y. Chow (SBN 194063) elaine.chow@klgates.com
K&L Gates
Four Embarcadero Center, Ste. 1200
San Francisco, CA 94111
Tel: (415) 882-8002
Fax: (415) 882-8220

Attorneys for Defendant and Counterclaimant Advanced Micro Devices, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>        Plaintiff and Counterdefendant,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC., et al.<br><br>        Defendants and Counterclaimants. | CASE NO.  4:05-cv-04063-CW<br><br>**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE** |

20376432

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counterdefendant Tessera, Inc. ("Tessera") and Defendant and Counterclaimant Advanced Micro Devices, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims and counterclaims as between them in the above-captioned matter be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

STIPULATION AND ORDER OF
FINAL DISMISSAL WITH PREJUDICE

1

2    DATED:  March 22, 2013                    **MUNGER, TOLLES & OLSON LLP**

3                                              By: _/s/Ted G. Dane_____
                                               Ted G. Dane
4
                                               Attorneys for Plaintiff and Counterdefendant
5                                              Tessera, Inc.

6    DATED:  March 22, 2013                    **K&L GATES LLP**

7                                              By: _/s/Elaine Y. Chow_____

8                                              Attorneys for Defendant and Counterclaimant
                                               Advanced Micro Devices, Inc.
9

10
     SO ORDERED.
11
     DATED:  _____3/22/2013_____    _____
12                                             The Honorable Claudia Wilken

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF
                                         FINAL DISMISSAL WITH PREJUDICE

1

**CERTIFICATION OF CONCURRENCE**

2

I hereby attest that concurrence in the filing of this document has been obtained from

3

counsel for Advanced Micro Devices, Inc., Elaine Chow.

4

5

DATED:  March 22, 2013                              **MUNGER, TOLLES & OLSON LLP**

6

By:  _/s/Ted G. Dane_____
Ted G. Dane

7

Attorneys for Plaintiff and Counterdefendant
Tessera, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -