IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC.; SPANSION, LLC; SPANSION, INC; SPANSION TECHNOLOGY, INC.; ADVANCED SEMICONDUCTOR ENGINEERING, INC.; ASE (U.S.), INC.; CHIPMOS TECHNOLOGIES, INC.; CHIPMOS U.S.A., INC.; SILICONWARE PRECISION INDUSTRIES CO., LTD.; SILICONWARE USA, INC.; STMICROELECTRONICS N.V.; STMICROELECTRONICS, INC.; STATS CHIPPAC, INC.; STATS CHIPPAC (BVI), LTD.; and STATS CHIPPAC, LTD., <br><br> Defendants. <br> ═══════════════════════════════/ <br> AND ALL RELATED COUNTERCLAIMS <br> ═══════════════════════════════/ | No. C 05-4063 CW <br><br> ORDER DENYING MOTION FOR RELIEF FROM THE SPECIAL MASTER'S MARCH 19, 2013 ORAL RULING |

Defendants Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Inc. (collectively, Siliconware Defendants) have submitted a chambers copy of a motion for relief from the Special Master's March 19, 2013 oral ruling and a motion to seal the motion for relief and most of the supporting documents. In the March 19, 2013 oral ruling, the Special Master granted Plaintiff Tessera, Inc.'s motion for a protective order regarding Siliconware's subpoena to non-party Computer Aided Engineering (CAE).

Having reviewed the documents provided by Siliconware in its chambers copy, and having considered the matters de novo, the Court DENIES Siliconware's motion for relief and AFFIRMS the

Special Master's March 19, 2013 oral ruling for the reasons that he stated during the hearing on the record.

In addition, the Court notes that Siliconware has not filed either its motion for relief or its motion to seal in the docket of this case but rather has simply submitted a chambers copy of the motions and their supporting papers.[1]  Siliconware shall ensure that these motions have been filed properly in the docket of this action within five days of the date of this Order.

IT IS SO ORDERED.

Dated: 4/12/2013

CLAUDIA WILKEN
United States District Judge

---

[1] Siliconware has also submitted a chambers copy of a stipulation with Tessera agreeing that the relevant documents should be sealed.  Thus, it appears that Siliconware has served Tessera with a copy of its motion for relief.

2