ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
Michael F. Heafey (SBN 153499) (mheafey@orrick.com)
Thomas J. Gray (SBN 191411) (tgray@orrick.com)
Denise M. Mingrone (SBN 135224) (dmingrone@orrick.com)
Andrew S. Ong (SBN 267889) (aong@orrick.com)
Morvarid Metanat (SBN 268228) (mmetanat@orrick.com)

Attorneys for Defendants and Counterclaimants Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Inc.

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
Fred H. Bartlit, Jr. (Pro Hac Vice) (fred.bartlit@bartlit-beck.com)
Eric R. Olson (Pro Hac Vice) (eric.olson@bartlit-beck.com)
Sean Grimsley (SBN 216741) (sean.grimsley@bartlit-beck.com)
Sundeep K. (Rob) Addy (Pro Hac Vice) (rob.addy@bartlit-beck.com)
Nosson D. Knobloch (Pro Hac Vice) (nosson.knobloch@bartlit-beck.com)

Attorneys for Plaintiff and Counterdefendant Tessera, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.  C 05-04063 CW (EDL) <br><br> **STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE** |

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and
2    Counterdefendant, Tessera, Inc. and Defendants and Counterclaimants Siliconware Precision
3    Industries Co., Ltd. and Siliconware USA, Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that
4    all claims, counterclaims, and affirmative defenses as between them in the above-captioned
5    matter be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own
6    costs, expenses, and attorneys' fees.

8    DATED: May 9, 2013          ORRICK, HERRINGTON & SUTCLIFFE LLP

9                                By: /s/ Michael F. Heafey
                                         Michael F. Heafey

11                               Attorneys for Defendants and Counterclaimants Siliconware
                                 Precision Industries Co., Ltd. and Siliconware U.S.A., Inc.

13   DATED: May 9, 2013          BARTLIT BECK HERMAN PALENCHAR &
                                 SCOTT LLP

15                               By: /s/ Sean C. Grimsley
                                         Sean C. Grimsley

16                               Attorneys for Plaintiff and Counterdefendant
                                 Tessera, Inc.

18   SO ORDERED.

19   DATED:  5/9/2013            _____
                                 The Honorable Claudia Wilken
                                 United States District Judge

- 1 -

STIPULATION AND ORDER OF FINAL
DISMISSAL WITH PREJUDICE
CASE NO. 4:05-CV-04063-CW

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Andrew Ong and Michael Heafey.

DATED: May 9, 2013        BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By: */s/ Sean C. Grimsley*
        Sean C. Grimsley

Attorneys for Plaintiff and Counterdefendant Tessera, Inc.