ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
Michael F. Heafey (SBN 153499) (mheafey@orrick.com)
Thomas J. Gray (SBN 191411) (tgray@orrick.com)
Denise M. Mingrone (SBN 135224) (dmingrone@orrick.com)
Andrew S. Ong (SBN 267889) (aong@orrick.com)
Morvarid Metanat (SBN 268228) (mmetanat@orrick.com)

Attorneys for Defendants and Counterclaimants Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Inc.

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
Fred H. Bartlit, Jr. (Pro Hac Vice) (fred.bartlit@bartlit-beck.com)
Eric R. Olson (Pro Hac Vice) (eric.olson@bartlit-beck.com)
Sean Grimsley (SBN 216741) (sean.grimsley@bartlit-beck.com)
Sundeep K. (Rob) Addy (Pro Hac Vice) (rob.addy@bartlit-beck.com)
Nosson D. Knobloch (Pro Hac Vice) (nosson.knobloch@bartlit-beck.com)

Attorneys for Plaintiff and Counterdefendant Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C 05-04063 CW (EDL) <br><br> **STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counterdefendant, Tessera, Inc. and Defendants and Counterclaimants Siliconware Precision Industries Co., Ltd. and Siliconware USA, Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims, counterclaims, and affirmative defenses as between them in the above-captioned matter be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

DATED: May 9, 2013

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Michael F. Heafey*
Michael F. Heafey

Attorneys for Defendants and Counterclaimants Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Inc.

DATED: May 9, 2013

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By: */s/ Sean C. Grimsley*
Sean C. Grimsley

Attorneys for Plaintiff and Counterdefendant Tessera, Inc.

SO ORDERED.

DATED: 5/9/2013

The Honorable Claudia Wilken
United States District Judge

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for Siliconware Precision Industries Co., Ltd. and Siliconware U.S.A., Andrew Ong and Michael Heafey.

DATED: May 9, 2013         BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By: */s/ Sean C. Grimsley*
         Sean C. Grimsley

Attorneys for Plaintiff and Counterdefendant Tessera, Inc.