Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287

Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., | CASE NO. 4:05-CV-04063-CW |
| Plaintiff, | **REPORT AND RECOMMENDATIONS REGARDING MOTIONS TO SEAL DOCUMENTS** |
| vs. | |
| ADVANCED MICRO DEVICES, INC.; SPANSION, LLC; SPANSION, INC.; SPANSION TECHNOLOGY, INC.; ADVANCED SEMICONDUCTOR ENGINEERING, INC.; ASE (U.S.), INC.; CHIPMOS U.S.A., INC.; SILICONWARE PRECISION INDUSTRIES CO., LTD.; SILICONWARE USA, INC.; STMICROELECTRONICS N.V.; STMICROELECTRONICS, INC.; STATS CHIPPAC, INC.; STATS CHIPPAC (BVI), LTD.; and STATES CHIPPAC, LTD., | |
| Defendants. | |
| ~~SILICONWARE PRECISION INDUSTRIES CO, LTD; and SILICONWARE U.S.A., INC.,~~ | ~~CASE NO. C 08-3667-CW~~ |
| ~~**Plaintiffs,**~~ | |
| ~~vs.~~ | |
| ~~TESSERA, INC.,~~ | |
| ~~Defendant.~~ | |

1

| | |
|---|---|
| CHIPMOS TECHNOLOGIES, INC.; CHIPMOS U.S.A., INC.; and CHIPMOS TECHNOLOGIES (BERMUDA), LTD., <br><br>                Plaintiffs, <br><br>        vs. <br><br>TESSERA, INC., <br><br>                Defendant. | CASE NO. C 08-3827 CW |
| SPANSION, INC., et al., <br><br>                Plaintiffs, <br><br>        vs. <br><br>TESSERA, INC., <br><br>                Claimant. | CASE NO. C 10-4954 CW |
| POWERTECH TECHNOLOGY INC., <br><br>                Plaintiff, <br><br>        vs. <br><br>TESSERA, INC., <br><br>                Defendant. | CASE NO. C 10-945 CW |
| POWERTECH TECHNOLOGY INC., <br><br>                Plaintiff, <br><br>        vs. <br><br>TESSERA, INC., <br><br>                Defendant. | CASE NO. C 11-6121 CW |
| TESSERA, INC., <br><br>                Plaintiff, <br><br>        vs. <br><br>MOTOROLA, INC.; QUALCOMM, INC.; FREESCALE SEMICONFUCTOR, INC.; and ATI TECHNOLOGIES, ULC, <br><br>                Defendants. | CASE NO. C 12-692 CW |
| AND ALL RELATED COUNTERCLAIMS | |

(The first case caption for CHIPMOS v. TESSERA is crossed out with an X.)

To the Honorable Claudia Wilken, United States District Judge:

The undersigned special master respectfully submits to Your Honor the following report and recommendations regarding the adjudication of numerous motions to seal documents which have been made in these cases.

In several orders, Your Honor has referred to the special master the responsibility for the adjudication of the numerous motions; see *e.g.* Doc. No. 1093 in case 4:05-4063CW. Because of the volume of the motions and the necessity for an analysis of the numerous documents proposed to be sealed, the special master obtained by stipulation the assistance of a clerk selected by Tessera (herein called "plaintiff"), and two clerks selected by the adversaries to Tessera (herein called "defendants"). With the very able participation of those clerks, some progress was made, particularly in the Powertech cases, in the adjudication of the sealing motions.

However, that effort was materially slowed by the volume of other discovery motions made by the parties which required the attention of the special master, and by a one-month absence of the special master as the result of a medical issue. In addition, several settlements in this group of cases have resulted in the withdrawal of law firms from the litigation, and consequently the withdrawal of clerks from work on the sealing motions. At the present time, the special master has the assistance of one clerk selected by Tessera, and one clerk selected by one of the defendants. Although the work of those two clerks is very much valued, they are simply not enough to reduce the backlog of motions which have been filed and are pending.

In order to proceed with the responsibilities, the special master invited the attention of the parties to the necessity for additional clerk assistance, and suggested that defendants jointly designate one or more of their clerks to assist, or in the alternative authorize the special master to retain an outside law clerk to work for the special master with the clerk's time being compensated by defendants. Four defendants agreed to the alternative of the special master hiring a law clerk and charging the time to the affected defendants. One defendant did not agree with that position, and offered to make an associate available, but only to address those motions that concerned that firm's filings. The special master does not believe that it is workable to have one clerk representing each of the affected parties, for reasons of ethics and the coordination and

1  supervision of their work.

2      The special master therefore proposes to retain an outside law clerk to assist him on the
3  sealing motions. The special master recommends the hiring of Ms. Marlo Cohen, who is an
4  attorney and has served as a law clerk on cases for numerous judges and attorneys associated
5  with JAMS. She has no known connection with these cases or with any of the litigants. Ms.
6  Cohen is highly qualified to perform the needed tasks in this case. Her billable rate is
7  reasonable, and the rate and her CV will be disclosed to the affected parties. The special master
8  will plan to have her time charged only to the litigants involved in each of the particular sealing
9  motions. The special master will also continue to use the services of the two law clerks who are
10 presently assisting in this work, if they and their law firms are willing to do so. Their work
11 would not be separately billed to the cases and would not be billed to other litigants.

12     The special master therefore recommends that he be authorized to retain the services of
13 Ms. Marlo Cohen as a clerk to work with him and with the other clerks, on the motions to seal
14 records in these cases; Ms. Cohen's services will be charged to the parties in these cases, with
15 JAMS using its best efforts to see that the charges are applied to the particular sealing motions at
16 issue.

18     Respectfully submitted,

20 Dated: July 30, 2013

                                                                   Hon. Charles A. Legge (Ret.),
                                                                   Special Master

23     The report and recommendation of the special master is:

24     (Approved and Adopted)/Denied/Modified

26 Dated: July 31, 2013

                                                                   Hon. Claudia Wilken, U.S.D.J.