1  **FOLEY & LARDNER LLP**
   975 Page Mill Road
2  Palo Alto, CA 94304
   Telephone: 650.856.3700
3  Facsimile: 650.856.3710
   Adrienne Hunacek Miller, CA BAR NO. 274660
4  AMILLER@FOLEY.COM

5  **FOLEY & LARDNER LLP**
   90 Park Avenue
6  New York, NY 10016
   Telephone: 212-682-7474
7  Facsimile: 212-687-2329
   Steven J. Rizzi (Admitted *Pro Hac Vice*)
8  SRIZZI@FOLEY.COM
   Ramy E. Hanna (Admitted *Pro Hac Vice*)
9  RHANNA@FOLEY.COM

10 Attorneys for Defendants and Counterclaimants ADVANCED SEMICONDUCTOR
   ENGINEERING, INC. and ASE (U.S.), INC.
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                      OAKLAND DIVISION

15

| TESSERA, INC., | CASE NO. 4:05-cv-04063-CW |
|---|---|
| Plaintiff, Counterdefendant, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL AZRA M. HADZIMEHMEDOVIC, BRETT E. COOPER, DAVID J. BALL, Jr., and SVEN RAZ** |
| ADVANCED MICRO DEVICES, INC. et al., | |
| Defendants, Counterclaimants. | |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 11-5(a), Defendants and

3  Counterclaimants Advanced Semiconductor Engineering, Inc., and ASE (U.S.) Inc. (collectively,

4  the "ASE Parties"), hereby seek an Order from this Court allowing withdrawal of Azra M.

5  Hadzimehmedovic, Brett E. Cooper, David J. Ball, Jr., and Sven Raz as counsel in the above-

6  captioned action.  Adrienne Hunacek Miller, of Foley & Lardner LLP, 975 Page Mill Road, Palo

7  Alto, CA 94304-1013; and Steven J. Rizzi (admitted *pro hac vice*) and Ramy E. Hanna (admitted

8  *pro hac vice*) of Foley & Lardner LLP, 90 Park Avenue, New York, New York 10016-1314, will

9  continue as counsel of record for the ASE Parties.

10

11  Dated:  September 11, 2013      /s/ *Steven J. Rizzi*
                                    Adrienne Hunacek Miller
12                                  Steven J. Rizzi
                                    Ramy Hanna
13                                  Attorneys for Defendants and Counterclaimants
                                    Advanced Semiconductor Engineering, Inc., and
14                                  ASE (U.S.) Inc.

15

16
                    **[~~PROPOSED~~] ORDER**
17

18
        IT IS SO ORDERED.
19

20  Dated:   September 12, 2013 BY: _____
                                    Honorable Claudia Wilken
21                                  United States District Court Judge

22

23

24

25

26

27

28