**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.856.3700
Facsimile: 650.856.3710
Adrienne Hunacek Miller, CA BAR NO. 274660
AMILLER@FOLEY.COM

**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016
Telephone: 212-682-7474
Facsimile: 212-687-2329
Steven J. Rizzi (Admitted *Pro Hac Vice*)
SRIZZI@FOLEY.COM
Ramy E. Hanna (Admitted *Pro Hac Vice*)
RHANNA@FOLEY.COM

Attorneys for Defendants and Counterclaimants ADVANCED SEMICONDUCTOR ENGINEERING, INC. and ASE (U.S.), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>             Plaintiff, Counterdefendant,<br><br>        v.<br><br>ADVANCED MICRO DEVICES, INC. et al.,<br><br>             Defendants, Counterclaimants. | CASE NO. 4:05-cv-04063-CW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AZRA M. HADZIMEHMEDOVIC, BRETT E. COOPER, DAVID J. BALL, Jr., and SVEN RAZ** |

NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER
CASE NO. 4:05-CV-04063-CW

4821-6131-7909.2

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 11-5(a), Defendants and

3  Counterclaimants Advanced Semiconductor Engineering, Inc., and ASE (U.S.) Inc. (collectively,

4  the "ASE Parties"), hereby seek an Order from this Court allowing withdrawal of Azra M.

5  Hadzimehmedovic, Brett E. Cooper, David J. Ball, Jr., and Sven Raz as counsel in the above-

6  captioned action. Adrienne Hunacek Miller, of Foley & Lardner LLP, 975 Page Mill Road, Palo

7  Alto, CA 94304-1013; and Steven J. Rizzi (admitted *pro hac vice*) and Ramy E. Hanna (admitted

8  *pro hac vice*) of Foley & Lardner LLP, 90 Park Avenue, New York, New York 10016-1314, will

9  continue as counsel of record for the ASE Parties.

11  Dated: September 11, 2013      /s/ *Steven J. Rizzi*
    Adrienne Hunacek Miller
12      Steven J. Rizzi
    Ramy Hanna
13      Attorneys for Defendants and Counterclaimants
    Advanced Semiconductor Engineering, Inc., and
14      ASE (U.S.) Inc.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: September 12, 2013 BY: _____
    Honorable Claudia Wilken
    United States District Court Judge

---

1
NOTICE OF WITHDRAWAL OF COUNSEL AND PROPOSED ORDER
CASE NO. 4:05-CV-04063-CW

4821-6131-7909.2