Fred H. Bartlit, Jr. (Pro Hac Vice) fred.bartlit@bartlit-beck.com
Eric R. Olson (Pro Hac Vice) eric.olson@bartlit-beck.com
Sean Grimsley (SBN 216741) sean.grimsley@bartlit-beck.com
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
*Attorneys for Plaintiff and Counterdefendant, Tessera, Inc.*

Joseph R. Lanser (Pro Hac Vice) jlanser@seyfarth.com
Matthew A. Werber (Pro Hac Vice) mwerber@seyfarth.com
**Seyfarth Shaw LLP**
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Tel: (312) 460-5000
Fax: (312) 460-7000
*Attorneys for Defendants and Counterclaimants ChipMOS Technologies, Inc. and ChipMOS U.S.A.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc.,<br><br>    Plaintiff and Counterdefendant,<br>v.<br>Advanced Micro Devices, Inc., et al.,<br><br>    Defendants and Counterclaimants. | Case No. 4:05-cv-04063-CW<br><br>**Stipulation and Order of Final Dismissal with Prejudice** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counterdefendant, Tessera, Inc. ("Tessera") and Defendants and Counterclaimants ChipMOS Technologies, Inc. and ChipMOS U.S.A. (collectively, "ChipMOS") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims and counterclaims as between them in the above-captioned matter be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | | |
|---|---|---|
| 1 | DATED: November 12, 2013 | **BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP** |
| 2 | | By: /s/ Eric R. Olson |
| 3 | | Eric R. Olson |
| | | *Attorneys for Plaintiff and Counterdefendant Tessera, Inc.* |
| 4 | DATED: November 12, 2013 | **SEYFARTH SHAW, LLP** |
| 5 | | By: /s/ Joseph R. Lanser |
| 6 | | *Attorneys for Defendant and Counterclaimant ChipMOS Technologies, Inc., and ChipMOS U.S.A.* |

SO ORDERED.

DATED: 11/15/2013

The Honorable Claudia Wilken

# CERTIFICATION OF CONCURRENCE

I hereby attest that concurrence in the filing of this document has been obtained from counsel for ChipMOS, Joseph R. Lanser.

Dated: November 12, 2013

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

By: /s/ Eric R. Olson
Eric R. Olson
*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*

4817-2038-3506, v 2