IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

    Plaintiff,

  v.

ADVANCED MICRO DEVICES, INC., et al.,

    Defendants.
_____/

No. C 05-04063 CW

ORDER ADOPTING SPECIAL MASTER'S OCTOBER 8, 2013 RECOMMENDATIONS

    Defendants' objections (Docket Nos. 1247 and 1251) to the Special Master's Recommendations of October 8, 2013 regarding Dr. Fan's report are overruled, and Tessera's motion to adopt the recommendations is granted. (Docket No. 1257). Tessera's motion to strike Defendants' reply briefs (Docket No. 1265) is denied as moot.

Dated: 11/20/2013

CLAUDIA WILKEN
United States District Judge