Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., et al., <br><br> Defendants. | Case No. 4:05-CV-04063-CW <br><br> **STIPULATION AND ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |
| TESSERA, INC. <br><br> Plaintiff, <br><br> MOTOROLA INC., et al., <br><br> Defendants. | Case No: 4:12-CV-00692-CW |
| AND RELATED COUNTERCLAIMS. | |

WHEREAS, on November 26, 2013, the Special Master in the above-entitled actions issued a Report & Recommendation modifying the case management schedules in the above-entitled actions; and

WHEREAS Plaintiff Tessera, Inc. and Defendants (collectively, the "Parties") seek to have the Special Master's recommended scheduling modifications adopted by the Court, while reserving all rights to seek further modifications of the schedule should the Court-Appointed Expert, Dr. Dauskardt, request a different schedule, should facts change, or should the parties learn of new facts that may impact scheduling considerations;

NOW THEREFORE, subject to the approval of the Court, the Parties hereby stipulate that the schedule in the above-entitled actions may be, and hereby is, modified as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| **Defendants' Supplemental Rebuttal Expert Reports** | N/A | January 17, 2014 |
| **Deadline for Completion of Supplemental Expert Depositions** | N/A | January 31, 2014 |
| **Court-Appointed Expert Report** | December 20, 2013 | February 25, 2014 |
| **Complete Deposition of Court-Appointed Expert** | January 17, 2014 | March 11, 2014 |
| **Expert Discovery Cut-Off** | January 17, 2014 | March 11, 2014 |
| **Tessera's Opening Brief on Claim Construction and Summary Judgment** | February 3, 2014 | March 18, 2014 |
| **Defendants' Responsive Briefs on Claim Construction and Summary Judgment** | February 26, 2014 | April 1, 2014 |
| **Tessera's Reply Brief on Claim Construction and Summary Judgment** | March 12, 2014 | April 15, 2014 |
| **Defendants' Reply Briefs on Claim Construction and Summary Judgment** | March 26, 2014 | April 29, 2014 |
| **Court-Appointed Expert to Provide Advisory Opinion on Claim Construction** | April 11, 2014 | May 12, 2014 |
| **Further CMC and Hearing on Claim Construction and Summary Judgment Motions** | April 24, 2014 | May 29, 2014 |
| **Final Pretrial Conference** | July 30, 2014 | No Change |
| **Jury Trial Begins** | August 25, 2014 | No Change |

| | |
|---|---|
| Dated:  November 27, 2013 | By: */s/ Ted G. Dane*<br>Gregory P. Stone<br>gregory.stone@mto.com<br>Ted G. Dane<br>ted.dane@mto.com<br>Joseph D. Lee (SBN 110840)<br>joseph.lee@mto.com<br>**Munger Tolles & Olson LLP**<br>355 South Grand Ave., 35th Floor<br>Los Angeles, CA 90071-1560<br>Tel:  (213) 683-9100<br>Fax:  (213) 687-3702<br><br>Fred H. Bartlit, Jr.<br>fred.bartlit@bartlit-beck.com<br>Eric R. Olson<br>eric.olson@bartlit-beck.com<br>Sean Grimsley<br>sean.grimsley@bartlit-beck.com<br>**Bartlit Beck Herman Palenchar & Scott LLP**<br>1899 Wynkoop St., 8th Floor<br>Denver, CO 80202<br>Tel:  (303) 592-3100<br>Fax:  (303) 592-3140<br><br>*Attorneys for Plaintiff and Counter-Defendant Tessera, Inc.* |
| Dated:  November 27, 2013 | By:  */s/ Steven J. Rizzi*<br>Steven J. Rizzi<br>srizzi@foley.com<br>**Foley & Lardner LLP**<br>90 Park Avenue<br>New York, NY 10016-1314<br>Tel: (212) 682-7474<br>Fax: (212) 687-2329<br><br>*Attorneys for Defendants Advanced Semiconductor Engineering, Inc. and ASE (U.S.) Inc.* |
| Dated:  November 27, 2013 | By:  */s/ Terry W. Ahearn*<br>David L. Larson<br>dlarson@mwe.com<br>David H. Dolkas<br>*ddolkas@mwe.com*<br>Terry W. Ahearn<br>tahearn@mwe.com<br>**McDermott Will & Emery LLP**<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025-4004<br>Tel:  (650) 815-7400<br>Fax:  (650) 815-7401 |

*Attorneys for Defendant Qualcomm Incorporated*

By:  /s/ Teague I. Donahey
David L. Anderson
dlanderson@sidley.com
Philip W. Woo
pwoo@sidley.com
Teague I. Donahey
tdonahey@sidley.com
Ryan M. Sandrock
rsandrock@sidley.com
**Sidley Austin LLP**
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Bryan K. Anderson
bkanderson@sidley.com
**Sidley Austin LLP**
1001 Page Mill Road, Bldg. 1
Palo Alto, California  94304
Telephone:  (650) 565-7000
Facsimile:  (650) 565-7100

*Attorneys for Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.*

### CERTIFICATE OF CONCURRENCE

I hereby attest that concurrence in the filing of this document has been obtained from all parties.

Dated:  November 27, 2013

/s/ Terry W. Ahearn
Terry W. Ahearn
McDermott Will & Emery LLP
275 Middlefield Rd., Suite 100
Menlo Park, CA 94025
Telephone:  650.815.7400
Facsimile:  650.814.7401
tahearn@mwe.com

*Attorneys for Defendant Qualcomm Incorporated*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 3, 2013

_____
UNITED STATES DISTRICT JUDGE

DM_US 47690925-3.050278.0407