IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
TESSERA, INC.,                          No. C 05-4063 CW

          Plaintiff,

     v.

ADVANCED MICRO DEVICES, INC., et.
al.,

          Defendant.
_____/

POWERTECH TECHNOLOGY INC.,              No. C 10-945 CW

          Plaintiff,

     v.

TESSERA, INC.,

          Defendant.
_____/

POWERTECH TECHNOLOGY INC.,              No. C 11-6121 CW

          Plaintiff,

     v.

TESSERA, INC.,

          Defendant.
_____/

TESSERA, INC.,                          No. C 12-692 CW

          Plaintiff,                    ORDER REGARDING
                                        REPLACEMENT
     v.                                 SPECIAL MASTER

MOTOROLA, INC., et. al.,

          Defendant.
_____/

AND ALL RELATED COUNTERCLAIMS
_____/
```

1    On March 3, 2012, the Court appointed the Hon. Charles A. Legge (Retired) as special master for discovery matters in the above-referenced cases. Judge Legge has informed the Court that he intends to retire on December 31, 2013. The Court finds that the exceptional amount of judicial resources expended adjudicating disputes in this case nevertheless continues to warrant the services of a special master to oversee discovery and sealing, and justifies the expansion of his duties to assist in pre-trial matters, such as in limine motions. The Court will appoint one of the following three candidates as a replacement: The Hon. Wayne D. Brazil (Retired), the Hon. James Larson (Retired), or Martin Quinn, all of JAMS. Any resources provided to Judge Legge, including law clerks made available by the parties and retained through JAMS, shall continue to be available to the replacement special master.

    Pursuant to Federal Rule of Civil Procedure 53(b)(1), the Court provides the parties with notice and an opportunity to be heard on this issue. The parties are encouraged to stipulate to their choice of a special master from the three candidates referenced above. If the parties cannot come to an agreement, they shall each submit their rankings of preferred candidates in a confidential letter to the Court and the Court will select one. Any stipulation or letter shall be submitted no later than December 13, 2013.

    The Court also seeks the parties' stipulation that the standard of review applicable to pretrial matters decided by magistrate judges set out in 28 U.S.C. § 636(b)(1)(A) shall apply to the special master's orders in this case. If the parties

2

1  agree, they shall file a stipulation at the same time as their
2  responses to this notice.
3       IT IS SO ORDERED.

5  Dated: 12/6/2013

       _____
       CLAUDIA WILKEN
       United States District Judge