IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., | No. C 05-4063 CW |
|     Plaintiff, | |
|   v. | |
| ADVANCED MICRO DEVICES, INC., et al., | |
|     Defendant. | |
| POWERTECH TECHNOLOGY INC., | No. C 10-945 CW |
|     Plaintiff, | |
|   v. | |
| TESSERA, INC., | |
|     Defendant. | |
| POWERTECH TECHNOLOGY INC., | No. C 11-6121 CW |
|     Plaintiff, | |
|   v. | |
| TESSERA, INC., | |
|     Defendant. | |
| TESSERA, INC., | No. C 12-692 CW |
|     Plaintiff, | ORDER REQUESTING § 455 DECLARATION FROM PROPOSED SPECIAL MASTER PRIOR TO APPOINTMENT |
|   v. | |
| MOTOROLA, INC., et al., | |
|     Defendant. | |
| AND ALL RELATED COUNTERCLAIMS | |

Having reviewed the parties' confidential letters regarding their preferences for special master, the Court intends to appoint the Hon. Wayne D. Brazil (Retired) as special master to oversee discovery and other pretrial matters in this case.  Pursuant to Federal Rule of Civil Procedure 53(b)(3), an order appointing a special master can only be issued after the master has filed an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455 and, if a ground for disqualification is disclosed, after the parties have consented with the Court's approval to waive the disqualification.

Accordingly, the proposed special master is asked to file within seven days of this order an affidavit in the form attached disclosing whether there is any ground for disqualification.

IT IS SO ORDERED.

Dated: 12/17/2013

CLAUDIA WILKEN
United States District Judge

2

1    Having informed myself about my personal and fiduciary
2 financial interests, and having made a reasonable effort to inform
3 myself about the personal financial interests of my spouse and
4 minor children residing in my household, if any, I certify that
5 there are **[grounds] [no grounds]** for disqualification pursuant to
6 28 U.S.C. § 455.
7    The grounds for disqualification, if any, are as follows:
8 _____
9 _____
10 _____
11 _____
12 _____
13
14    I declare under penalty of perjury under the laws of the
15 United States of America that the foregoing is true and correct.
16
17 Signed:_____ Dated: _____