IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ADVANCED MICRO DEVICES, INC., et. al., <br><br>　　　　Defendant. <br>_____/ | No. C 05-4063 CW |
| POWERTECH TECHNOLOGY INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>TESSERA, INC., <br><br>　　　　Defendant. <br>_____/ | No. C 10-945 CW |
| POWERTECH TECHNOLOGY INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>TESSERA, INC., <br><br>　　　　Defendant. <br>_____/ | No. C 11-6121 CW |
| TESSERA, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>MOTOROLA, INC., et. al., <br><br>　　　　Defendant. <br>_____/ <br>AND ALL RELATED COUNTERCLAIMS <br>_____/ | No. C 12-692 CW <br><br>ORDER GRANTING PACER FEE EXEMPTION |

    The Court has appointed the Hon. Wayne D. Brazil (Ret.) as Speical Master in the above-referenced cases. Judge Brazil has requested a PACER fee waiver, which the undersigned construes as a motion for exemption from the PACER fee. The standards established by the Judicial Conference for granting such an exemption are to avoid unreasonable burdens and to promote public access to such information. Both standards must be met in order for the court to grant an exemption from the PACER fee.

    It would be unreasonable to burden Judge Brazil with payment of this fee while he is working under appointment by and on behalf of the Court. Because he is performing a public function as a Special Master in this case, public access to information will be promoted if he has free access to the entire docket in this case. Thus, the Court finds that both standards have been met in this instance and GRANTS Judge Brazil's motion for exemption from PACER user fees. The exemption shall remain in place as long as Judge Brazil remains appointed as Special Master in the above-referenced cases.

    IT IS SO ORDERED.

Dated: 12/20/2013

_____
CLAUDIA WILKEN
United States District Judge