IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

    Plaintiff,

    v.

ADVANCED MICRO DEVICES, INC., et al.,

    Defendant.
_____/

TESSERA, INC.,

    Plaintiff,

    v.

MOTOROLA, INC., et al.,

    Defendant.
_____/

AND ALL RELATED COUNTERCLAIMS
_____/

No. C 05-4063 CW

No. C 12-692 CW

ORDER REGARDING SUBMISSIONS TO DR. DAUSKARDT

On December 18, 2013, the parties in the above-referenced cases filed a joint letter asking the Court to resolve a dispute about their submissions to Dr. Dauskardt, the Court-appointed testifying expert. At the Court's direction, the parties asked Dr. Dauskardt what materials he required from the parties in order to complete his expert report. Dr. Dauskardt responded with a simple email requesting the parties provide "succinct" summary briefs and deposition designations by "early January." Docket No. 1302, Ex. C. Because the parties cannot even agree about the meaning of Dr. Dauskardt's email, the Court provides the following direction:

    (1)    The parties shall each file simultaneous summary briefs not exceeding twenty-five pages in length by January 17, 2014.

    (2)    The parties may append deposition designations and exhibits, but only to the extent that they are cited in the summary briefs.  Mass designations are not allowed.

    (3)    The parties shall provide additional information to Dr. Dauskardt upon request, in the format that he chooses.

IT IS SO ORDERED.

Dated: 12/20/2013

CLAUDIA WILKEN
United States District Judge