IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

    Plaintiff,

  v.

ADVANCED MICRO DEVICES, INC., et al.,

    Defendant.
_____/

TESSERA, INC.,

    Plaintiff,

  v.

MOTOROLA, INC., et al.,

    Defendant.
_____/

AND ALL RELATED COUNTERCLAIMS
_____/

No. C 05-4063 CW

No. C 12-692 CW

ORDER GRANTING AS MODIFIED TESSERA'S MOTION TO PROVIDE SUPPLEMENTAL BRIEFING TO SPECIAL MASTER

    Tessera moves to file a supplemental summary brief to the Court-appointed expert, Dr. Dauskardt. On January 17, 2014, both Tessera and Defendants sent summary briefs to Dr. Dauskardt to aid him in the preparation of his neutral expert report. Because Defendants were only required to submit their brief on January 17, 2014, and did not do so until that day, Tessera's summary brief did not address the supplemental expert reports, while Defendants' summary brief did. Tessera argues that it will be severely prejudiced because there was significant new information in the supplemental expert reports, including an error in Defendants' reasoning, which Tessera was not able to raise before Dr. Dauskardt.

In the interests of providing Tessera with a fair opportunity to address Defendants' supplemental expert report to Dr. Dauskardt, the Court will allow Tessera to submit a five page supplemental summary brief to Dr. Dauskardt no later than February 14, 2014.  Tessera may not discuss other issues but is limited to rebutting new issues raised in Defendants' supplemental report.

IT IS SO ORDERED.

Dated: 2/12/2014

CLAUDIA WILKEN
United States District Judge