IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>       Defendant.<br>_____/ | No. C 05-4063 CW |
| TESSERA, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>MOTOROLA, INC., et al.,<br><br>       Defendant.<br>_____/<br>AND ALL RELATED COUNTERCLAIMS<br>_____/ | No. C 12-692 CW<br><br>ORDER REGARDING MOTIONS TO ALTER CASE SCHEDULE<br><br>(Re: Docket Nos. 1377, 1379, 1380) |

Plaintiff Tessera, Inc., Defendant Qualcomm, Inc., and Defendants STMicroelectronics, Inc. and STMicroelectronics N.V. (ST) all move to alter the case schedule to accommodate the Court-appointed expert's (CAE) request to extend the deadline for his expert report to March 14, 2014. Of the three competing proposals, the Court finds that ST's has the advantage. ST's proposed adjustment provides sufficient time for the Court to consider the parties' summary judgment motions and for the parties to attend another mediation following the CAE's opinion. Accordingly, ST's proposal is adopted:

| Event | Date |
|---|---|
| CAE Report | March 14, 2014 |
| CAE Dep. Deadline | April 1, 2014 |
| Tessera's Summary Judgment (SJ) and Claim Construction (CC) | April 7, 2014[1] |
| Defendants' SJ and CC; Response to Tessera SJ | April 21, 2014 |
| Defendants' Reply SJ and CC | April 29, 2014 |
| CAE Advisory Opinion on CC | June 2, 2014 |
| Deadline for Mandatory Mediation for all parties | June 13, 2014 |
| CMC and Hearing on CC and SJ | June 19, 2014 |
| Pretrial Conference | October 13, 2014 |
| Jury Trial | November 10, 2014 |

   IT IS SO ORDERED.

Dated: 3/20/2014

CLAUDIA WILKEN
United States District Judge

---

[1] Because Tessera has already filed its summary judgment brief in advance of the new deadline, it may withdraw its motion, giving notice to Defendants and the Court without delay, and refile before the new deadline.

2