1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  TESSERA, INC.,                          No. C 05-4063 CW

5           Plaintiff,

6       v.

7  ADVANCED MICRO DEVICES, INC., et
   al.,

8

9           Defendant.
   _____/

10 TESSERA, INC.,                          No. C 12-692 CW

11          Plaintiff,                      AMENDED ORDER
                                            REGARDING MOTIONS
12      v.                                  TO ALTER CASE
                                            SCHEDULE
13 MOTOROLA, INC., et al.,
                                            (Re: Docket Nos.
14          Defendant.                      1377, 1379, 1380)
   _____/

15 AND ALL RELATED COUNTERCLAIMS

16 _____/

17      Plaintiff Tessera, Inc., Defendant Qualcomm, Inc., and

18 Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.

19 (ST) all move to alter the case schedule to accommodate the Court-

20 appointed expert's (CAE) request to extend the deadline for his

21 expert report to March 14, 2014.  Of the three competing

22 proposals, the Court finds that ST's has the advantage.  ST's

23 proposed adjustment provides sufficient time for the Court to

24 consider the parties' summary judgment motions and for the parties

25 to attend another mediation following the CAE's opinion.

26 Accordingly, ST's proposal is adopted:

27

28

**United States District Court**
For the Northern District of California

| Event | Date |
|---|---|
| CAE Report | March 14, 2014 |
| CAE Deposition Deadline | April 1, 2014 |
| Tessera's Summary Judgment (SJ) and Claim Construction (CC) | April 7, 2014[1] |
| Defendants' SJ and CC; Response to Tessera SJ | April 21, 2014 |
| Tessera's Response to SJ; Reply SJ and CC | May 5, 2014 |
| Defendants' Reply SJ and CC | May 19, 2014 |
| CAE Advisory Opinion on CC | June 2, 2014 |
| Deadline for Mandatory Mediation for All Parties | June 13, 2014 |
| CMC and Hearing on CC and SJ | June 19, 2014 |
| Pretrial Conference | October 8, 2014 |
| Jury Trial | November 10, 2014 |

IT IS SO ORDERED.


Dated: 3/26/2014

CLAUDIA WILKEN
United States District Judge

---

[1] Because Tessera has already filed its summary judgment brief in advance of the new deadline, it may withdraw its motion, giving notice to Defendants and the Court without delay, and refile before the new deadline.

2