1  David L. Anderson (SBN 149604)
   dlanderson@sidley.com
2  Philip W. Woo (SBN 196459)
   pwoo@sidley.com
3  Teague I. Donahey (SBN 197531)
   tdonahey@sidley.com
4  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
5  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
6  San Francisco, California  94104
   Telephone:  (415) 772-1200
7  Facsimile:  (415) 772-7400

8  Bryan K. Anderson (SBN 170666)
   bkanderson@sidley.com
9  SIDLEY AUSTIN LLP
   1001 Page Mill Road, Bldg. 1
10 Palo Alto, California  94304
   Telephone:  (650) 565-7000
11 Facsimile:  (650) 565-7100

12 Attorneys for Defendants STMicroelectronics, Inc.
   and STMicroelectronics N.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>  v.<br><br>ADVANCED MICRO DEVICES, INC. ET AL.,<br><br>    Defendants and Counter-claimants. | Case No. 4:05-cv-04063-CW<br><br>[PROPOSED] **ORDER GRANTING THE ST DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AT DOCKET NO. 1457.** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Defendants STMicroelectronics, Inc. and STMicroelectronics N.V.'s (together the "ST Defendants"), Motion to Remove Incorrectly Filed Document at Docket No. 1457, and good cause appearing therefor, IT IS HEREBY ORDERED:

The clerk shall permanently remove The ST Defendants' Summary Judgment and Claim Construction Reply Brief filed at Docket No. 1457 from ECF.

Dated: __May 23__, 2014                            
                                                   Hon. Claudia Wilken

---

[PROPOSED] ORDER GRANTING THE ST DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AT DOCKET NO. 1457 – CASE NO. 4:05-CV-04063-CW