Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>    v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Defendants and Counterclaimants.<br><br>AND RELATED CASES | Case No. 4:05-CV-04063-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO REVISE CLAIM CONSTRUCTION AND SUMMARY JUDGMENT HEARING DATE**<br><br>**JUDGE: HON. CLAUDIA WILKEN**<br><br>*RELATED CASE: 4:12-CV-00692-CW* |

WHEREAS, the Court-appointed expert (CAE), Dr. Reinhold Dauskardt, was ordered by the Court to provide an advisory opinion on claim construction and to attend the claim construction and summary judgment oral hearing. [DI 987]

WHEREAS, Dr. Dauskardt advises Defendants ST Microelectronics, Inc. and ST Microelectronics N.V. and Plaintiff Tessera, Inc. (the Parties) that he has other professional commitments that prevent him from attending the hearing on the currently scheduled date of June 19, 2014, and requests that the claim construction and summary judgment hearing be moved to July 24, 2014 so that he can attend.

WHEREAS, the Parties seek to accommodate Dr. Dauskardt's request to move the date of the claim construction and summary judgment hearing so that he can attend.

WHEREAS, on March 26, 2014, an Amended Order was entered [DI 1419] altering the case schedule.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the claim construction and summary judgment hearing set for June 19, 2014 at 2:00 p.m. will be held on July 24, 2014 at 2:00 p.m., subject to the Court's availability, to accommodate Dr. Dauskardt's request, and that the deadline for Dr. Dauskardt to provide his advisory opinion on claim construction be extended from June 2, 2014 to July 7, 2014. These schedule modifications will not affect any other date in the case schedule.

*The Parties' Proposed New Hearing Date*

| Event | Current Date | Proposed New Date | Comments |
|---|---|---|---|
| CAE Advisory Opinion on CC | June 2, 2014 | July 7, 2014 | None |
| Deadline for Mandatory Mediation for all Parties | June 13, 2014 | Same | None |
| CMC and Hearing on CC and SJ | June 19, 2014 | July 24, 2014 | Per Dr. Dauskardt's request |
| Pretrial Conference | October 8, 2014 | Same | None |
| Jury Trial | November 10, 2014 | Same | None |

2

STIPULATION AND [PROPOSED] ORDER TO REVISE CLAIM CONSTRUCTION AND SUMMARY JUDGMENT HEARING DATE – 4:05-CV-04063 CW

| | |
|---|---|
| Dated:  June 4, 2014 | By: */s/ David L. Anderson* <br> David L. Anderson (SBN 149604) <br> dlanderson@sidley.com <br> Philip W. Woo (SBN 196459) <br> pwoo@sidley.com <br> Teague I. Donahey (SBN 197531) <br> tdonahey@sidley.com <br> Ryan M. Sandrock (SBN 251781) <br> rsandrock@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street, Suite 2000 <br> San Francisco, California  94104 <br> Telephone:  (415) 772-1200 <br> Facsimile:  (415) 772-7400 <br><br> Bryan K. Anderson (SBN 170666) <br> bkanderson@sidley.com <br> SIDLEY AUSTIN LLP <br> 1001 Page Mill Road, Bldg. 1 <br> Palo Alto, California  94304 <br> Telephone:  (650) 565-7000 <br> Facsimile:  (650) 565-7100 <br> *Attorneys for Defendants* <br> *STMicroelectronics, Inc.* <br> *and STMicroelectronics N.V.* |

STIPULATION AND [~~PROPOSED~~] ORDER TO REVISE CLAIM CONSTRUCTION AND SUMMARY JUDGMENT HEARING DATE – 4:05-CV-04063 CW

Dated: June 4, 2014            By: */s/ Eric R. Olson*
Ted G. Dane (SBN 143195)
ted.dane@mto.com
Joseph D. Lee (SBN 110840)
Joseph.Lee@mto.com
Garth T. Vincent (SBN 156574)
Garth.Vincent@mto.com
Zachary M. Briers (SBN 287984)
Zachary.Briers@mto.com
Munger, Tolles & Olson LLP
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

Fred H. Bartlit, Jr. (Pro Hac Vice)
fred.bartlit@bartlit-beck.com
Eric R. Olson (Pro Hac Vice)
eric.olson@bartlit-beck.com
Sean Grimsley (SBN 216741)
sean.grimsley@bartlit-beck.com
Sundeep K. (Rob) Addy (Pro Hac Vice)
rob.addy@bartlit-beck.com
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop St., 8th Floor
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

*Attorneys for Plaintiff and Counter-Defendant Tessera, Inc.*

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: June 4, 2014

           By: */s/ Philip W. Woo*
                Philip W. Woo

STIPULATION AND [~~PROPOSED~~] ORDER TO REVISE CLAIM CONSTRUCTION AND SUMMARY JUDGMENT HEARING DATE – 4:05-CV-04063 CW

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____June 16_, 2014

_____
UNITED STATES DISTRICT JUDGE