Counsel of Record Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>    v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Defendants and<br>    Counterclaimants.<br><br>AND RELATED CASES | Case No. 4:05-CV-04063-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COURT APPOINTED EXPERT'S ADVISORY OPINION ON CLAIM CONSTRUCTION**<br><br>**JUDGE: HON. CLAUDIA WILKEN**<br><br>*RELATED CASE: 4:12-CV-00692-CW* |

WHEREAS, the Court-appointed expert (CAE), Dr. Reinhold Dauskardt, was ordered by the Court to provide an advisory opinion on claim construction and to attend the claim construction and summary judgment oral hearing. [DI 987]

WHEREAS, on March 26, 2014, an Amended Order was entered [DI 1419] altering the case schedule.

WHEREAS, on June 30, 2014 the Court issued an Order granting Defendants ST Microelectronics, Inc. and ST Microelectronics N.V.'s ("Defendants") motion to file a Supplemental Brief and permitting Plaintiff Tessera, Inc. ("Plaintiff") to file a Response on July 10, 2014, both of which are relevant to Dr. Dauskardt's advisory opinion on claim construction and Tessera's motion for summary adjudication on indefiniteness. [DI 1478]

WHEREAS, the Parties seek to provide Dr. Dauskardt an opportunity to review their respective briefs before issuing his advisory opinion on claim construction.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the deadline for Dr. Dauskardt to provide his advisory opinion on claim construction be extended from July 7, 2014 to July 14, 2014.  This schedule modification will not affect any other date in the case schedule.

*The Parties' Proposed New Deadline*

| Event | Current Date | Proposed New Date |
|---|---|---|
| CAE Advisory Opinion on CC | July 7, 2014 | July 14, 2014 |
| CMC and Hearing on CC and SJ | July 24, 2014 | Same |
| Pretrial Conference | October 8, 2014 | Same |
| Jury Trial | November 10, 2014 | Same |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COURT APPOINTED EXPERT'S ADVISORY OPINION ON CLAIM CONSTRUCTION – 4:05-cv-04063 CW**

**1**

1
2  Dated: July 1, 2014                     By: */s/ David L. Anderson*
3                                          David L. Anderson (SBN 149604)
                                           dlanderson@sidley.com
                                           Philip W. Woo (SBN 196459)
4                                          pwoo@sidley.com
                                           Teague I. Donahey (SBN 197531)
5                                          tdonahey@sidley.com
                                           Ryan M. Sandrock (SBN 251781)
6                                          rsandrock@sidley.com
                                           SIDLEY AUSTIN LLP
7                                          555 California Street, Suite 2000
                                           San Francisco, California  94104
                                           Telephone:  (415) 772-1200
8                                          Facsimile:  (415) 772-7400
9
                                           Bryan K. Anderson (SBN 170666)
10                                         bkanderson@sidley.com
                                           SIDLEY AUSTIN LLP
11                                         1001 Page Mill Road, Bldg. 1
                                           Palo Alto, California  94304
                                           Telephone:  (650) 565-7000
12                                         Facsimile:  (650) 565-7100
                                           *Attorneys for Defendants*
13                                         *STMicroelectronics, Inc.*
                                           *and STMicroelectronics N.V.*
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COURT APPOINTED
EXPERT'S ADVISORY OPINION ON CLAIM CONSTRUCTION – 4:05-cv-04063 CW**

2

| | |
|---|---|
| Dated:  July 1, 2014 | By: */s/ Eric R. Olson* <br> Ted G. Dane (SBN 143195) <br> ted.dane@mto.com <br> Joseph D. Lee (SBN 110840) <br> Joseph.Lee@mto.com <br> Garth T. Vincent (SBN 156574) <br> Garth.Vincent@mto.com <br> Zachary M. Briers (SBN 287984) <br> Zachary.Briers@mto.com <br> Munger, Tolles & Olson LLP <br> 355 S. Grand Ave., 35th Fl. <br> Los Angeles, CA 90071-1560 <br> Tel: (213) 683-9100 <br> Fax: (213) 687-3702 <br> <br> Fred H. Bartlit, Jr. (Pro Hac Vice) <br> fred.bartlit@bartlit-beck.com <br> Eric R. Olson (Pro Hac Vice) <br> eric.olson@bartlit-beck.com <br> Sean Grimsley (SBN 216741) <br> sean.grimsley@bartlit-beck.com <br> Sundeep K. (Rob) Addy (Pro Hac Vice) <br> rob.addy@bartlit-beck.com <br> **Bartlit Beck Herman Palenchar & Scott LLP** <br> 1899 Wynkoop St., 8th Floor <br> Denver, CO 80202 <br> Tel:  (303) 592-3100 <br> Fax:  (303) 592-3140 <br> <br> *Attorneys for Plaintiff and Counter-Defendant Tessera, Inc.* |

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated:  July 1, 2014

By: */s/ Ezekiel Rauscher*
Ezekiel Rauscher

---

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COURT APPOINTED EXPERT'S ADVISORY OPINION ON CLAIM CONSTRUCTION – 4:05-cv-04063 CW**

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2014

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COURT APPOINTED EXPERT'S ADVISORY OPINION ON CLAIM CONSTRUCTION – 4:05-cv-04063 CW**
**4**