David L. Anderson (SBN 149604) (dlanderson@sidley.com)
Philip W. Woo (SBN 196459) (pwoo@sidley.com)
Teague I. Donahey (SBN 197531) (tdonahey@sidley.com)
Ryan M. Sandrock (SBN 251781)  (rsandrock@sidley.com)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Bryan K. Anderson (SBN 170666) (bkanderson@sidley.com)
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, California  94304
Telephone:  (650) 565-7000
Facsimile:  (650) 565-7100

Attorneys for Defendants and Counter-claimants
STMicroelectronics, Inc. and STMicroelectronics N.V.

Fred H. Bartlit, Jr. (Pro Hac Vice) (fred.bartlit@bartlit-beck.com)
Eric R. Olson (Pro Hac Vice) (eric.olson@bartlit-beck.com)
Sean Grimsley (SBN 216741) (sean.grimsley@bartlit-beck.com)
Sundeep K. (Rob) Addy (Pro Hac Vice) (rob.addy@bartlit-beck.com)
Nosson D. Knobloch (Pro Hac Vice) (nosson.knobloch@bartlit-beck.com)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Attorneys for Plaintiff and Counter-defendant Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC. ET AL., <br><br> Defendants and Counter-claimants. | Case No. 4:05-cv-04063-CW <br><br> **STIPULATION AND [PROPOSED] ORDER OF FINAL DISMISSAL WITH PREJUDICE OF ST MICROELECTRONICS, INC. AND ST MICROELECTRONICS N.V.** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counterdefendant, Tessera, Inc. and Defendants and Counterclaimants STMicroelectronics, Inc. and STMicroelectronics N.V. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims, counterclaims, and affirmative defenses as between them in the above-captioned matter be, and upon approval by the Court are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 4, 2014

SIDLEY AUSTIN LLP

By: /s/ David L. Anderson_____

David L. Anderson

Attorneys for Defendants and Counter-claimants STMicroelectronics, Inc. and STMicroelectronics N.V.

Dated: September 4, 2014

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By: /s/ Eric R. Olson_____

Eric R. Olson

Attorneys for Plaintiff and Counter-defendant Tessera, Inc.

SO ORDERED.

DATED: _____

_____
The Honorable Claudia Wilken
United States District Judge

**CERTIFICATION OF CONCURRENCE**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Tessera, Inc., Eric R. Olson.

Dated: September 4, 2014

SIDLEY AUSTIN LLP

By: /s/ Ryan M. Sandrock

Ryan M. Sandrock

Attorneys for Defendants and Counter-claimants STMicroelectronics, Inc. and STMicroelectronics N.V.