IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

      Plaintiff,

  v.

ADVANCED MICRO DEVICES, INC., et al.,

      Defendant.
_____/

AND ALL RELATED COUNTERCLAIMS
_____/

No. C 05-4063 CW

ORDER REGARDING REMAINING DEFENDANTS

On September 4, 2014, Plaintiff Tessera, Inc. and Defendants ST Microelectronics, Inc. and ST Microelectronics N.V. filed a stipulated order of dismissal with prejudice of all claims, counterclaims and affirmative defenses as between them in this case.  The only remaining Defendants in this case are Advanced Semiconductor Engineering, Inc. and ASE (U.S.) Inc. (collectively ASE).  In a July 17, 2014 case management conference statement, Tessera made certain representations about the status of the claims between it and ASE.  Docket No. 1486-4 at 2:12-17 (filed under seal).  By September 12, 2014, Tessera and ASE shall file a status report providing an update on the status of the claims between them.

     IT IS SO ORDERED.

Dated: 9/5/2014

CLAUDIA WILKEN
United States District Judge