1  David L. Anderson (SBN 149604) (dlanderson@sidley.com)
   Philip W. Woo (SBN 196459) (pwoo@sidley.com)
2  Teague I. Donahey (SBN 197531) (tdonahey@sidley.com)
   Ryan M. Sandrock (SBN 251781)  (rsandrock@sidley.com)
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, California  94104
   Telephone:  (415) 772-1200
5  Facsimile:  (415) 772-7400

6  Bryan K. Anderson (SBN 170666) (bkanderson@sidley.com)
   SIDLEY AUSTIN LLP
7  1001 Page Mill Road, Bldg. 1
   Palo Alto, California  94304
8  Telephone:  (650) 565-7000
   Facsimile:  (650) 565-7100
9
   Attorneys for Defendants and Counter-claimants
10 STMicroelectronics, Inc. and STMicroelectronics N.V.

11 Fred H. Bartlit, Jr. (Pro Hac Vice) (fred.bartlit@bartlit-beck.com)
   Eric R. Olson (Pro Hac Vice) (eric.olson@bartlit-beck.com)
12 Sean Grimsley (SBN 216741) (sean.grimsley@bartlit-beck.com)
   Sundeep K. (Rob) Addy (Pro Hac Vice) (rob.addy@bartlit-beck.com)
13 Nosson D. Knobloch (Pro Hac Vice) (nosson.knobloch@bartlit-beck.com)
   BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
14 1899 Wynkoop St., 8th Fl.
   Denver, CO 80202
15 Telephone: (303) 592-3100
   Facsimile: (303) 592-3140
16
   Attorneys for Plaintiff and Counter-defendant Tessera, Inc.
17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                            OAKLAND DIVISION

21

22 | TESSERA, INC.,                          ) Case No. 4:05-cv-04063-CW
                                             )
23 |         Plaintiff and Counter-defendant,)
                                             ) **STIPULATION AND [PROPOSED]**
24 | v.                                      ) **ORDER OF FINAL DISMISSAL WITH**
                                             ) **PREJUDICE OF ST**
25 | ADVANCED MICRO DEVICES, INC. ET         ) **MICROELECTRONICS, INC. AND ST**
   | AL.,                                    ) **MICROELECTRONICS N.V.**
26                                           )
   |         Defendants and Counter-         )
27 |         claimants.                      )
                                             )
28

---

STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE
CASE NO. 4:05-CV-04063-CW

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counterdefendant, Tessera, Inc. and Defendants and Counterclaimants STMicroelectronics, Inc. and STMicroelectronics N.V. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims, counterclaims, and affirmative defenses as between them in the above-captioned matter be, and upon approval by the Court are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 4, 2014

        SIDLEY AUSTIN LLP

        By: /s/ David L. Anderson

        David L. Anderson

        Attorneys for Defendants and Counter-claimants STMicroelectronics, Inc. and STMicroelectronics N.V.

Dated: September 4, 2014

        BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

        By: /s/ Eric R. Olson

        Eric R. Olson

        Attorneys for Plaintiff and Counter-defendant Tessera, Inc.

SO ORDERED.

DATED: 9/5/2014

        The Honorable Claudia Wilken
        United States District Judge

**CERTIFICATION OF CONCURRENCE**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Tessera, Inc., Eric R. Olson.

Dated: September 4, 2014

SIDLEY AUSTIN LLP

By: /s/ Ryan M. Sandrock

Ryan M. Sandrock

Attorneys for Defendants and Counter-claimants STMicroelectronics, Inc. and STMicroelectronics N.V.