Fred H. Bartlit, Jr. (Pro Hac Vice) (fred.bartlit@bartlit-beck.com)
Eric R. Olson (Pro Hac Vice) (eric.olson@bartlit-beck.com)
Sean Grimsley (SBN 216741) (sean.grimsley@bartlit-beck.com)
Sundeep K. (Rob) Addy (Pro Hac Vice) (rob.addy@bartlit-beck.com)
Nosson D. Knobloch (Pro Hac Vice) (nosson.knobloch@bartlit-beck.com)
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

Gregory P. Stone (SBN 078329) (gregory.stone@mto.com)
Ted G. Dane (SBN 143195) (ted.dane@mto.com)
Eric P. Tuttle (SBN 248440) (eric.tuttle@mto.com)
**Munger, Tolles & Olson LLP**
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702
*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc.,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>Advanced Micro Devices, Inc., et al.,<br><br>    Defendants and Counterclaimants. | Case No. 4:05-cv-04063-CW<br><br>**TESSERA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Filed Concurrently herewith:<br>Declaration of Sundeep K. (Rob) Addy |

**Submitted to the Special Master for Resolution Pursuant to
the Court's October 15, 2012 Order [Dkt. No. 1093]**

1       Pursuant to Civil Local Rule 79-5, Plaintiff and Counterdefendant Tessera, Inc. hereby requests an order instructing the clerk to file the Joint Stipulation and [Proposed] Order to Stay Case ("Joint Stipulation") under seal. In support of this Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rule 79-5, Tessera submits for the Court's consideration the Declaration of Sundeep K. (Rob) Addy in Support of Tessera's Administrative Motion to File Documents Under Seal, filed concurrently herewith.

      Tessera has lodged with this Court a sealed copy of the Joint Stipulation. As explained in the attached Declaration of Sundeep K. (Rob) Addy in support of Tessera's Motion to Seal, the information in the Joint Stipulation was designated by Defendants Advanced Semiconductor Engineering, Inc., and ASE (U.S.) Inc. as Confidential—Outside Attorneys' Eyes Only pursuant to the protective order.

      Tessera respectfully requests that the Court instruct the clerk of the court to file under seal the Joint Stipulation.

|  |  |
|---|---|
| DATED: September 10, 2014 | Respectfully submitted, |
|  | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
|  | By: /s/ Sundeep K. (Rob) Addy |

Fred H. Bartlit, Jr. (Pro Hac Vice) (fred.bartlit@bartlit-beck.com)
Eric R. Olson (Pro Hac Vice) (eric.olson@bartlit-beck.com)
Sean Grimsley (SBN 216741) (sean.grimsley@bartlit-beck.com)
Lindley J. Brenza (Pro Hac Vice) (lindley.brenza@bartlit-beck.com)
Sundeep K. (Rob) Addy (Pro Hac Vice) (rob.addy@bartlit-beck.com)
Nosson D. Knobloch (Pro Hac Vice) (nosson.knobloch@bartlit-beck.com)
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

Gregory P. Stone (SBN 078329) (gregory.stone@mto.com)
Ted G. Dane (SBN 143195) (ted.dane@mto.com)
Eric P. Tuttle (SBN 248440) (eric.tuttle@mto.com)
**Munger, Tolles & Olson LLP**
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

*Attorneys for Plaintiff and Counterdefendant Tessera, Inc*