Fred H. Bartlit, Jr. (Pro Hac Vice) (fred.bartlit@bartlit-beck.com)
Eric R. Olson (Pro Hac Vice) (eric.olson@bartlit-beck.com)
Sean Grimsley (SBN 216741) (sean.grimsley@bartlit-beck.com)
Sundeep K. (Rob) Addy (Pro Hac Vice) (rob.addy@bartlit-beck.com)
Nosson D. Knobloch (Pro Hac Vice) (nosson.knobloch@bartlit-beck.com)
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

Gregory P. Stone (SBN 078329) (gregory.stone@mto.com)
Ted G. Dane (SBN 143195) (ted.dane@mto.com)
Eric P. Tuttle (SBN 248440) (eric.tuttle@mto.com)
**Munger, Tolles & Olson LLP**
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc.,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>Advanced Micro Devices, Inc., et al.,<br><br>    Defendants and Counterclaimants. | Case No. 4:05-cv-04063-CW<br><br>**DECLARATION OF SUNDEEP K. (ROB) ADDY IN SUPPORT OF TESSERA'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |

I Sundeep K. (Rob) Addy, hereby declare that:

1. I am a partner in the law firm of Bartlit Beck Herman Palenchar & Scott LLP, and am counsel of record for Plaintiff Tessera, Inc. I have personal knowledge of the matter stated herein, and if called as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5(d)-(e), I make this Declaration in support of Plaintiff and Counterdefendant Tessera's Administrative Motion to file documents under seal.

3. Tessera has filed Joint Stipulation and [Proposed] Order to Stay Case ("Joint Stipulation"). The Joint Stipulation contains information that has been designated by Defendants Advanced Semiconductor Engineering, Inc., and ASE (U.S.) Inc. (collectively, "ASE") as Confidential—Outside Attorneys' Eyes Only pursuant to the protective order. This information relates to terms in Tessera and ASE's binding Term Sheet Agreement.

4. I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on the 10th day of September, 2014 in Denver, Colorado.

By: /s/ Sundeep K. (Rob) Addy

1

Declaration of Sundeep K. (Rob) Addy in Support of Tessera's Administrative Motion to Seal Pursuant to Civil Local Rule 79-5  Confidential Information Case No. 4:05-cv-4063-CW