Fred H. Bartlit, Jr. (Pro Hac Vice) (fred.bartlit@bartlit-beck.com)
Eric R. Olson (Pro Hac Vice) (eric.olson@bartlit-beck.com)
Sean Grimsley (SBN 216741) (sean.grimsley@bartlit-beck.com)
Sundeep K. (Rob) Addy (Pro Hac Vice) (rob.addy@bartlit-beck.com)
Nosson D. Knobloch (Pro Hac Vice) (nosson.knobloch@bartlit-beck.com)
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

Gregory P. Stone (SBN 078329) (gregory.stone@mto.com)
Ted G. Dane (SBN 143195) (ted.dane@mto.com)
Eric P. Tuttle (SBN 248440) (eric.tuttle@mto.com)
**Munger, Tolles & Olson LLP**
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702
*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc.,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>Advanced Micro Devices, Inc., et al.,<br><br>    Defendants and Counterclaimants. | Case No. 4:05-cv-04063-CW<br><br>**[PROPOSED] ORDER GRANTING TESSERA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5** |

1. Having considered Plaintiff and Counterdefendant Tessera's Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rule 79-5, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The following document shall be filed under seal: Joint Stipulation and [Proposed] Order to Stay Case.

Dated: _____, 2014  _____
Honorable Wayne D. Brazil (Ret.)
Special Master