Fred H. Bartlit, Jr. (Pro Hac Vice) fred.bartlit@bartlit-beck.com
Eric R. Olson (Pro Hac Vice) eric.olson@bartlit-beck.com
Sean Grimsley (SBN 216741) sean.grimsley@bartlit-beck.com
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
*Attorneys for Plaintiff and Counterdefendant, Tessera, Inc.*

Adrienne Hunacek Miller (SBN 274660) amiller@foley.com
**Foley & Lardner LLP**
975 Page Mill Road
Palo Alto, CA  94304-1013
Tel: (650) 856-3700
Fax: (650) 856-3710

Steven J. Rizzi (Pro Hac Vice) srizzi@foley.com
Ramy E. Hanna (Pro Hac Vice) rhanna@foley.com
**Foley & Lardner LLP**
90 Park Avenue
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329
*Attorneys for Defendants and Counterplaintiffs Advanced Semiconductor Engineering, Inc., and ASE (U.S.), Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc.,<br><br>　　　Plaintiff and Counter-defendant,<br><br>v.<br><br>Advanced Micro Devices, Inc., et al.,<br><br>　　　Defendants and Counter-claimants. | Case No. 4:05-cv-04063-CW<br><br>**JOINT STATUS REPORT**<br><br>*Judge: Hon. Claudia Wilken* |

1  Pursuant to the Court's Order Regarding Remaining Defendants (Dkt. 1498) the
2  parties submit this Joint Status Report.
3  For the reasons stated in the stipulated motion to stay the case (Dkt. 1501-3), the
4  parties are in the process of preparing and finalizing a settlement agreement and request that
5  the case be stayed.

DATED: September 12, 2014

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

By: /s/ Eric R. Olson

*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*

DATED: September 12, 2014

**FOLEY & LARDNER LLP**

By: /s/ Ramy E. Hanna

*Attorneys for Defendants and Counterclaimants Advanced Semiconductor Engineering, Inc. and ASE (U.S.) Inc.*

## CERTIFICATION OF CONCURRENCE

I hereby attest that concurrence in the filing of this document has been obtained from counsel for ASE, Ramy E. Hanna.

Dated: September 12, 2014

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

By: /s/ Eric R. Olson
*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*