IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TESSERA, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>      Defendant.<br>_____/<br>AND ALL RELATED COUNTERCLAIMS<br>_____/ | No. C 05-4063 CW<br><br>ORDER REGARDING REMAINING DEFENDANTS |

    The remaining parties in this case, Plaintiff and Counterdefendant, Tessera, Inc., and Defendants and Counterclaimants, Advanced Semiconductor Engineering, Inc. and ASE (U.S.) Inc., have filed a stipulation seeking to stay the case to allow them additional time to prepare and finalize their settlement agreement.  Having considered the parties' filing, the Court will stay all filing deadlines and delay the pretrial conference to November 5, 2014.  However, the Court will not vacate the trial date, currently set for November 10, 2014.

    IT IS SO ORDERED.

Dated: 9/18/2014

                                CLAUDIA WILKEN<br>
                                United States District Judge