Fred H. Bartlit, Jr. (Pro Hac Vice) (fred.bartlit@bartlit-beck.com)
Eric R. Olson (Pro Hac Vice) (eric.olson@bartlit-beck.com)
Sean Grimsley (SBN 216741) (sean.grimsley@bartlit-beck.com)
Sundeep K. (Rob) Addy (Pro Hac Vice) (rob.addy@bartlit-beck.com)
Nosson D. Knobloch (Pro Hac Vice) (nosson.knobloch@bartlit-beck.com)
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140
*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*

Steven J. Rizzi (Pro Hac Vice) srizzi@foley.com
Ramy E. Hanna (Pro Hac Vice) rhanna@foley.com
**Foley & Lardner LLP**
90 Park Avenue
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329
*Attorneys for Defendants and Counterplaintiffs Advanced Semiconductor*
*Engineering, Inc., and ASE (U.S.) Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Tessera, Inc., | Case No. 4:05-cv-04063-CW |
| Plaintiff and Counterdefendant, | |
| v. | **JOINT STIPULATED REQUEST FOR ORDER TO EXPEDITE BRIEFING AND HEARING OF TESSERA'S EMERGENCY MOTION TO ENFORCE SETTLEMENT AGREEMENT, AND ASE'S CROSS-MOTION TO RESCIND THE TERM SHEET AGREEMENT** |
| Advanced Micro Devices, Inc., et al., | |
| Defendants and Counterclaimants. | |
| | |
| AND RELATED CASES | |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Counterdefendant Tessera,

2    Inc. ("Tessera"), and Defendants and Counterplaintiffs Advanced Semiconductor Inc., and

3    ASE (U.S.), Inc. (collectively, "ASE"), submit this Joint Stipulated Request for Order to

4    Expedite Briefing and Hearing of Tessera's Emergency Motion to Enforce Settlement

5    Agreement ("Motion to Enforce"), and ASE's Cross-Motion to Rescind the Term Sheet

6    Agreement ("Cross-Motion to Rescind").

7    WHEREAS, Tessera and ASE entered into a Term Sheet Agreement on or around

8    February 20, 2014 in connection with a mediation session before Judge Infante.

9    WHEREAS, Tessera and ASE endeavored to prepare and finalize a long-form

10   settlement agreement, but are at an impasse on one remaining term. Tessera is concurrently

11   filing its Motion to Enforce in which it seeks an order enforcing the Term Sheet Agreement

12   as written, dismissing the parties' claims and counterclaims, and taking the trial off-calendar.

13   ASE intends to file a Cross-Motion to Rescind seeking to void the Term Sheet Agreement

14   and proceed to trial.

15   WHEREAS, a Final Pretrial conference is scheduled for November 5, 2014, and trial

16   is scheduled to begin on November 10, 2014.

17   WHEREAS, the parties jointly request that their motions be briefed and heard on an

18   expedited basis and resolved prior to the trial because ASE is the last remaining defendant in

19   the case and resolution of the motions will be dispositive of whether the trial should

20   proceed, and there is not enough time before the trial for the motions to be briefed and

21   heard under the normal 35-day briefing schedule.

22   WHEREAS, the parties have not previously sought an order changing time on the

23   Motion to Enforce or the Cross-Motion to Rescind.[1]

24
[1] As required by Civ. L-R 6.2, the parties provide the following brief list of the prior orders
25   or stipulations modifying time in this case: D.E. 196:  Order Granting Plaintiff Tessera,
Inc.'s Motion to Shorten Time for Hearing on Motion for Clarification of Discovery
26   Obligations; D.E. 402:  Order Granting in Part Plaintiff's Motion for Modification of the
Case Management Schedule, Vacating Dates in Case Management Schedule and Ordering
Parties to Show Cause why Court-Appointed Expert Should not be Appointed; D.E. 740:
27   Amended Order Setting Briefing Schedule Regarding Tessera's Motion for a Declaratory
Ruling that it has Complied with the Court's November 1, 2007 Order, and the ST

28
1

NOW, THEREFORE, the parties, by and through their counsel of record, subject to the approval of the Court, hereby jointly request and stipulate as follows:

1. Tessera shall file its Emergency Motion to Enforce on or before October 20, 2014 (subject to a 15-page limit);

2. ASE shall file a consolidated Opposition to Tessera's Motion to Enforce, and Cross-Motion to Rescind, on or before October 27, 2014 (subject to a 25-page limit);

3. Tessera shall file a consolidated Reply in Support of Its Motion to Enforce, and Opposition to ASE's Cross-Motion to Rescind, on or before October 31, 2014 (subject to the 25-page limit for oppositions);

4. ASE shall file a Reply in Support of its Cross-Motion to Rescind on or before November 3, 2014 (subject to a 15-page limit);

5. To the extent a hearing is required, a hearing on the Motion to Enforce and Cross-Motion to Rescind shall take place at the Final Pretrial Conference on **November 5, 2014, at 2:00 PM**.

---

Defendants' Renewed Motion for a Preliminary Injunction; D.E. 1119: Special Master's Order on Motion for Extension of Scheduled Dates; D.E. 1125: Order Granting Unopposed Motion to Shorten Time Regarding Motion for Relief From Case Management Schedule; D.E. 1192: Order Approving Report and Recommendation Regarding Schedule and Trial Date; DE 1292: Stipulation and Order Modifying Case Management Schedule; DE 1319: Order Granting Motion to Short Time [on Motion to Provide Summary of Defendants' Supplemental Expert Reports to the Court-Appointed Expert]; DE 1411: Order Regarding Motions to Alter Case Schedule; DE 1419: Amended Order Regarding Motions to Alter Case Schedule; and DE 1504: Order Regarding Remaining Defendants.

2

DATED: October 20, 2014

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

By : /s/ Nosson D. Knobloch

*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*

DATED: October 20, 2014

**FOLEY & LARDNER LLP**

By:  /s/ Steven J. Rizzi

*Attorneys for Defendants and Counterclaimants Advanced Semiconductor Engineering, Inc., and ASE (U.S.) Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, except:

Tessera's motion is due 10/20/2014; ASE's cross-motion/opposition  is due 10/25/2014; Tessera's reply/opposition is due 10/28/2014 by 12:00 PM; ASE's reply is due 10/31/2014 by 12:00 PM; and the pretrial conference will be held on 11/5/2014 at 2:00 PM.

Dated:  10/21/2014

The Honorable Claudia Wilken

United States District Judge

### CERTIFICATION OF CONCURRENCE

I hearby attest that concurrence in the filing of this document has been obtained from counsel for ASE, Steven J. Rizzi.


DATED: October 20, 2014          **BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

By : _/s/ Nosson D. Knobloch_

*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*

4