Hon. Wayne D. Brazil
United States Magistrate Judge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2668
Fax: (415) 982-5287
Special Master

JAMS

| | |
|---|---|
| TESSERA, INC., | **CASE NO. 4:05-CV-04063-CW** |
| Plaintiff, | **JAMS REFERENCE NO. 1100049599** |
| vs. | **SPECIAL MASTER'S RECOMMENDATION THAT DISTRICT JUDGE WILKEN ISSUE AN ORDER WITHDRAWING SPECIAL MASTER'S IMPROVIDENTLY FILED "ORDER DENYING MOTION FOR RELIEF FROM SECTION 11 OF PROTECTIVE ORDER" (DOCKET #1521), AND ORDER** |
| ADVANCED MICRO DEVICES, INC., et al., | |
| Defendants. | |

On December 22, 2014, the Special Master submitted for filing and served on the parties his "Order Denying Motion for Relief from Section 11 of Protective Order," docketed as Number 1521.

The Special Master submitted this Order for filing improvidently by failing to seek the parties' input, in advance, about whether any matter disclosed in the Order was entitled to be sealed. Because the Special Master now understands that some of the information in the Order might well be entitled to protection from public disclosure, he hereby RECOMMENDS that District Judge Wilken issue an ORDER WITHDRAWING SPECIAL MASTER'S IMPROVIDENTLY FILED "ORDER DENYING MOTION FOR RELIEF FROM SECTION

11 OF PROTECTIVE ORDER." (Dkt #1521).

If District Judge Wilken issues the recommended order, the Special Master will offer counsel an opportunity to identify (and justify) any portions of the improvidently issued earlier order that are entitled to be sealed. If appropriate showings are made, the Special Master will issue two versions of his earlier order, one for filing in the public record with appropriate redactions, and one for filing under seal (without redactions).

IT IS SO RECOMMENDED.

_____
HON. WAYNE D. BRAZIL (RET.)
SPECIAL MASTER

Dated: January 6, 2015

IT IS SO ORDERED.

_____
HON. CLAUDIA WILKEN

Dated: 1/15/2015

2